ORIGINAL

RECEIVED
SEP 2 2003
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

ECF

# In The United States Court of Federal Claims

## Cover Sheet

Plaintiff(s) or Petitioner(s)
COMMERCIAL CASUALTY INSURANCE COMPANY OF GEORGIA

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record: [See RCFC 83.1(c)] DeWitte Thompson

Firm Name: Thompson & Slagle, P.C.

Post Office Box:

03-2033C

Street Address: 3295 River Exchange Drive, Suite 300

City-State-Zip: Norcross, GA 30092

Telephone & Facsimile Numbers: (770) 662-5999

E-mail address: DThompson@ThompsonandSlagle.com

Is the attorney of record admitted to the Court of Federal Claims Bar? yes
If **NO**, please call (202) 219-9630 for admission papers and instructions.

Nature of suit code: 1 3 0

Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Government Agency Involved: N A V

See attached Sheet for three digit code.

Amount Claimed: $ To be determined

If to be determined, put the phrase "to be determined" in Amount Claimed Space.

Vaccination Date: (Vaccine Cases Only) N/A

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

April 25, 2003