IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| COMMERCIAL CASUALTY INSURANCE COMPANY OF GEORGIA | ) | |
| Plaintiff, | ) | No. 03-2033C |
| v. | ) | (Judge Firestone) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 60-day enlargement of time, to and including January 2, 2004, to file a response to the complaint filed by plaintiff, Commercial Casualty Insurance Company of Georgia. Our response is currently due on November 3, 2003. This is our first request for an enlargement of time for this purpose. Despite repeated attempts, counsel for defendant has to date been unable to contact plaintiff's counsel to ascertain plaintiff's position on this motion.

The requested enlargement of time is necessary because counsel for the United States has not yet received a litigation report from the agency. An enlargement of 60 days will allow agency counsel additional time to assemble and evaluate relevant records obtained from the contracting officer and allow defendant's counsel time to review the case, coordinate our response with agency counsel, and obtain necessary internal

review.

For the foregoing reasons, we respectfully request that the Court grant our motion to enlarge the time within which we may respond to the plaintiff's complaint by 60 days, to and including January 2, 2004.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

S/JAMES M. KINSELLA
JAMES M. KINSELLA
Deputy Director

S/ALAN J. LO RE
ALAN J. LO RE
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, DC 20530
(202) 307-0277

October 17, 2003

Attorneys for Defendant

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify under penalty of perjury that on this 17th day of October, 2003, I caused to be placed in the United States mail (first class mail, postage prepaid), copies of "DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME" addressed as follows:

DeWitte Thompson
Thompson & Slagle, P.C.
3295 River Exchange Drive
Suite 300
Norcross, Georgia 30092

________________________