**IN THE UNITED STATES COURT**
**OF FEDERAL CLAIMS**

| | |
|---|---|
| COMMERCIAL CASUALTY<br>INSURANCE COMPANY OF GEORGIA,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES GOVERNMENT,<br>DEPARTMENT OF THE NAVY,<br><br>Defendant. | CIVIL ACTION<br>FILE NO. 03-2033C<br>(Judge Firestone) |

**<u>PLAINTIFF'S RESPONSE TO DEFENDANT'S</u>**
**<u>MOTION FOR AN ENLARGEMENT OF TIME</u>**

COMES NOW, Commercial Casualty Insurance Company of Georgia ("Commercial Casualty") and files this its Response to Defendant's Motion for Enlargement of Time ("Motion"), and states as follows:

Despite repeated attempts, counsel for Commercial Casualty has not been able to contact United States counsel to discuss Commercial Casualty's position on this Motion. Commercial Casualty does not oppose the Court granting the United States a 60-day enlargement of time, to and including January 2, 2004, to file a response to the Complaint filed by Commercial Casualty in this action, as requested by the Defendant.

This 24th day of October, 2003.

Respectfully submitted,

THOMPSON & SLAGLE, P.C.

<u>s/DeWitte Thompson</u>
DeWitte Thompson
Georgia Bar No. 707688

*(Signature continued on following page)*

*(Signature continued)*

3295 River Exchange Drive
Suite 300
Norcross, Georgia 30092

(770) 662-5999
(770) 447-6063 Facsimile
dthompson@thompsonandslagle.com

Attorney for Plaintiff

Dated: October 24, 2003