**No. 03-2033C**
**(Filed: October 27, 2003)**

* * * * * * * * * * * * * * * * *

| | |
|---|---|
| **COMMERCIAL CASUALTY INSURANCE COMPANY OF GEORGIA,** | * |
| **Plaintiff,** | * |
| **v.** | * |
| **THE UNITED STATES,** | * |
| **Defendant.** | * |

* * * * * * * * * * * * * * * * *

**ORDER ON MOTION FOR EXTENSION OF TIME**

The court is in receipt of defendant's motion, filed October 17, 2003, for a 60-day enlargement of time to respond to plaintiff's complaint. Plaintiff's response, filed on October 24, 2003, indicates that it does not oppose defendant's motion for enlargement of time. Accordingly, defendant's motion is **GRANTED**. Defendant shall file its response by **Friday, January 2, 2004**.

**IT IS SO ORDERED.**

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge