**No. 03-2033C**
**(Filed: March 2, 2004)**

*** * * * * * * * * * * * * * * * ***

| | |
|---|---|
| | * |
| **COMMERCIAL CASUALTY INSURANCE COMPANY OF GEORGIA,** | * * * |
| | * |
| **Plaintiff,** | * |
| | * |
| **v.** | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| **Defendant.** | * |
| | * |

*** * * * * * * * * * * * * * * * ***

## SCHEDULING ORDER

The court hereby **SCHEDULES** a preliminary status conference for **Monday, March, 22, 2004, at 2:30 p.m. eastern time**. Counsel for defendant and plaintiff shall appear in via telephone. Unless otherwise notified counsel shall be reached at the following telephone numbers: counsel for plaintiff (770) 662-5999 and counsel for defendant (202) 307-1011. The court shall initiate the conference call.

**IT IS SO ORDERED.**

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge