**No. 03-2033C**
**(Filed: March 23, 2004)**

* * * * * * * * * * * * * * * * *

**COMMERCIAL CASUALTY INSURANCE COMPANY OF GEORGIA,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * *

**STATUS CONFERENCE ORDER**

Based on the representations of the parties during the March 22, 2004 status conference, the court orders the parties to pursue resolution of the case on their own until **Monday, May 24, 2004**. During this period, the parties shall explore the issues discussed during the March 22, 2004 status conference. In addition, the parties shall consider whether joinder of the contractor, pursuant to Rule 19 of the Rules of the Court of Federal Claims, is appropriate and feasible in the present action. If the parties have failed to resolve the case by **Monday, May 24, 2004**, and if ADR seems appropriate, the court may refer the parties to an ADR Judge for resolution.

In addition, the court hereby **SCHEDULES** a conference call on **Monday, May 24, 2004, 2:30 p.m. eastern time**. Counsel for defendant and plaintiff shall appear in via telephone. Unless otherwise notified, counsel shall be reached at the following telephone numbers: counsel for plaintiff, (770) 662-5999; counsel for defendant, (202) 307-1011. The court shall initiate the conference call.

**IT IS SO ORDERED.**

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge