**IN THE UNITED STATES COURT**
**OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| COMMERCIAL CASUALTY INSURANCE COMPANY OF GEORGIA,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES GOVERNMENT, DEPARTMENT OF THE NAVY,<br><br>Defendant. | ) | CIVIL ACTION<br>FILE NO. 03-2033C<br>(Judge Firestone) |

**PLAINTIFF'S UNOPPOSED MOTION FOR CONTINUANCE**

COMES NOW, Commercial Casualty Insurance Company of Georgia ("Commercial Casualty") and files this its Unopposed Motion for Continuance, and states as follows:

Currently, a Status Conference is scheduled to take place by telephone on May 24, 2004 for a conference call. On April 2, 2004, the Wade County Superior Court, State of North Carolina issued a Liquidation Order declaring Commercial Casualty Insurance Company of North Carolina be liquidated ("Liquidation Order"). The Liquidation Order invokes the process whereby a claims and submittal and evaluation system will be set up by the appropriate North Carolina officials. As this is a matter where Commercial Casualty is seeking payment, counsel anticipates the case will go forward. Commercial Casualty requests more time to adequately seek guidance in this matter from the appropriate officials of the North Carolina Department of Insurance, which now controls

Commercial Casualty. This Motion has been discussed with opposing counsel and no opposition will be filed.

This 20th day of May, 2004.

Respectfully submitted,

THOMPSON & SLAGLE, P.C.

s/DeWitte Thompson
DeWitte Thompson
Georgia Bar No. 707688

12000 Findley Road
Suite 250
Duluth, Georgia 30097

(770) 662-5999
(770) 447-6063 Facsimile
dthompson@thompsonandslagle.com

Attorney for Plaintiff

Dated: May 20, 2004