**No. 03-2033C**
**(Filed: May 24, 2004)**

* * * * * * * * * * * * * * * * *

**COMMERCIAL CASUALTY INSURANCE COMPANY OF GEORGIA,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * *

**ORDER ON MOTION FOR CONTINUANCE**

Plaintiff's unopposed motion for a continuance is **GRANTED**. Accordingly, **IT IS ORDERED AS FOLLOWS**:

(1) The Status Conference scheduled for May 24, 2004 at 2:30 p.m. eastern time is **CANCELLED**;

(2) The above-captioned case is **STAYED**. The parties shall file a status report by **Monday, July 26, 2004**.

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge