**IN THE UNITED STATES COURT**
**OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| COMMERCIAL CASUALTY INSURANCE COMPANY OF GEORGIA, | ) | |
| Plaintiff, | ) | |
| v. | ) | CIVIL ACTION FILE NO. 03-2033C (Judge Firestone) |
| UNITED STATES GOVERNMENT, DEPARTMENT OF THE NAVY, | ) | |
| Defendant. | ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR CONTINUANCE**

COMES NOW, Commercial Casualty Insurance Company of Georgia ("Commercial Casualty") and files this its Unopposed Motion for Continuance, and states as follows:

As described in Commercial Casualty's previous Motion for Continuance, and acknowledged in the Court's subsequent Order, on April 2, 2004, the Wade County Superior Court, State of North Carolina issued a Liquidation Order declaring Commercial Casualty Insurance Company of North Carolina be liquidated ("Liquidation Order"). The Liquidation Order invokes the process whereby a claims and submittal and evaluation system will be set up by the appropriate North Carolina officials. In addition, a process by which affirmative claims will be pursued and funds collected will be created. As this is a matter where Commercial Casualty is seeking payment, counsel anticipates the case will go forward. Commercial Casualty requests additional time to adequately seek guidance in this matter from the appropriate officials of the North Carolina Department of Insurance, which now controls Commercial Casualty. As a result, Commercial

Casualty requests an additional 60 days to seek such guidance, by which time it expects to be able to resume activity in this case. This Motion has been discussed with opposing counsel and no opposition will be filed.

This 23rd day of July, 2004.

Respectfully submitted,

THOMPSON & SLAGLE, P.C.

s/DeWitte Thompson
DeWitte Thompson
Georgia Bar No. 707688

12000 Findley Road
Suite 250
Duluth, Georgia 30097

(770) 662-5999
(770) 447-6063 Facsimile
dthompson@thompsonandslagle.com

Attorney for Plaintiff

Dated: July 23rd, 2004