**No. 03-2033C**
**(Filed: September 29, 2004)**

| | |
|---|---|
| **COMMERCIAL CASUALTY INSURANCE COMPANY OF GEORGIA,** | * |
| **Plaintiff,** | * |
| **v.** | * |
| **THE UNITED STATES,** | * |
| **Defendant.** | * |

**ORDER ON MOTION FOR CONTINUANCE**

Plaintiff's unopposed motion, filed September 27, 2004, for a continuance is **GRANTED**. Accordingly, **IT IS ORDERED AS FOLLOWS**:

(1) The above-captioned case is **STAYED**.

(2) The parties shall file a status report by **Monday, November 29, 2004**.

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge