**IN THE UNITED STATES COURT
OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| COMMERCIAL CASUALTY INSURANCE COMPANY OF GEORGIA, Plaintiff, | ) | |
| v. | ) | CIVIL ACTION FILE NO. 03-2033C (Judge Firestone) |
| UNITED STATES GOVERNMENT, DEPARTMENT OF THE NAVY, Defendant. | ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR CONTINUANCE**

COMES NOW, Commercial Casualty Insurance Company of Georgia ("Commercial Casualty") and files this its Unopposed Motion for Continuance, and states as follows:

As described in Commercial Casualty's previous Motion for Continuance, and acknowledged in the Court's subsequent Order, on April 2, 2004, the Wade County Superior Court, State of North Carolina issued a Liquidation Order declaring Commercial Casualty Insurance Company of North Carolina be liquidated ("Liquidation Order"). The Liquidation Order invokes the process whereby a claims and submittal and evaluation system will be set up by the appropriate North Carolina officials. In addition, a process by which affirmative claims will be pursued and funds collected has recently been created. This process is extensive in both its procedures and requirements.

Since the time of the parties' last report, progress has been made. The Department of the Navy has offered what appears to be an acceptable Hold Harmless Agreement to Commercial Casualty. If this Hold Harmless Agreement can be executed,

one of the two issues necessary for a settlement of this case would be resolved. Commercial Casualty and the Navy anticipate that they will be able to conclude this agreement shortly, and Commercial Casualty will simultaneously attempt to obtain a judicial determination regarding the principal FAS Development Company, Inc., which would then allow the settlement of this case. If that judicial determination and resulting settlement is not possible, the parties would then notify the court that this litigation must resume. As a result, Commercial Casualty requests an additional 60 days to conclude the Hold Harmless Agreement, attempt to obtain a judicial determination regarding the principal, and then notify the Court of the status of the case. This Motion has been discussed with opposing counsel and no opposition will be filed.

This 29th day of November, 2004.

Respectfully submitted,

THOMPSON & SLAGLE, P.C.

s/DeWitte Thompson
DeWitte Thompson
Georgia Bar No. 707688

12000 Findley Road
Suite 250
Duluth, Georgia 30097

(770) 662-5999
(770) 447-6063 Facsimile
dthompson@thompsonandslagle.com

Attorney for Plaintiff

Dated: November 29th , 2004