**No. 03-2033C**
**(Filed: December 1, 2004)**

| | |
|---|---|
| * * * * * * * * * * * * * * * * * | |
| | * |
| **COMMERCIAL CASUALTY** | * |
| **INSURANCE COMPANY OF** | * |
| **GEORGIA,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| **v.** | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| **Defendant.** | * |
| | * |
| * * * * * * * * * * * * * * * * * | |

**ORDER ON MOTION FOR CONTINUANCE**

Plaintiff's unopposed motion, filed November 29, 2004, for a continuance is **GRANTED**. Accordingly, **IT IS ORDERED AS FOLLOWS**:

(1) The above-captioned case is **STAYED**.

(2) The parties shall file a status report by **Monday, January 31, 2005**.

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge