**IN THE UNITED STATES COURT
OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| COMMERCIAL CASUALTY INSURANCE COMPANY OF GEORGIA, | ) | |
| Plaintiff, | ) | |
| v. | ) | CIVIL ACTION FILE NO. 03-2033C (Judge Firestone) |
| UNITED STATES GOVERNMENT, DEPARTMENT OF THE NAVY, | ) | |
| Defendant. | ) | |

**PLAINTIFF'S UNOPPOSED MOTION
FOR TELEPHONE STATUS CONFERENCE**

COMES NOW, Commercial Casualty Insurance Company of Georgia ("Commercial Casualty") and files this its Unopposed Motion for Telephone Status Conference, and states as follows:

As described in Commercial Casualty's previous Motion for Continuance, and acknowledged in the Court's subsequent Order, on April 2, 2004, the Wade County Superior Court, State of North Carolina issued a Liquidation Order declaring Commercial Casualty Insurance Company of North Carolina be liquidated ("Liquidation Order"). The Liquidation Order invokes the process whereby a claims and submittal and evaluation system will be set up by the appropriate North Carolina officials. In addition, a process by which affirmative claims will be pursued and funds collected has recently been created. This process is extensive in both its procedures and requirements.

Since the time of the parties' last report, progress has been made. Commercial Casualty has learned that the principal, FAS Development Company, Inc. ("FAS") has been discharged from bankruptcy. As a result, Commercial Casualty requests a telephone

status conference thirty to fourty-five days from the date of this Motion to discuss this matter. This Motion has been discussed with opposing counsel and no opposition will be filed.

This 28th day of January, 2005.

Respectfully submitted,

THOMPSON & SLAGLE, P.C.

s/DeWitte Thompson
DeWitte Thompson
Georgia Bar No. 707688

12000 Findley Road
Suite 250
Duluth, Georgia 30097

(770) 662-5999
(770) 447-6063 Facsimile
dthompson@thompsonandslagle.com

Attorney for Plaintiff

Dated: January 28th, 2005