# In the United States Court of Federal Claims

**No. 03-2033C**
**(Filed: February 14, 2005)**

* * * * * * * * * * * * * * * * *

| | |
|---|---|
| **COMMERCIAL CASUALTY INSURANCE COMPANY OF GEORGIA,** | * |
| **Plaintiff,** | * |
| **v.** | * |
| **THE UNITED STATES,** | * |
| **Defendant.** | * |

* * * * * * * * * * * * * * * * *

**ORDER ON MOTION**

Plaintiff's unopposed motion, filed on January 28, 2005, for a telephone status conference is **GRANTED**.

The court is hereby **SCHEDULES** a status conference for **Thursday, February 17, 2005, at 11:00 a.m. eastern time**. Counsel for each party shall appear via telephone and unless otherwise notified will be contacted at the following numbers: counsel for plaintiff at (770) 662-5999; counsel for defendant at (202) 353-7961. In addition, agency counsel will participate in the status conference and shall be reached at (202) 685-2136.

**IT IS SO ORDERED.**

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge

cc: ADR Judge Hodges