# In the United States Court of Federal Claims

**No. 03-2033C**
**(Filed: February 17, 2005)**

* * * * * * * * * * * * * * * * *

**COMMERCIAL CASUALTY INSURANCE COMPANY OF GEORGIA,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * *

## DISCOVERY SCHEDULING ORDER

Based on the February 17, 2005 telephonic status conference, the court hereby lifts the stay on discovery and orders as follows:

The parties shall have until **Monday, April 18, 2005** to conduct fact discovery.

The court hereby **SCHEDULES** a status conference for **Thursday, April 21, 2005, at 11:00 a.m. eastern time** to discuss the parties' efforts to resolve this litigation through settlement and, if necessary, to set a schedule for dispositive motions. Counsel for each party shall appear via telephone and unless otherwise notified will be contacted at the following numbers: counsel for plaintiff at (770) 662-5999; counsel for defendant at (202) 353-7961. In addition, agency counsel will participate in the status conference and shall be reached at (202) 685-2136.

**IT IS SO ORDERED.**

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge