# In the United States Court of Federal Claims

**No. 03-2033C**
**(Filed: April 22, 2005)**

| | |
|---|---|
| * * * * * * * * * * * * * * * * * | |
| | * |
| **COMMERCIAL CASUALTY INSURANCE COMPANY OF GEORGIA,** | * |
| **Plaintiff,** | * |
| **v.** | * |
| **THE UNITED STATES,** | * |
| **Defendant.** | * |
| * * * * * * * * * * * * * * * * * | |

**SCHEDULING ORDER**

Based on the status conference held on April 21, 2005, the court orders as follows:

1. The government shall file its motion to dismiss by **Friday, May 27, 2005**.

2. The plaintiff shall file its response brief by **Friday, June 24, 2005**.

3. The government shall file its reply brief by **Friday, July 15, 2005**.

**IT IS SO ORDERED.**

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge

cc: ADR Judge Hodges