| SOLICITATION, OFFER, AND AWARD (*Construction, Alteration, or Repair*) | 1. SOLICITATION NO. | 2. TYPE OF SOLICITATION ☐ SEALED BID (IFB) ☐ NEGOTIATED (*RFP*) | 3. DATE ISSUED 25-Jun-2001 | PAGE OF PAGES 1 OF 3 |
|---|---|---|---|---|

**IMPORTANT - The "offer" section on the reverse must be fully completed by offeror.**

| 4. CONTRACT NO. | 5. REQUISITION/PURCHASE REQUEST NO. | 6. PROJECT NO. |
|---|---|---|
| ...67-01-C-3215 | N0019601RC52443 | |

| 7. ISSUED BY CODE N62467 | 8. ADDRESS OFFER TO (*If Other Than Item 7*) CODE |
|---|---|
| NAVAL FACILITIES ENGINEERING COMMAND,<br>ROICC ATLANTA<br>1000 HALSEY AVENUE BLDG 70<br>MARIETTA GA 30060-5099<br><br>TEL:770-919-6686 FAX: 770-919-6800 | **See Item 7**<br><br>TEL: FAX: |

| 9. FOR INFORMATION CALL: | A. NAME | B. TELEPHONE NO. (*Include area code*) (*NO COLLECT CALLS*) |
|---|---|---|
| | | |

## SOLICITATION

**NOTE: In sealed bid solicitations "offer" and "offeror" mean "bid" and "bidder".**

10. THE GOVERNMENT REQUIRES PERFORMANCE OF THE WORK DESCRIBED IN THESE DOCUMENTS (*Title, identifying no., date):*

11. The Contractor shall begin performance within 75 calendar days and complete it within 10 calendar days after receiving ☒ award, ☐ notice to proceed. This performance period is ☒ mandatory, ☐ negotiable. (*See* SECTION 00700 .)

| 12 A. THE CONTRACTOR MUST FURNISH ANY REQUIRED PERFORMANCE AND PAYMENT BONDS? (*If "YES," indicate within how many calendar days after award in Item 12B.*) ☐ YES ☐ NO | 12B. CALENDAR DAYS |
|---|---|

13. ADDITIONAL SOLICITATION REQUIREMENTS:

A. Sealed offers in original and ________ copies to perform the work required are due at the place specified in Item 8 by ________ (*hour*) local time ____________ (*date*). If this is a sealed bid solicitation, offers must be publicly opened at that time. Sealed envelopes containing offers shall be marked to show the offeror's name and address, the solicitation number, and the date and time offers are due.

B. An offer guarantee ☐ is, ☐ is not required.

C. All offers are subject to the (1) work requirements, and (2) other provisions and clauses incorporated in the solicitation in full text or by reference.

D. Offers providing less than ______ calendar days for Government acceptance after the date offers are due will not be considered and will be rejected.

NSN ...-01-155-3212 1442-101 STANDARD FORM 1442 (REV. 4-85)
Prescribed by GSA
FAR (48 CFR) 53.236-1(e)



ENCLOSURE ( I )

## SOLICITATION, OFFER, AND AWARD (Continued)
*(Construction, Alteration, or Repair)*

**OFFER** *(Must be fully completed by offeror)*

14. NAME AND ADDRESS OF OFFEROR *(Include ZIP Code)*
FAS DEVELOPMENT COMPANY, INC
...SSA SUTTON
...HBY STREET NW
A...NTA GA 30311

CODE 1BRP0 | FACILITY CODE

15. TELEPHONE NO. *(Include area code)*
404-758-1299

16. REMITTANCE ADDRESS *(Include only if different than Item 14)*
**See Item 14**

17. The offeror agrees to perform the work required at the prices specified below in strict accordance with the terms of this solicitation, if this offer is accepted by the Government in writing within _ calendar days after the date offers are due. *(Insert any number equal to or greater than the minimum requirements stated in Item 13D. Failure to insert any number means the offeror accepts the minimum in Item 13D.)*

AMOUNTS | SEE SCHEDULE OF PRICES

18. The offeror agrees to furnish any required performance and payment bonds.

19. ACKNOWLEDGMENT OF AMENDMENTS
*(The offeror acknowledges receipt of amendments to the solicitation – give number and date of each)*

| AMENDMENT NO. | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| DATE | | | | | | | | | | |

20A. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER *(Type or print)* Vanessa L. Sutton/Pres.

20B. SIGNATURE [signature]

20C. OFFER DATE

**AWARD** *(To be completed by Government)*

21. ITEMS ACCEPTED:
**...E SCHEDULE**

22. AMOUNT
$108,768.00

23. ACCOUNTING AND APPROPRIATION DATA
See Schedule

24. SUBMIT INVOICES TO ADDRESS SHOWN IN *(4 copies unless otherwise specified)* — ITEM: Block 26

25. OTHER THAN FULL AND OPEN COMPETITION PURSUANT TO
[X] 10 U.S.C. 2304(c) (5) [ ] 41 U.S.C. 253(c) ()

26. ADMINISTERED BY CODE N62467
NAVAL FACILITIES ENGINEERING COMMAND,
ROICC ATLANTA
1000 HALSEY AVENUE BLDG 70
MARIETTA GA 30060-5099

27. PAYMENT WILL BE MADE BY CODE N68566
DEFENSE FINANCE AND ACCOUNTING SERVICE
DFAS - PENSACOLA OPLOC
130 WEST AVE. SUITE A
PENSACOLA FL 32508-5120

*CONTRACTING OFFICER WILL COMPLETE ITEM 28 OR 29 AS APPLICABLE*

[X] 28. NEGOTIATED AGREEMENT *(Contractor is required to sign this document and return 3 copies to issuing office.)* Contractor agrees to furnish and deliver all items or perform all work, requisitions identified on this form and any continuation sheets for the consideration stated in this contract. The rights and obligations of the parties to this contract shall be governed by (a) this contract award, (b) the solicitation, and (c) the clauses, representations, certifications, and specifications or incorporated by reference in or attached to this contract.

[ ] 29. AWARD *(Contractor is not required to sign this document.)* Your offer on this solicitation, is hereby accepted as to the items listed. This award consummates the contract, which consists of (a) the Government solicitation and your offer, and (b) this contract award. No further contractual document is necessary.

30A. NAME AND TITLE OF CONTRACTOR OR PERSON AUTHORIZED TO SIGN *(Type or print)*
Vanessa L. Sutton/President

31A. NAME OF CONTRACTING OFFICER *(Type or print)*
MARSHA R TYSON / CONTRACT SPECIALIST

30B. SIGNATURE [signature]

30C. DATE July 2, 2001

31B. UNITED STATES OF AMERICA
BY [signature: Marsha Tyson]

31C. AWARD DATE
25-Jun-2001

NSN 7540-01-155-3212 STANDARD FORM 1442 BACK (REV. 4-85)

SECTION 00010 Solicitation Contract Form

AWARDED TO: F. A. S. DEVELOPMENT COMPANY, INC.
116 ASHBY STREET NW
ATLANTA, GA 30311
DUNS # 879496982
TAX ID #58-1948711
CIS # 00036447

ACCOUNTING AND APPROPRIATION DATA

AA: AA 1711806 72FF 000 00196 0 068566 2D C52443 00196171EMQ DOC #N0019601RC52443 000000000000
AMOUNT: $108,768.00

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001 | BID ITEM 0001 | 1.00 | | $107,160.00 | $107,160.00 |
| | BOND COSTS | | | $1,1608.00 | $1,608.00 |
| | TOTAL COSTS | | | $108,768.00 | $108,768.00 |

REPLACE 400Hz FREQUENCY CONVERTER, HANGAR 1, NAS ATLANTA, MARIETTA, GA

ITEMS ACCEPTED:
SOLICITATION N62467-01-Q-3215 AND SPECS 06013215 AS INCLUDED HEREIN. WAGE DETERMINATION GA010065 IS HEREBY INCORPORATED INTO THE CONTRACT. THE FOLLOWING CLAUSES ARE HEREBY INCORPORATED BY REFERENCE INTO THE CONTRACT HOWEVER, WITH FULL EFFECT AS IF IN FULL TEXT:
FAR 52.228-15 Performance and Payment Bonds-Construction (JUL 2000)
FAR 52.219-18 Notification of Competition Limited to Eligible 8(a)Concerns (June 1999)
DFAR 252.219-7009 Section 8(a) Direct Award (JUN 1998)
The SBA Office is: Small Business Administration, Georgia District Office, 233 Peachtree St., NE Suite 1900, Atlanta, Georgia 30303
DFAR 252.219-7010 Alternate A (June 1998)
DFAR 252.219-7011 Notification to Delay Performance (June 1998)

**THE WORK SHALL BE COMPLETED BY OCTOBER 9, 2001.**

ACRN AA Funded Amount $108,768.00

THIS AWARD IS MADE PURSUANT TO PL105-135, SMALL BUSINESS COMPETITIVENESS DEMONSTRATION PROGRAM.

CONTRACTOR NAME & TITLE OF PERSON AUTHORIZED TO SIGN OFFER SIGNATURE

Vanessa L. Sutton/President [signature]

GOVERNMENT CONTRACTING OFFICER SIGNATURE AND AWARD DATE:

[signature] 25 June 2001

WARNING WARNING WARNING
IF THIS WARNING IS NOT PRINTED IN RED INK AND IF THE POWER OF ATTORNEY IS NOT PRINTED IN BLUE INK THEN THIS POWER OF ATTORNEY IS NOT VALID

# COMMERCIAL CASUALTY

INSURANCE COMPANY OF GEORGIA

## POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS: That Commercial Casualty Insurance Company of Georgia, in pursuance of authority granted by the By-Laws of said Company, does hereby nominate, constitute and appoint Douglas L. Reider, Edward P. Mooney or Vivian Robinson of Atlanta, Georgia, each its true and lawful agent and attorney-in-fact to make, execute, seal and deliver for and on its behalf as surety and as its act and deed any and all BONDS, UNDERTAKINGS, and RECOGNIZANCES, not exceeding in any single instance One Million Dollars ($1,000,000) excluding, however, any bond(s) or undertakings guaranteeing the payment of notes and interest thereon.

