# In the United States Court of Federal Claims

**No. 03-2033C**
**(Filed: October 12, 2005)**

| | |
|---|---|
| * * * * * * * * * * * * * * * * * | |
| | * |
| **COMMERCIAL CASUALTY INSURANCE COMPANY OF GEORGIA,** | * |
| **Plaintiff,** | * |
| **v.** | * |
| **THE UNITED STATES,** | * |
| **Defendant.** | * |
| * * * * * * * * * * * * * * * * * | |

## ORDER

The court schedules a joint status conference call for **Wednesday, October 26, 2005 at 2:00 p.m. eastern time**. Counsel for each party shall appear via telephone and unless otherwise notified will be contacted at the following numbers: counsel for plaintiff at (770) 662-5999; counsel for defendant at (202) 353-7961. In addition, as indicated counsel for each party in Capitol Indemnity Corp. v. United States, Case No. 04-1478C, will participate on the conference call. The court will initiate the conference call.

**IT IS SO ORDERED.**

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge

cc: ADR Judge Hodges