# In the United States Court of Federal Claims

**No. 03-2033C**
**(Filed: October 27, 2005)**

* * * * * * * * * * * * * * * * *

**COMMERCIAL CASUALTY INSURANCE COMPANY OF GEORGIA,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * *

## ORDER

Based on the October 26, 2005 telephonic status conference, which included counsel for the parties and for the amicus curiae in Capitol Indemnity Corp. v. United States, No. 04-1478C, the court orders as follows. The Surety Association of America's unopposed oral motion for leave to file a brief as an amicus curiae is **GRANTED** and counsel for The Surety Association of America, Edward Gallagher, shall be added as counsel of record for the amicus curiae. The court establishes the following briefing schedule:

| | |
|---|---|
| **November 10, 2005** | The amicus curiae The Surety Association of America shall file its brief; |
| **December 2, 2005** | The plaintiff and defendant shall file their responses; |

**December 16, 2005** The amicus curiae shall file its reply.

**IT IS SO ORDERED.**

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge

cc: ADR Judge Hodges
Tara Hogan, Counsel for the defendant in case number 04-1478C
Irwin L. Kass, Counsel for the plaintiff in case number 04-1478C
Edward Gallagher, Counsel for the amicus curiae