And the execution of such bonds or undertakings in pursuance of these presents shall be as binding upon said Company as fully and amply, to all intents and purposes, as if they had been duly executed and acknowledged by the regularly elected officers of the Company at its office in Norcross, Georgia, in their own proper persons.

*IN WITNESS WHEREOF, the undersigned officer of the said Commercial Casualty Insurance Company of Georgia has hereunto subscribed his/her name and affixed the Corporate Seal of the said Commercial Casualty Insurance Company of Georgia this 15th day of May, 2000.*

(SEAL)

By: [signature]
E. Nimocks Haigh, President

*STATE OF GEORGIA*
*COUNTY OF GWINNETT*

*On this 15th day of May, 2000, before the subscriber, a Notary Public of the State of Georgia, in and for the County of Gwinnett, duly commissioned and qualified, came E. Nimocks Haigh President of Commercial Casualty Insurance Company of Georgia, to me personally known to be the individual and officer described in, and who executed the preceding instrument, and he acknowledged the execution of the same; and being by me duly sworn deposeth and saith that he is the officer of the Company aforesaid, and that the seal affixed to the preceding instrument is the Corporate Seal of said Company, and the said Corporate Seal and his signature as officer were duly affixed and subscribed to the said instrument by the authority and direction of the said Corporation. The use of facsimile signatures of the President, Secretary and Notary and facsimile seal of the notary on this document are also by the authority and direction of the said corporation.*

*IN TESTIMONY WHEREOF, I have set* my hand and *affixed* my *Official Seal at Norcross, Georgia,* the day *and year first above Written*

DIANE MCNEAL NOTARY GEORGIA PUBLIC GWINNETT COUNTY

(SEAL)

[signature]
Notary Public

My Commission *Expires:* January 9, 2001

I, the undersigned Secretary of Commercial Casualty Insurance Company of Georgia, do hereby certify that the foregoing power of attorney is in accordance with the By-Laws of the Company, and the above Resolutions of its Board of Directors are true and correct copies and are in full force and effect on this date.

*IN WITNESS WHEREOF, I have hereunto set my hand and the seal of the Company:*

(SEAL)

**COMMERCIAL CASUALTY INSURANCE COMPANY OF GEORGIA**

[signature]
Wendy Gastard, Secretary

May 15, 2000
Date

This Power of Attorney is in full force and effect this 17th day of July, 2001.

350 Research Court, Suite 200, Norcross, Georgia 30092 (770) 729-8101 Fax (770) 729-9214

PPB 4618230

# PAYMENT BOND
*(See instructions on reverse)*

DATE BOND EXECUTED *(Must be ... de or later than date of contract)*: July 17, 2001

OMB No.:9000-0045

Public reporting burden for this collection of information is estimate to average 25 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the FAR Secretariat (MVR), Federal Acquisition Policy Division, GSA, Washington, ...0405

...PAL *(Legal name and business address)*

...s Development Company, Inc.
2193 A Cascade Road
Atlanta, GA 30311

TYPE OF ORGANIZATION *("X" one)*

- [ ] INDIVIDUAL
- [ ] PARTNERSHIP
- [ ] JOINT VENTURE
- [X] CORPORATION

STATE OF INCORPORATION: Georgia

SURETY(IES) *(Name(s) and business address(es)*

Commercial Casualty Insurance Company of Georgia
350 Research Court, Suite 200
Norcross, GA 30092

PENAL SUM OF BOND

| MILLION(S) | THOUSAND(S) | HUNDRED(S) | CENTS |
|---|---|---|---|
| | 108 | 768 | 00 |

| CONTRACT DATE | CONTRACT NO. |
|---|---|
| 6/25/2001 | N62467-01-C-3215 |

## OBLIGATION:

We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit of liability is indicated, the limit of liability is the full amount of the penal sum.

## CONDITIONS:

T... ...ve obligation is void if the Principal promptly makes payment to all persons having a direct relationship with the Principal or a subcontractor of the ...ncipal for furnishing labor, material or both in the prosecution of the work provided for in the contract identified above, and any authorized modifications of the contract that subsequently are made. Notice of those modifications to the Surety(ies) are waived.

## WITNESS:

The Principal and Surety(ies) executed this payment bond and affixed their seals on the above date.

### PRINCIPAL

| | 1. | 2. | 3. | |
|---|---|---|---|---|
| SIGNATURE(S) | [signature] (Seal) | (Seal) | (Seal) | Corporate Seal |
| NAME(S) & TITLE(S) *(Typed)* | Vanessa Sutton, President | | | |

### INDIVIDUAL SURETY(IES)

| | 1. | 2. |
|---|---|---|
| SIGNATURE(S) | (Seal) | (Seal) |
| NAME(S) *(Typed)* | | |

### CORPORATE SURETY(IES)

| SURETY A | | | | |
|---|---|---|---|---|
| NAME & ADDRESS | Commercial Casualty Insurance Company of GA 350 Research Ct S-200 Norcross, Ga | STATE OF INC. GA | LIABILITY LIMIT $ 108,768.00 | Corporate Seal |
| S...TURE(S) | 1. [signature] | 2. | | |
| ...(S) & ...LE(S) *(Typed)* | 1. Edward P. Mooney, Attorney In Fact | 2. | | |

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition is usable

STANDARD FORM 25A (REV. 10-98)
Prescribed by GSA-FAR (48 CFR) 53.2228(c)

ENCLOSURE (2)

CORPORATE SURETY(IES) *(Continued)*

| | | | | | |
|---|---|---|---|---|---|
| SURETY B | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| SURETY C | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| SURETY D | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| SURETY E | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| SURETY F | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| SURETY G | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |

## INSTRUCTIONS

1. This form, for the protection of persons supplying labor and material, is used when a payment bond is required under the Act of August 24, 1935, 49 Stat. 793 (40 U.S.C. 270a-270e). Any deviation from this form will require the written approval of the Administrator of General Services.

2. Insert the full legal name and business address of the Principal in the space designated "Principal" on the face of the form. An authorized person shall sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of the firm, partnership, or joint venture, or an officer of the corporation involved.

3. (a) Corporations executing the bond as sureties must appear on the Department of the Treasury's list of approved sureties and must act within the limitation listed therein. Where more than one corporate surety is involved, their names and addresses shall appear in the spaces (Surety A, Surety B, etc.) headed "CORPORATE SURETY(IES)." In the space designated "SURETY(IES)" on the face of the form, insert only the letter identification of the sureties.

(b) Where individual sureties are involved, a completed Affidavit of Individual Surety (Standard Form 28) for each individual surety, shall accompany the bond. The Government may require the surety to furnish additional substantiating information concerning their financial capability.

4. Corporations executing the bond shall affix their corporate seals. Individuals shall execute the bond opposite the word "Corporate Seal", and shall affix an adhesive seal if executed in Maine, New Hampshire, or any other jurisdiction requiring adhesive seals.

5. Type the name and title of each person signing this bond in the space provided.

PPB4618230



| PERFORMANCE BOND (See instructions on reverse) | DATE BOND EXECUTED (Must be same or later than date of contract) July 17, 2001 | FORM APPROVED OMB NO. 9000-0045 |
|---|---|---|

Public reporting burden for this collection of information is estimated to average 25 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the FAR Secretariat (VRS), Office of Federal Acquisition Policy, GSA, Washington, D.C. 20405; and to the Office of Management and Budget, Paperwork Reduction Project (9000-0045), Washington, D.C. 20503.

| PRINCIPAL (Legal name and business address) | TYPE OF ORGANIZATION ("X" one) |
|---|---|
| FAS Development Company, Inc<br>2193 A Cascade Road<br>Atlanta, GA 30311 | ☐ INDIVIDUAL ☐ PARTNERSHIP<br>☐ JOINT VENTURE ☒ CORPORATION |
| | STATE OF INCORPORATION: Georgia |

SURETY(IES) (Name(s) and business address(es))

Commercial Casualty Insurance Company of Georgia
350 Research Court, Suite 200
Norcross, GA 30092

| PENAL SUM OF BOND | | | |
|---|---|---|---|
| MILLION(S) | THOUSAND(S) | HUNDRED(S) | CENTS |
| | 108 | 768 | 00 |

| CONTRACT DATE | CONTRACT NO. |
|---|---|
| 6/25/2001 | N62467-01-C-3215 |

OBLIGATION:

We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit of liability is indicated, the limit of liability is the full amount of the penal sum.

CONDITIONS:

The principal has entered into the contract identified above.

THEREFORE:

The above obligation is void if the Principal –

(a)(1) Performs and fulfills all the undertakings, covenants, terms, conditions, and agreements of the contract during the original term of the contract and any extensions thereof that are granted by the Government, with or without notice to the Surety(ies), and during the life of any guaranty required under the contract, and (2) performs and fulfills all the undertakings, covenants, terms conditions, and agreements of any and all duly authorized modifications of the contract that hereafter are made. Notice of those modifications to the Surety(ies) are waived.

(b) Pays to the Government the full amount of the taxes imposed by the Government, if the said contract is subject to the Miller Act, (40 U.S.C. 270a-270e), which are collected, deducted, or withheld from wages paid by the Principal in carrying out the construction contract with respect to which this bond is furnished.

WITNESS:

The Principal and Surety(ies) executed this performance bond and affixed their seals on the above date.

**PRINCIPAL**

| | 1. | 2. | 3. | |
|---|---|---|---|---|
| SIGNATURE(S) | [signature] (Seal) | (Seal) | (Seal) | Corporate Seal |
| NAME(S) & TITLE(S) (Typed) | Vanessa Sutton<br>President | | | |

**INDIVIDUAL SURETY(IES)**

| | 1. | 2. |
|---|---|---|
| SIGNATURE(S) | (Seal) | (Seal) |
| NAME(S) (Typed) | | |

**CORPORATE SURETY(IES)**

| | | | | |
|---|---|---|---|---|
| NAME & ADDRESS | Commercial Casualty Inaurance Company of GA 350 Research Ct S-200 Norcross, GA 30092 | STATE OF INC. GA | LIABILITY LIMIT $ 108,768.00 | Corporate Seal |
| SIGNATURE(S) | 1. [signature] | 2. | | |
| NAME(S) & TITLE(S) (Typed) | 1. Edward P. Mooney<br>Attorney In Fact | 2. | | |

CORPORATE SURETY(IES) (Continued)

| | | | | | |
|---|---|---|---|---|---|
| SURETY B | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |
| SURETY C | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |
| SURETY D | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |
| SURETY E | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |
| SURETY F | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |
| SURETY G | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |

| BOND PREMIUM ▶ | RATE PER THOUSAND | TOTAL |
|---|---|---|
| | $ 24.19 | $ 2,632.00 |

INSTRUCTIONS

1. This form is authorized for use in connection with Government contracts. Any deviation from this form will require the written approval of the Administrator of General Services.

2. Insert the full legal name and business address of the Principal in the space designated "Principal" on the face of the form. An authorized person shall sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of the firm, partnership, or joint venture, or an officer of the corporation involved.

3. (a) Corporations executing the bond as sureties must appear on the Department of the Treasury's list of the approved sureties and m[illegible] within the limitation listed therein. Where more than one c[illegible]e surety is involved their names and addresses shall ap[illegible] in the spaces (Surety A, Surety B, etc.) headed "CORPORATE SURETY(IES)." In the space designated "SURETY(IES)" on the face of the form insert only the letter identification of the sureties.

(b) Where individual sureties are involved, a completed Affidavit of Individual Surety (Standard Form 28), for each individual surety, shall accompany the bond. The Government may require the surety to furnish additional substantiating information concerning its financial capability.

4. Corporations executing the bond shall affix their corporate seals. Individuals shall execute the bond, opposite the word "Corporate Seal", and shall affix an adhesive seal if executed in Maine, New Hampshire, or any other jurisdiction requiring adhesive seals.

5. Type the name and title of each person signing this bond in the space provided.

# COMMERCIAL CASUALTY
INSURANCE COMPANY OF GEORGIA

January 10, 2002

Marsha Tyson, Contracting Officer
Department of the Navy
Southern Division
Field Office Atlanta Area
1000 Halsey Avenue, Bldg. 70
Marietta, GA 30060-5099

RE: Contract N62467-01-C-3215, Replace 400 HZ Frequency Converter, Hangar 1
NAS Atlanta, Marietta, GA

Dear Ms. Tyson:

Please accept this letter as formal notice from the surety on the captioned project that no payments are to be made to the contractor, F A S Development Company, Inc., and that all funds currently held or to be paid under the contract be paid to the surety.

This notice is made necessary due to outstanding claims by subcontractors and vendors on projects bonded by the surety, making it imperative that the funds on the captioned job be properly directed and/or used in the process by the surety in obtaining equitable subrogation.

Please note that any payments made by the Department of the Navy to F A S Development Company, Inc. or anyone else under the captioned contract other than Commercial Casualty Insurance Company of Georgia will void the surety's obligation under the performance and payment bonds, exonerating us from liability there under and imperiling the Department of the Navy.

Please provide the surety whatever paper work is necessary to perfect assignment of the job funds on the captioned contract as soon as possible to assure timely payment to any subcontractors and/or suppliers on the project.

Should you have any questions, please call me at (678) 298-1257.

Sincerely,

Donald H. Gibbs, Surety Manager

ENCLOSURE (1)

P.O. Box 926270 • Norcross, Georgia 30010-6270
350 Research Ct. • Suite 200 • Norcross, Georgia 30092 • (770) 729-8101 • Fax (770) 729-8209

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| | |
|---|---|
| 1. CONTRACT ID CODE | PAGE OF PAGES: 1 of 52 |
| 2. AMENDMENT/MODIFICATION NO. | P00001 |
| 3. EFFECTIVE DATE | 27-Feb-2002 |
| 4. REQUISITION/PURCHASE REQ. NO. | N0019601RC52443 |
| 5. PROJECT NO. (If applicable) | |
| 6. ISSUED BY — CODE N62467 | NAVAL FACILITIES ENGINEERING COMMAND, ...C ATLANTA, ...ALSEY AVENUE BLDG 70, ...ETTA GA 30060-5099 |
| 7. ADMINISTERED BY (If other than item 6) — CODE N62467 | NAVAL FACILITIES ENGINEERING COMMAND, ROICC ATLANTA, 1000 HALSEY AVENUE BLDG 70, MARIETTA GA 30060-5099 |
| 8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State and Zip Code) | FAS DEVELOPMENT COMPANY, INC, VANESSA SUTTON, 116 ASHBY STREET NW, ATLANTA GA 30311 |
| CODE | 1BRP0 |
| FACILITY CODE | |
| 9A. AMENDMENT OF SOLICITATION NO. | |
| 9B. DATED (SEE ITEM 11) | |
| X 10A. MOD. OF CONTRACT/ORDER NO. | N62467-01-C-3215 |
| X 10B. DATED (SEE ITEM 13) | 25-Jun-2001 |

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offer ☐ is extended, ☐ is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods: (a) By completing Items 8 and 15, and returning ______ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS.
IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying ...e, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B).

X C. ... SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:
FAR 52.243-5 CHANGES (APR 1984)

D. OTHER (Specify type of modification and authority)

E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign this document and return 3 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

CONTRACT N62467-01-C-3215, REPLACE FREQUENCY CONVERTER, NAVAL AIR STATION ATLANTA, MARIETTA, GA

SEE PAGE TWO FOR DESCRIPTION

Reason Code: CREQ

...xcept as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| | |
|---|---|
| 15A. NAME AND TITLE OF SIGNER (Type or print) | Vanessa L. Sutton President/CEO |
| 15B. CONTRACTOR/OFFEROR | Vanessa L. Sutton (Signature of person authorized to sign) |
| 15C. DATE SIGNED | 3-20-2002 |
| 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) | |
| 16B. UNITED STATES OF AMERICA | BY [signature] (Signature of Contracting Officer) |
| 16C. DATE SIGNED | 27 Mar 02 |

XC... N TO SF 30
PP... D BY OIRM 11-84

30-105-04

STANDARD FORM 30 (Rev. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

ACCOUNTING AND APPROPRIATION DATA

| | | |
|---|---|---|
| AA: | AA 1711806 72FF 000 00196 0 068566 2D C52443 00196171EMQ DOC #N0019601RC52443 | 000000000000 |
| AMOUNT: | ($56,143.00) | |

BLOCK 14 DESCRIPTION OF MODIFICATION (CONTINUED)

The contractor shall delete the requirement stated in the original contract and furnish all labor, materials, transportation, supervision and equipment to replace existing 400 Hz frequency converter in accordance with attached specifications (Sections 01110, Standard Equipment Requirement, Section 01330, Section 01781, Section 16050, Section 16268, and Section 16402). The project includes, but is not limited to; removal and disposal of existing converter, installing all wiring to new converter. The new unit shall be 10 KVA, 0.8 PF. Input voltage is 480Y/277 volts, three phase, four-wire, 60 Hz. Output voltage is 200/115 volts, three phase, four-wire 400 Hz, which shall be FCX System Model PFC007-V-40-FM-12P or equal. See attached for standard equipment requirement.

The location of the unit will be determined by the Contracting Officer's Representative.

All other items remain unchanged.

As a result of the aforementioned, the contract price is hereby decreased from $108,768.00 to $52,625.00, a decrease of $56,143.00. The contract completion date is hereby changed from October 9, 2001 to 14 June 2002.

Acceptance of this modification by the Contractor constitutes an accord and satisfaction and represents payment in full for both time and money and for any and all costs, impact effect, and for delays and disruptions arising out of, or incidental to, the work as herein revised.

SUBMIT INVOICES TO ADDRESS IN BLOCK 6

PAYMENT WILL BE MADE BY DFAS, OP-LOC PENSACOLA, FL

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE: J — PAGE OF PAGES: 1 | 1

2. AMENDMENT/MODIFICATION NO.: P00002

3. EFFECTIVE DATE: 14-Jun-2002

4. REQUISITION/PURCHASE REQ. NO.: N0019601RC52443

5. PROJECT NO. (If applicable):

6. ISSUED BY — CODE N62467
NAVAL FACILITIES ENGINEERING COMMAND,
[illegible] ATLANTA
[illegible]ALSEY AVENUE BLDG 70
[illegible]ETTA GA 30060-5099

7. ADMINISTERED BY (If other than item 6) — CODE N62467
NAVAL FACILITIES ENGINEERING COMMAND,
ROICC ATLANTA
1000 HALSEY AVENUE BLDG 70
MARIETTA GA 30060-5099

8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State and Zip Code)
FAS DEVELOPMENT COMPANY, INC
VANESSA SUTTON
116 ASHBY STREET NW
ATLANTA GA 30311

CODE 1BRP0 — FACILITY CODE

9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

X 10A. MOD. OF CONTRACT/ORDER NO.: N62467-01-C-3215

X 10B. DATED (SEE ITEM 13): 25-Jun-2001

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offer ☐ is extended, ☐ is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods: (a) By completing items 8 and 15, and returning ______ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying [illegible]e, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B).

X C. [illegible] SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:
FAR 52-249-10 DEFAULT (APR 1984)

D. OTHER (Specify type of modification and authority)

E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign this document and return 3 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

CONTRACT N62467-01-C-3215, REPLACE FREQUENCY CONVERTER, NAVAL AIR STATION ATLANTA, MARIETTA, GA

As a result of the Government not allowing access to the site due to testing, the contract completion date is extended from 14 June 2002 to 24 June 2002. The contract price remains $52,625.00.

Acceptance of this modification by the Contractor constitutes an accord and satisfaction and represents payment in full for both time and money and for any and all costs, impact effect, and for delays and disruptions arising out of, or incidental to, the work as herein revised.

SUBMIT INVOICES TO ADDRESS IN BLOCK 6

PAYMENT WILL BE MADE BY DFAS, OP-LOC PENSACOLA, FL

Reason Code: TIME

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print): Levi Whatley for Vanessa Sutton

16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print): MARSHA TYSON, CONTRACTING OFFICER

15B. CONTRACTOR/OFFEROR: Levi Whatley (Signature of person authorized to sign)

15C. DATE SIGNED: 14 Aug 02

16B. UNITED STATES OF AMERICA BY Marsha Tyson (Signature of Contracting Officer)

16C. DATE SIGNED: 16 Aug 02

EX[illegible]N TO SF 30
APP[illegible]D BY OIRM 11-84

30-105-04

STANDARD FORM 30 (Rev. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

DEPARTMENT OF THE NAVY
NAVAL FACILITIES ENGINEERING COMMAND
SOUTHERN DIVISION
FIELD OFFICE ATLANTA AREA
1000 HALSEY AVENUE BLDG 70
MARIETTA, GA 30060-5099

80C
31 July 2002

F. A. S Development Company, Inc.
Attn: Vanessa Sutton
116 Ashby Street NW
Atlanta, Georgia 30311

Subj: CONTRACT N62467-01-C-3215, REPLACE 400HZ FREQUENCY CONVERTER, NAVAL AIR STATION ATLANTA, MARIETTA, GEORGIA; ASSIGNMENT OF CLAIMS

Gentlemen:

Your request for assignment is unapproved. In order for an Assignment to be included within the Assignment of Claims Act, the assignee must finance a Government contractor in his performance of a Government contract or contracts. The Assignment of Claims Act generally bars all voluntary assignments of claims against the Government unless the assignment is to a bank, trust, or financial institution. To consider Commercial Casualty Insurance Company of North Carolina, an assignee, proper documentation must be provided to validate that its Articles of Incorporation indicate "financing" as its "primary" business activity. Unless it can be documented otherwise, it is determined that Commercial Casualty Insurance of North Carolina is not a bonafide financial institution, rather an insurance company, which is classified as a "surety."

Please submit the proper documentation as outlined in the aforementioned paragraph in order to substantiate Commercial Casualty Insurance of North Carolina, otherwise, payments will be made to your account.

If there are any questions or concerns, please phone the undersigned at 770-919-6686, fax 770-919-6800 or email tysonmr@efdsouth.navfac.navy.mil.

Sincerely,

Marsha Tyson

MARSHA TYSON
Contracting Officer

Bcc: Commercial Casualty Insurance Company of Georgia, Attn: Mr. Donald H. Gibbs, 350 Research Ct Suite 200, Norcross, GA 30092

ENCLOSURE (3)

# ASSIGNMENT

Date: 6-17-2002

KNOW ALL MEN BY THESE PRESENTS: That F. A. S. Development Company, Inc., for value received and in accordance with the Assignment of Claims Act of 1940, as amended 31 U.S.C. 3727, 41 U.S.C. 15, does hereby assign, set over and transfer unto Commercial Casualty Insurance Company of Georgia, 350 Research Ct., Suite 200, Norcross, Georgia 30092, all right, title and interest to all moneys due or to become due from the United States of America, or from any agency or department thereof, accruing under Contract Number N62467-01-C-3215, dated 25 June 2001 and amended 20 March 2002. Amount of Contract: $52,625.00. Balance of Payments under the Contract $52,625.00.

The Assignee shall not be held responsible for the performance of any work or for manufacture or delivery of and of the items mentioned in the said contract of contracts.

F.A.S. Development Company, Inc.
(Name of Contractor)

ATTEST:

By: President [signature]
Title:

[signature]
(Secretary of Corporation)

(Corporate Seal)

***************************************

## ACCEPTANCE

Assignment accepted at (City or County) Norcross,
State of Georgia this 20th day of June, 2002.

Commercial Casualty Insurance Company of Georgia
(Name of Assignee)

(SEAL)

By: [signature]
Title: Attorney-in-fact

Sworn to and subscribed before me this 20th day of June, 2002 at (City or County) Gwinnett, State of GA.

(SEAL)

[signature]
(Notary Public)
My Commission Expires: Notary Public Gwinnett County Georgia My Commission Expires May 26, 2006

# FEDERAL NOTICE OF ASSIGNMENT

To: NFEC Southern Division, ROICC Atlanta
Naval Air Station Atlanta Building 70
1000 Halsey Avenue
Marietta, Georgia 30060-5099
Attn: Contracting Officer

This has reference to Contract Number N62467-01-C-3215 dated 25 June 2001 entered into between F.A.S.. Development Company, Inc., 116 Ashby Street, NW, Atlanta, Georgia 30311 and NFEC Southern Division, ROICC Atlanta, Naval Air Station Atlanta, 1000 Halsey Avenue, Marietta, Georgia 30060-5099, for Replace 400 Hz Frequency Converter, Hangar 1, Naval Air Station Atlanta, Marietta, Georgia.

Monies due or to become due under the contract described above have been assigned to the undersigned, under the provisions of the Assignment of Claims Act of 1940, as amended, 31 U.S.C. 3727, 41, U.S.C. 15.

A true copy of the Instrument of Assignment executed by the Contractor on June 17, 2002 is attached to the original notice.

Payments due or to become due under such contract should be made to the undersigned assignee.

Please return to the undersigned the three enclosed copies of this notice with appropriate notations showing the date and hour of receipt, and signed by the person acknowledging receipt on behalf of the addressee.

Very truly yours,
Commercial Casualty Insurance Company of Georgia

By: [signature]
Donald H. Gibbs

Title: Attorney in Fact

350 Research Court, Suite 200

Norcross, Georgia 30092
(Address of Assignee)

*************************************************************************************

## ACKNOWLEDGMENT

Receipt is acknowledged by (signature) ______________________ on behalf of (name and address of this notice) ________________________________________________ of the above and of a copy of the instrument of assignment. They were received at ________ (am or pm), on ______________________, 2002.

THOMPSON & SLAGLE, P.C.
ATTORNEYS AT LAW
3295 RIVER EXCHANGE DRIVE
SUITE 300
NORCROSS, GEORGIA 30092

DEWITTE THOMPSON (GA AND FL)
JEFF B. SLAGLE
ALFRED A. MALENA, JR.
W. WRIGHT DEMPSEY, JR.
STEVEN SALCEDO
JOHN D. ALEXANDER
SCOTT K. SPOONER

OF COUNSEL:
BYRON M.G. SANFORD

TELEPHONE
(770) 662-5999
FACSIMILE
(770) 447-6063

ALFRED A. MALINA, JR.
AMALINA@THOMPSONANDSLAGLE.COM

January 17, 2002

**VIA FACSIMILE TRANSMISSION: (770) 919-6800**
**AND U.S. MAIL**

Ms. Marsha Tyson
Contracting Officer
Department of the Navy
Naval Facilities Engineering Command
Southern Division
Field Office Atlanta Area
1000 Halsey Avenue Building 70
Marietta, GA 30060-5099

Re: Principal: F.A.S. Development Company, Inc.
Surety: Commercial Casualty Insurance Company of Georgia
Project: Naval Air Station Atlanta, Marietta, GA
Replace 400HZ Converter
Navy Contract #N62467-01-C-3215

Dear Ms. Tyson:

This letter follows our telephone conversation earlier this week, and your letter dated July 31, 2002, regarding the above-referenced project. As you know, I represent Commercial Casualty, and will be working with your regarding the resolution of the closeout and payment of remaining contract funds for the project. I understand that you have had some discussions and correspondence with Don Gibbs of Commercial Casualty concerning the assignment of the remaining contract funds from F.A.S. to Commercial Casualty. As you indicated in our conversation and in the letter of July 31st, the Navy now has a problem releasing the contract funds through the assignment process and under the Assignment of Claims Act (a procedure originally requested by the Navy in its January 14, 2002 letter). While I will address that issue below, there are a number of methods through which the Navy can and should release the contract funds to Commercial Casualty. If, as you say, you are unable to do so through the assignment, I must request that we use another avenue through the FAR, as outlined below.

Marsha Tyson
August 2, 2002
Page 2 of 3

It is extremely important that the Navy acknowledge the current circumstances with regard to F.A.S. As you know, Commercial Casualty has already sent you correspondence freezing the payment of contract funds (January 10, 2002, from Don Gibbs to you), and the Navy therefore cannot and should not release contract funds to FAS under any circumstances. If it does so, F.A.S will abscond with the contract funds, and subcontractors and suppliers will not be paid. F.A.S has already abandoned a number of other federal projects around the Atlanta area, and has failed to pay subcontractors and suppliers with contract funds paid on those projects. Commercial Casualty has paid, and is facing, claims in the hundreds of thousands of dollars. Commercial Casualty simply requests that the Navy recognize the situation, and fulfill its duties as obligee under the bond and through the FAR, by properly managing the contract and paying the contract funds to Commercial Casualty as surety.

With regard to the issue of assignment, it is clear that F.A.S. itself agreed to the assignment through its execution and submittal of the assignment. Given the circumstances outlined above, there is no reason for the Navy and Commercial Casualty to argue over whether the Assignment of Claims Act is the proper avenue for release of the funds. I must request in the strongest terms that whatever the circumstances, the Navy should not release any funds to F.A.S., as your July 31st letter indicated you would do. While I appreciate your mentioning in our telephone conversation that F.A.S. had not submitted a pay application, and that you would let Commercial Casualty know if F.A.S. did so, such an application should be of no effect given the freeze on funds and other information now known to the Navy.

It must be noted that Commercial Casualty is entitled to the contract funds on a number of grounds. Commercial Casualty is equitably subrogated to the contract funds through its payment of claims on this and other projects. In addition, F.A.S. has assigned its funds on its projects to Commercial Casualty as surety through the execution of a General Agreement of Indemnity (copy attached, via U.S. Mail). Given the foregoing, I would suggest that we consider and utilize the following means of obtaining proper release of the contract funds to Commercial Casualty. Federal Acquisition Regulation 28.106-7 provides for a solution in circumstances identical to those we face. It states, in pertinent part:

> (b) If, after completion of the contract work, the Government receives written notice from the surety regarding the contractor's failure to meet its obligation to its subcontractors or suppliers, the contracting officer shall withhold final payment. However, the surety must agree to hold the Government harmless from any liability resulting from withholding the final payment. The contracting officer will authorize final payment upon agreement between the contractor and surety or upon a judicial determination of the rights of the parties. Id.

Commercial Casualty has met, or will easily meet, all of the requirement outlined therein. Commercial Casualty has already given the requisite notice to the Navy through the January 10th letter from Mr. Gibbs to you. I will forward an executed Hold Harmless Agreement to you next week, once Mr. Gibbs has returned from vacation. Further, F.A.S. has already agreed to having

the Navy release the funds to Commercial Casualty, through both the General Agreement of Indemnity and the express assignment already submitted to you.

Finally, I believe the issue of the name change of Commercial Casualty, from Commercial Casualty Insurance Company of Georgia to Commercial Casualty Insurance Company of North Carolina, can be easily resolved. As you may know, the name change took place effective January 1, 2002. Please review the enclosed correspondence from the Georgia Office of Insurance and Safety Fire Commissioner and the North Carolina Department of Insurance, confirming the change of name and domicile of the company. If you need anything further regarding the change of name, please let me know.

Please consult with your legal department and let me know if you believe there will be any problems with the release of contract funds through FAR 28.106-7. There are, indeed, some other sections of the FAR that are less directly applicable, but could accomplish a resolution of this situation. Commercial Casualty's goal is to achieve an expeditious release of the contract funds so that claims may be paid and damages mitigated. It wishes to cooperate with you and the Navy. I believe that the project, with such cooperation, can be closed out with a minimum of delay and disruption.

Please let me know if you have any questions. I look forward to hearing from you.

Very truly yours,

THOMPSON & SLAGLE, P.C.

Alfred A. Malena, Jr.

AAM/nb

cc: Don Gibbs

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE: J
PAGE OF PAGES: 1 | 3

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO.(If applicable) |
|---|---|---|---|
| P00003 | 19-Aug-2002 | N0019601RC52443 | |

6. ISSUED BY CODE N62467
\L FACILITIES ENGINEERING COMMAND,
: ATLANTA
, HALSEY AVENUE BLDG 70
MARIETTA GA 30060-5099

7. ADMINISTERED BY (If other than item 6) CODE N62467
NAVAL FACILITIES ENGINEERING COMMAND,
ROICC ATLANTA
1000 HALSEY AVENUE BLDG 70
MARIETTA GA 30060-5099

8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State and Zip Code)
FAS DEVELOPMENT COMPANY, INC
VANESSA SUTTON
116 ASHBY STREET NW
ATLANTA GA 30311

CODE 1BRP0 FACILITY CODE

9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

X 10A. MOD. OF CONTRACT/ORDER NO. N62467-01-C-3215

X 10B. DATED (SEE ITEM 13) 25-Jun-2001

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offer ☐ is extended, ☐ is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods: (a) By completing Items 8 and 15, and returning ______ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
See Schedule

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS.
IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying ...ice, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B).

X ... SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:
.52.122-12 LIQUIDATED DAMAGES-CONSTRUCTION (SEP 2000)

D. OTHER (Specify type of modification and authority)

E. IMPORTANT: Contractor ☒ is not, ☐ is required to sign this document and return ______ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

CONTRACT N62467-01-C-3215, REPLACE 400 HZ FREQUENCY CONVERTER, NAVAL AIR STATION ATLANTA, MARIETTA, GA

SEE PAGE TWO FOR DESCRIPTION OF SERVICES

Reason Code: LIQD

xcept as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) | |
|---|---|---|---|
| | | MARSHA R TYSON / CONTRACT SPECIALIST | |
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
| (Signature of person authorized to sign) | | BY *Marsha Tyson* (Signature of Contracting Officer) | 19-Aug-2002 |

XCEPTION TO SF 30
PPR...D BY OIRM 11-84

30-105-04

STANDARD FORM 30 (Rev. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

SECTION SF 30 BLOCK 14 CONTINUATION PAGE

SUMMARY OF CHANGES

Changes in Solicitation/Contract/Order Form

The total cost has decreased from $52,625.00 by $4,200.00 to $48,425.00

Changes in Section 00010

CLIN 0001

The total CLIN cost has decreased from $52,625.00 by $4,200.00 to $48,425.00
The CLIN extended description This modification is unilaterally issued to assess liquidated damages damages for thirty (30) calendar days at $140.00 per day for a decrease of $4,200.00. As a result, the total contract price is hereby decreased from $52,625.00 to $48,425.00. SUBMIT INVOICES TO ADDRESS IN BLOCK 6, PAYMENT WILL BE MADE FROM DFAS, OP-LOC PENSACOL, FL has been added.
The unit price amount has decreased from $52,625.00 by $4,200.00 to $48,425.00

NAVFAC 7300/41 (7/85)

# NAVAL FACILITIES ENGINEERING COMMAND
## CONTRACTOR'S INVOICE

INVOICE DATE 10 September, 2002

INVOICE NUMBER 1 FINAL

FROM: FAS Development Co., Inc
2193 Cascade Road Ste-A
Atlanta, Georgia 30311

TO: Officer In charge Of construction
VIA: Resident Officer In Charge Of Construction

1. Below is a Statement of performance under Contract N62467-01-C-3215 at (Station) Naval Air Station Marietta, GA.

The enclosure provides breakdown of this statement of performance.

| | | | |
|---|---|---|---|
| A. | Total value of contract through change P-00003 | $ | 48,425.00 |
| B. | Percentage of performance completed | | 100 % |
| C. | Value of completed performance | $ | 48,425.00 |
| D. | Less: Total prior invoices | $ | 0.00 |
| E. | Amount of this invoice | $ | 48,425.00 |

Signature and Title [signature]

FIRST ENDORSEMENT DATE ______
FROM: ROICC ______
TO: ______

1. Payment is recommended as follows
A. Amount of work completed to ______ $ ______
B. Less: Total of prior invoices $ ______
C. Amount of this invoice $ ______

D. Less: Retention this invoice
(0 to 10% of item C) $ ______
Total retention prior invoices $ ______
Others deductions $ ______ $ ______

E. Sub-total $ ______
F. Less previous payments $ ______
G. Recommended amount for ______ payment $ ______

2. Elapsed contract time ______ %

3.

Signature and Title ______
1ROICC

Pursuant to authority vested in me, I certify that this invoice is correct and proper for payment.

DATE ______ Signature and Title ______
Authorized Certifying Officer

| ACRN | APPN/SUBHEAD | OC | BCN | SA | AAA | TT | PAA | COST CODE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|

1. If the ability to certify and authority to recommend are commend in one person, one signature is necessary; otherwise the ROICC will sign in the space provided.

# FAS Development Company, Inc.

DATE: September 10, 2002
INVOICE NO.: 1 Final

CONTRACT NO: N62467-01-C-3215

TITLE: Replace 400HZ Frequency Converter

CONTRACTOR NAME AND ADDRESS:

FAS Development Co. Inc.
116 Ashby Street
Atlanta, GA 30314
Phone (404) 758-1299
Fax (404) 758-1295

I hereby certify, to the best of my knowledge and belief, that:

(1) The amount requested are only for performance in accordance with the Specifications, terms, and conditions of the Contract;

(2) Payments to Subcontractor and Suppliers have been made from previous payment received under the Contact, and timely payment will be made from the proceeds of the payments covered by this certification, in accordance with Subcontract Agreement and the requirement of Chapter 39 of Title 31, United States Code: and;

(3) The request for progress payment does not include any amounts which the Prime Contractor Intends to withhold or retain from a Subcontractor or Supplier in accordance with the terms and conditions of the Subcontract.

Luis Whatley For
(NAME) Vanessa Sutton

Project Manager
(TITLE) PRESIDENT

(DATE)

2193-A Cascade Road, SW ◆ Atlanta, Georgia 30311 ◆ Office (404) 758-1299 ◆ Fax (404) 758-1295
vsutton@fasdevelopment.com

CONTRACTOR'S RELEASE
NAVFAC 4330/7 (6-72)
S/N 0105-001-9100

CONTRACTOR'S RELEASE UNDER CONTRACT NO. N62467-01-C-3215

KNOW ALL MEN BY THESE PRESENTS: In consideration of the premises and sum of FORTY EIGHT THOUSAND FOUR HUNDRED TWENTY FIVE DOLLARS AND ZERO CENTS, ($ 48,425.00) lawful money of the United States of America (hereinafter called the "Government") ZERO DOLLARS AND ZERO CENTS ($0.00) of which has already been paid and of FORTY EIGHT THOUSAND FOUR HUNDRED TWENTY FIVE DOLLARS AND ZERO CENTS, ($ 48,425.00) of which is to be paid by the Government under the above-mentioned contract, the undersigned Contractor does, and by the receipt of said sum shall, for itself, its successors and assigns, remise, release and forever discharge the Government, its officers, agents, and employees of and from all liabilities, obligations and claims whatever in law in equity under or arising out of said contract.

IN WITNESS WHEREOF, this release has been executed this 10 day of September, 2002

Witness: (Contractor Signature)

BY: ______

TITLE: ______

CERTIFICATE

I, Vanessa L. Sutton, certify that I am the secretary of the cooperation named as contractor in the foregoing release; that Vanessa L. Sutton who signed said release on behalf of the contractor was then President of said corporation; that said release was duly signed for and in behalf of said corporation by authority of its governing body and is within the scope of its corporate power.

(Corporate Seal)

Obligee

THOMPSON & SLAGLE, P.C.
ATTORNEYS AT LAW
3295 RIVER EXCHANGE DRIVE
SUITE 300
NORCROSS, GEORGIA 30092

DEWITTE THOMPSON (GA AND FL)
JEFF B. SLAGLE
ALFRED A. MALENA, JR.
W. WRIGHT DEMPSEY, JR.
STEVEN SALCEDO
JOHN D. ALEXANDER

OF COUNSEL:
BYRON M.G. SANFORD

TELEPHONE
(770) 662-5999
FACSIMILE
(770) 447-6063

ALFRED A. MALENA, JR.
AMALENA@THOMPSONANDSLAGLE.COM

September 16, 2002

**VIA FACSIMILE 843-820-5985**

Cathy Horan
Naval Facilities Engineering Command
Office of Counsel
2155 Eagle Drive
Charleston, SC 29419

Re: Principal: F.A.S. Development Company, Inc.
Surety: Commercial Casualty Insurance Company of Georgia
Project: Naval Air Station Atlanta, Marietta, GA
Replace 400HZ Converter
Navy Contract #N62467-01-C-3215

Dear Ms. Horan:

Please accept this letter in furtherance of our recent conversations regarding the above-referenced matter. As we have discussed, Commercial Casualty intends to work with the Navy regarding the resolution of any remaining contract matters, closeout of the contract and release of the contract funds to it. It is my understanding that there are no remaining items of work, and that the contract is ready to be closed out. While there has apparently been a misunderstanding between Commercial Casualty and Marsha Tyson, regarding the means by which the contract funds could be released, that hopefully is now behind us. Commercial Casualty has received numerous claims on projects bonded for FAS Development Company, Inc., including the above-referenced project. Commercial Casualty is fully entitled to the release of the contract funds, and they will be used to pay claims by subcontractors and/or suppliers. If by some chance the funds are released to FAS, they will never be seen again.

As stated above, there have been several claims on the NAS project by FAS subcontractors. They include claims by FCX Systems, of Morgantown, West Virginia, in the amount of $21,194.00, and Rogers Electric of Roswell, Georgia, in the amount of $10,406.50. Copies of demands from each subcontractor are attached hereto. Given these claims, there should be both sufficient justification and methods under the Federal Acquisition Regulations to

release the contract funds to Commercial Casualty. Commercial Casualty will be happy to provide a Hold Harmless Agreement, if necessary.

I greatly appreciate your cooperation in this matter. Given the long history of these issues and eager subcontractors, I would appreciate speaking with you as soon as possible in order to see what we can do to expedite matters. Should you have any further questions in the interim, please do not hesitate to contact me. I look forward to speaking with you.

Sincerely,

THOMPSON & SLAGLE, P.C.

Alfred A. Malena, Jr.

AAM/nb
Attachments

UPLOADED

# FAS DEVELOPMENT COMPANY, INC.

2193 Cascade Road, SW, Suite A
Atlanta, Georgia 30311
Phone (404) 758-1299 – Fax (404) 758-1295
Email
FAS1299@aol.com
www.management @fasdevelopment.com

August 6, 2002

Rogers Electric
Service Division
2830 Peterson Place
Norcross, Ga 30071

Attn: Mark Yarbrough

Reference: Replace 400HZ Frequency Converter NAS Atlanta

Dear Mark,

Let this letter serve as our appreciation of Rogers Electric for the outstanding performance regarding the above referenced project. Your electrical Technicians Wesley Gibson and Greg Serrano were professional and skilled in their craft. All time lines were meet and the project was completed without incident. Their technical skills speaks highly of them and the quality of people Roger Electric employs.

Accounting has received your invoice in the amount of $11, 565.00. This project has been assigned to the Bonding Company Commercial Casualty Insurance. All payments will be processed and delivered by them. Your point of contact is a gentleman by the name of Don H. Gibbs, the Surety Manager. He can be reached at (678) 298-1257phone / (678) 298-1356 by fax. He has received all of your information including the invoice.

Should you have any questions please feel free to contact me. Again thank you for a job well done.

Sincerely,

Levi Whatley
Project Manager

# INVOICE

LIN R. ROGERS
Electrical Contractors, Inc.

**LIN R. ROGERS**
**Electrical Contractors, Inc.**
3000 Northfield Place, Suite 1100
Roswell, Georgia 30076
(770) 521-4860

LRR S022592-01

DATE: 7/20/2002

BILLED TO: F.A.S. DEVELOPMENT CO., INC.
2193 Cascade Road SW, Suite A
Atlanta, GA 30311
Attn: LEVI WHATLEY
404-758-1296 Fax: 404-758-1299Tel

PROJECT: REPLACE FREQUENCY CONVERTER -NAS ATLANTA
MARIETTA,GA 30360-5999
(LRR Job No. ) S022592

| CUST ORDER NO. | DATE SHIPPED | SHIPPED VIA | | TERMS | SALESMAN | F.O.B. | OUR ORDER NO. |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | Per Attached Itemized Billing | | | $ | 10,405.50 |

Thank You!

# APPLICATION AND CERTIFICATE FOR PAYMENT AIA DOCUMENT G702

TO GC: F.A.S. DEVELOPMENT CO, 2193 Cascade Road SW, Suit, Atlanta, GA 30311

PROJECT: REPLACE FREQUENCY CON, MARIETTA,GA 30360-3099

APPLICATION NO.: 8022592-01

PERIOD TO: 7/20/2002

PROJECT NOS.:

Distribution to: ☑ GC ☐ ARCHITECT ☐ CONTRACTOR ☐ ☐

FROM CONTRACTOR: Lin R. Rogers Electrical Contractors, Inc., 3000 Northfield Place, #1100, Roswell, GA 30076

VIA ARCHITECT:

CONTRACT DATE:

CONTRACT FOR: Electrical Work

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Contract. Continuation Sheet, AIA Document G703, is attached.

1. ORIGINAL CONTRACT SUM ........ $ 11,565.00
2. Net change by Change Orders ........ $ -
3. CONTRACT SUM TO DATE (Line 1 +- 2) ........ $ 11,565.00
4. TOTAL COMPLETED & STORED TO DATE ........ $ 11,565.00
   (Column G on G703)
5. RETAINAGE:
   a. 10% of Completed Work (Columns D+E on G703) $ 1,156.50
   b. 10% of Stored Material (Column F on G703) $ -
   Total Retainage (Line 5a + 5b or Total in Column I of G703) ........ $ 1,156.50
6. TOTAL EARNED LESS RETAINAGE ........ $ 10,408.50
   (Line 4 less Line 5 Total)
7. LESS PREVIOUS CERTIFICATES FOR PAYMENT
   (Line 6 from prior Certificate) ........ $ -
8. CURRENT PAYMENT DUE ........ $ 10,408.50
9. BALANCE TO FINISH, INCLUDING RETAINAGE
   (Line 3 less Line 6) $ 1,156.50

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | | |
| Total approved this Month | | |
| TOTALS | | |
| NET CHANGES BY Change Order | | |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment had been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payment received form the Owner, and that current payment shown herein is now due.

SUBCONTRACTOR: LIN R. ROGERS ELECTRICAL CONTRACTORS, INC.

By: [signature] Date: July 20, 2002

State of: Georgia

County of: Forsyth

Subscribed and sworn to before me this 20th day of July 2002

Notary Public: [signature]

My Commission expires: 10/8/2005

## ARCHITECT'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data comprising this application, the Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED ........ $

*(Attach explanation if amount certified differs from the amount applied for. Initial all figures on this Application and on the Continuation Sheet that are changed to conform to the amount certified.)*

ARCHITECT:

By: Date:

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

AIA DOCUMENT G702 - APPLICATION AND CERTIFICATE FOR PAYMENT - 1992 EDITION - AIA - 1992 - THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVENUE, N.W., WASHINGTON, D.C. 20006-5292 - WARNING: Unlicensed photocopying violates U.S. copyright laws and will subject the violator to legal prosecution.

G702-1992

07/24/2002 ... 5:22PM FAS DEVELOPMENT INC NO.230 P.6/7

LIN R. ROGERS
Electrical Contractors, Inc.

# INVOICE

## LIN R. ROGERS

**Electrical Contractors, Inc.**
3000 Northfield Place, Suite 1100
Roswell, Georgia 30076
(770) 521-4960

S022592-02
LRR RETAIN

DATE: 7/20/2002

BILLED TO: F.A.S. DEVELOPMENT CO., INC.
2193 Cascade Road SW, Suite A
Atlanta, GA 30311
Attn: LEVI WHATLEY
404-758-1295 Fax 404-758-1299Tel

PROJECT: REPLACE FREQUENCY CONVERTER -NAS ATLANTA
MARIETTA,GA 30360-3098
(LRR Job No. ) S022592

| CUST ORDER NO. | DATE SHIPPED | SHIPPED VIA | TERMS | SALESMAN | F.O.B. | OUR ORDER NO. |
|---|---|---|---|---|---|---|
| | | | | | | |

| [illegible] | [illegible] | [illegible] | DESCRIPTION | [illegible] | [illegible] | |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | *Per Attached Itemized Billing* | | $ | 1,156.50 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

*Thank You!*

# APPLICATION AND CERTIFICATE FOR PAYMENT AIA DOCUMENT G702

| | | | | | |
|---|---|---|---|---|---|
| TO GC: | F.A.S. DEVELOPMENT CO<br>2193 Cascade Road SW, Suit<br>Atlanta, GA 30311 | PROJECT: | REPLACE FREQUENCY CON<br>MARIETTA,GA 30360-5099 | APPLICATION NO.:<br>PERIOD TO:<br>PROJECT NOS.: | S022391-02<br>RETAIN<br>7/20/2002 |
| FROM CONTRACTOR: | Lin R. Rogers Electrical Contractors, Inc.<br>3000 Northfield Place, #1180<br>Roswell, GA 30076 | VIA ARCHITECT: | | CONTRACT DATE: | |
| CONTRACT FOR: | Electrical Work | | | | |

☑ Distribution to:
☐ ARCHITECT
☐ CONTRACTOR
☐
☐

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Contract. Continuation Sheet, AIA Document G703, is attached.

1. ORIGINAL CONTRACT SUM ........ $ 11,565.00
2. Net change by Change Orders ........ $ -
3. CONTRACT SUM TO DATE (Line 1 +- 2) ........ $ 11,565.00
4. TOTAL COMPLETED & STORED TO DATE ........ $ 11,565.00
   (Column G on G703)
5. RETAINAGE:
   a. 10% of Completed Work $ -
   (Columns D + E on G703)
   b. 10% of Stored Material $ -
   (Column F on G703)
   Total Retainage (Line 5a + 5b or Total in Column I of G703) ........ $ -
6. TOTAL EARNED LESS RETAINAGE ........ $ 11,565.00
   (Line 4 less Line 5 Total)
7. LESS PREVIOUS CERTIFICATES FOR PAYMENT
   (Line 6 from prior Certificate) ........ $ 10,408.50
8. CURRENT PAYMENT DUE ........ $ 1,156.50
9. BALANCE TO FINISH, INCLUDING RETAINAGE
   (Line 3 less Line 6) $ -

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | | |
| Total approved this Month | | |
| TOTALS | | |
| NET CHANGES BY Change Order | | |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment had been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payment received from the Owner, and that current payment shown herein is now due.

SUBCONTRACTOR: LIN R. ROGERS ELECTRICAL CONTRACTORS, INC.

By: [signature] Date: July 20, 2002

State of: Georgia

County of: Forsyth

Subscribed and sworn to before me this 20th day of July 2002

Notary Public: [signature]

My Commission expires: 11/8/2005

## ARCHITECT'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data comprising this application, the Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contactor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED ........ $

*(Attach explanation if amount certified differs from the amount applied for. Initial all figures on this Application and on the Continuation Sheet that are changed to conform to the amount certified.)*

ARCHITECT:

By: Date:

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

AIA DOCUMENT G702 - APPLICATION AND CERTIFICATE FOR PAYMENT - 1992 EDITION - AIA - 1992 - THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVENUE, N.W., WASHINGTON, D.C. 20006-5292 - WARNING: Unlicensed photocopying violates U.S. copyright laws and will subject the violator to legal prosecution.

G702-1992

FCX Systems, Inc.
3216 Earl Core Road - Morgantown, WV 26508
Phone: (304) 291-3291 Fax: (304) 291-3289
fcx@fcxinc.com www.fcxinc.com

Invoice No 0000000845

Customer 000212

Bill to :

F.A.S. DEVELOPMENT CO., INC.
2193 Cascade Rd.
Suite A
ATLANTA GEORGIA 30311
United States

Sold to :

F.A.S. DEVELOPMENT CO., INC.
2193 Cascade Rd.
Suite A
ATLANTA GEORGIA 30311
United States

Phone (404) 758-1299

| Customer PO Number | Invoice Date | Terms | FOB | Ship Via | Salesperson |
|---|---|---|---|---|---|
| 16-1000-1 | 07/08/2002 | NET 30 | OUR PLANT | CCX | |

| Item | Part / Rev / Description / Details | Quantity | Unit Price | Discount | Extended Price |
|---|---|---|---|---|---|
| 000001 | AM9400 Rev 000 U/M EA<br>PFC008-V-40-FM-12P 10KVA 400HZ CONV<br>Packing List No/Item No: 000742/000001<br>Sales Order No: 000625<br>Customer PO No: 16-1000-1 | 1.00 | 20,869.00000 | 0.00 | 20,869.00 |
| 000002 | SHIPPING Rev 000 U/M EA<br>SHIPPING CHARGES<br>Packing List No/Item No: 000742/000002<br>Sales Order No: 000625<br>Customer PO No: 16-1000-1 | 1.00 | 325.00000 | 0.00 | 325.00 |

| | |
|---|---|
| Total Item Price | 21,194.00 |
| Shipping | 0.00 |
| Sales Tax | 0.00 |
| **Total Inv Price** | **US$ 21,194.00** |

SHIPPED TO ADDRESS:
F.A.S. DEVELOPMENT CO., INC.
Will Advise
ATLANTA GEORGIA 30311
United States

Please pay balance due by Wednesday August 7 2002

ACCOUNTING COPY

Lori Judy
Authorized Signature

FCX Systems
FCX Systems, Inc.
400 FCX Lane - Morgantown, WV 26501
Phone: (304) 983-0400 Fax: (304) 983-0270
fcx@fcxinc.com www.fcxinc.com

**Invoice No 0000000885**

**Customer 000212**

**Bill to :**

F.A.S. DEVELOPMENT CO., INC.
2193 Cascade Rd.
Suite A
ATLANTA GEORGIA 30311
United States

**Sold to :**

F.A.S. DEVELOPMENT CO., INC.
2193 Cascade Rd.
Suite A
ATLANTA GEORGIA 30311
United States

Phone (404) 758-1299

| Customer PO Number | Invoice Date | Terms | FOB | Ship Via | Salesperson |
|---|---|---|---|---|---|
| 15-1000-1 | 08/07/2002 | NET 30 | OUR PLANT | Best Way | |

| Item | Part / Rev / Description / Details | Quantity | Unit Price | Discount | Extended Price |
|---|---|---|---|---|---|
| 000001 | START UP & TRAINING Rev 000 U/M EA<br>START UP & TRAINING<br>Packing List No/Item No: 000771/000001<br>Sales Order No: 000625<br>Customer PO No: 15-1000-1 | 1.00 | 4,450.00000 | 0.00 | 4,450.00 |
| | | | | Total Item Price | 4,450.00 |
| | SHIPPED TO ADDRESS:<br>F.A.S. DEVELOPMENT CO., INC.<br>Will Advise<br>ATLANTA GEORGIA 30311<br>United States | | | Shipping | 0.00 |
| | | | | Sales Tax | 0.00 |
| | | | | Total Inv Price | US$ 4,450.00 |
| | Please pay balance due by Friday September 6 2002. | | | | |

*ACCOUNTING COPY*

Page 1

[signature]
Authorized Signature

HATMAKER & Associates

COMMERCIAL COLLECTIONS

**National & International**

*1156 S. U.S. HWY 1*

Vero Beach, Florida 32962

Toll-Free 800-215-7002 FAX 772-569-2847

TEL 772-569-2835

To: Ms. Pamela Nestel
Company: U.S. NAVY
Fax Number: 12024332591

From: Robert C. Eskin

Message: ATTENTION: Ms. Pamela Nestell Esq.
Per your written request of 2/17/05 please find followinmg a copy of the check received in payment of the debt due our client FCX Systems in payment for product supplied to F.A.S. Development.
The check was written by Commercial Casulalty.
Please feel free to contact me if you have any further questions.
Robert C. Eskin
Certified Paralegal
Executive Commercial Debt Negotiations
Hatmaker & Associates
1-800-215-7002 x-111

Information contained in this facsimile message is privileged. It is intended only for the individual or entity named above. If the recipient of the fax is not the person to whom it was it was sent, you are hereby notified that any dissemination, distribution or copying of communication is strictly prohibited. If you receive this communication in error, please notify us and destroy the fax.

COMMERCIAL CASUALTY

| | | |
|---|---|---|
| 8004011844 | 07/31/2003 | 0000000033515 |

3477

PAY: - TWENTY-FIVE THOUSAND SIX HUNDRED FORTY-FOUR AND 00/100 DOLLARS

$****25,644.00

TO THE ORDER OF

F C X SYSTEMS

BY

BY

34887-8350054-002 GAO

⑈0004011844⑈ ⑆053101710⑆ 5146435957⑈

Fedex 10/27/03
7904 4397 519
S022592

ROGERS ELECTRIC℠

October 16, 2003

Commercial Casualty Ins. Co
350 Research Court
Suite 200
Norcross, GA 30092

Re: NAS Frequency Converter Replacement, Marietta GA
FAS Development Company
Bond # 9000-0046

Attn: Surety Claims Department

Gentlemen:

Please accept this letter as follow up to our previous notice(s) of claim against the above Contractor and Bond. We are still owed the amount of $11,565.00 for labor and material furnished by our Company for the above referenced project.

Enclosed is a copy of our subcontract/purchase order and all previous correspondence relating to this matter. It is imperative that we resolve this claim as soon as possible.

If you have a Proof of Loss form or any other claim forms that we need to complete in order to move this claim along, please forward to my attention.

Your cooperation with this matter will be greatly appreciated. If you have any questions, please feel free to call me at (770) 772-3400 or my Finance Manager Robin Barwick at (770) 772-3415.

Sincerely,

K. F. Webb

Ken F Webb
CEO
Lin R. Rogers Electrical Contractors, Inc

Rogers Electric

2050 Marconi Drive • Suite 200 • Alpharetta, Georgia 30005 • 770.772.3400 • 1.866.592.9161 Fax
6025 Commerce Drive • Suite 550 • Irving, Texas 75063 • 214.441.2222 • 214.441.2240 Fax
8349-S Arrowridge Boulevard • Charlotte, North Carolina 28273 • 704.523.7100 • 1.866.276.4255 Fax
8202 E. Park Meadows Drive • Lone Tree, Colorado 80124 • 303.662.0977 • 1.866.276.4258 Fax
2125 E. 5th Street • Suite 111 • Tempe, Arizona 85281 • 480.921.1061 • 1.800.375.4431 Fax
5903 Hampton Oaks Parkway • Suite B • Tampa, Florida 33610 • 813.635.9482 • 1.866.276.4256 Fax

Fedex 11/19/03
7925 1428 92

ROGERS ELECTRIC℠

November 19, 2003

Attn: John D Alexander
Thompson & Slagle, P.C.
3295 River Exchange Drive
Suite 300
Norcross, GA 30092

Re: NAS Frequency Converter Replacement, Marietta GA
FAS Development Company
Bond # 9000-0046

Mr. Alexander:

Attached you will find the Proof of Claim Form and all documentation requested to investigate this claim. If you have any questions, or there is anything else you need, please feel free to call me at (770) 772-3415.

Sincerely,

Robin M Barwick

Robin M Barwick
Finance Manager
Lin R. Rogers Electrical Contractors, Inc

Rogers Electric

2050 Marconi Drive • Suite 200 • Alpharetta, Georgia 30005 • 770.772.3400 • 1.866.592.9161 Fax
6025 Commerce Drive • Suite 550 • Irving, Texas 75063 • 214.441.2222 • 214.441.2240 Fax
8349-S Arrowridge Boulevard • Charlotte, North Carolina 28273 • 704.523.7100 • 1.866.276.4255 Fax
8202 E. Park Meadows Drive • Lone Tree, Colorado 80124 • 303.662.0977 • 1.866.276.4258 Fax
2125 E. 5th Street • Suite 111 • Tempe, Arizona 85281 • 480.921.1061 • 1.800.375.4431 Fax
5903 Hampton Oaks Parkway • Suite B • Tampa, Florida 33610 • 813.635.9482 • 1.866.276.4256 Fax

**PAYMENT BOND CLAIM FORM**
**AFFIDAVIT OF LABORER, MATERIALMAN, OR SUBCONTRACTOR**

**STATE OF** Georgia
**COUNTY OF** Forsyth

I, (Name of Signer) Ken F Webb, being duly sworn on oath, state that I am (Owner, Partner, or capacity) CEO of (Name of Claimant) Lin R Rogers Electrical Contractors (hereinafter "Claimant"), with offices located at 2050 Marconi Drive, Ste 200 Alpharetta GA 30005;

THAT I make this affidavit on behalf of Claimant; and that I am empowered and entitled to do so, and that the statements contained herein are true;

THAT Claimant supplied labor and/or materials to FAS Development Company Inc (hereinafter called "Contractor"), for use in the performance of Contractor's contract with (Name of Owner) NAS ATLANTA for (describe general contract) Replacement Frequency Converter, General Contract Number N62467-01-C-3215

THAT Contractor owes Claimant $ 11,565.00 for such materials and/or labor, as per the itemized statement attached hereto, after the application by Claimant to said amount of all backcharges, offsets, claims, collateral or any other credits, and that Claimant is not indebted to Contractor on this or any other account;

THAT preliminary notice was given on (date) N/A;

THAT Claimant first supplied its labor or materials to Contractor on (date) July 15, 2002; and that Claimant supplied its last labor or materials to Contractor on (date) July 26, 2002;

THAT Claimant has satisfied in full all claims for labor, including taxes incurred in connection therewith, materials, and supplies purchased for use in connection with Claimant's subcontract with Contractor under the above-described job, except as follows: (Here, list bills owed by Claimant. If none, enter "No Exceptions") No Exceptions.

THAT Claimant makes this affidavit to support its claim against the surety bond supplied by Contractor and by (Name of Surety) Commercial Casualty Ins Co, and as an inducement for said Surety to pay.

DATED at (City) Alpharetta, on (date) 11/18/03.

[signature]
By: Ken F Webb CEO

SWORN TO AND SUBSCRIBED before me this 18 day of NOV, 2003.

[signature: Melissa D. Bracken]
NOTARY PUBLIC
My Commission Expires: 11/8/05

RECEIVED

DEC 11 2003

Rogers Electric Atlanta

THOMPSON & SLAGLE, P.C.
ATTORNEYS AT LAW
3295 RIVER EXCHANGE DRIVE
SUITE 300
NORCROSS, GEORGIA 30092

DEWITTE THOMPSON (GA AND FL)
JEFF B. SLAGLE
ALFRED A. MALENA, JR.
W. WRIGHT DEMPSEY, JR.
JOHN D. ALEXANDER
ROBERT D. STEINBERG, P.E.
PAUL C. BEALL (GA AND LA)
CHERYL KNIFFEN

OF COUNSEL:
BYRON M.G. SANFORD
GRIER G. NEWLIN

TELEPHONE
(770) 662-5999
FACSIMILE
(770) 447-6063

JOHN D. ALEXANDER
JALEXANDER@THOMPSONANDSLAGLE.COM

December 8, 2003

Ken F. Webb
Rogers Electric, Inc.
2050 Marconi Drive, Suite 200
Alpharetta, Georgia 30075

| | | |
|---|---|---|
| Re: | Principal: | F.A.S. Development Company, Inc. |
| | Obligee: | United States of America, Dept. of Navy |
| | Project: | Naval Air Station Atlanta, Marietta GA, Replace 400HZ Converter |
| | Bond No.: | PPB461823-0 |
| | Navy Contract No.: | N62467-01-C-3215 |
| | Claimant: | Rogers Electric |
| | Surety: | Commercial Casualty Insurance Company |

Dear Mr. Webb:

As you know, this firm represents the surety on the above-referenced bond. After review of all documentation provided by you regarding your claim, Commercial Casualty has no choice but to deny your claim at this time. This decision is based upon, but is not limited to, the following reasons:

1) Rogers Electric last supplied labor or materials to the project on July 26, 2002, as stated in your submitted Proof of Claim.

2) Claimants on the above Payment Bond (Rogers Electric qualifies as a claimant on the bond) must bring suit for non-payment within one year of last supplying labor or materials to the project (the limitations period).

This period is clearly stated in the language of the applicable statute as follows: "An action brought under this subsection must be brought no later than one year after the day on which the last of the labor was performed or

material was supplied by the person bringing the action." 40 USCA §3133, formerly cited as 40 USCS §270(b); 40 USCA §270(c).

This period is also referenced in the Payment Bond for the above-referenced project as follows: "This form, for the protection of persons supplying labor and material, is used when a payment bond is required under the act of August 24, 1935, 49 Stat. 793 (40 U.S.C. 270a-270e)."

3) As Rogers Electric last submitted labor or materials to the project on July 26, 2002 (as sworn to within its Proof of Claim) and no suit has been brought against Commercial Casualty, your claim is barred by the limitations period.

If you subsequently discover additional documentation regarding your claim which you believe contravenes these facts, please forward it to me immediately. Otherwise, Commercial Casualty will consider this claim closed. Pending final resolution of this matter the surety reserves, and does not waive, any defense or rights to which it may be entitled.

If you have any questions or concerns do not hesitate to contact me.

Very truly yours,

THOMPSON & SLAGLE, P.P.

John D. Alexander

JDA/slb

HATMAKER & ASSOCIATES
COMMERCIAL COLLECTIONS
TRUST ACCOUNT (772) 569-2535
1250 S. US 1
VERO BEACH, FLORIDA 32962

WACHOVIA

63-643/670

10538

01/19/2003

PAY TO THE ORDER OF FCX SYSTEMS $ **20,515.20

12 042101865 3668 12 042101865

**** Twenty Thousand Five Hundred Fifteen and 20/100**** DOLLARS

FCX SYSTEMS
400 FCX LANE
MORGANTOWN, WV 26501

MEMO 8350054 Collections 2003-09

AUTHORIZED SIGNATURE

⑈010538⑈ ⑆067006432⑆2000015006288⑈ ⑈0002051520⑈

>04400002A<
09-30-03
042101865

12 042101865 3668 12 042101865

FOR DEPOSIT ONLY
FCX Systems Inc