# In the United States Court of Federal Claims

**No. 03-2033C**
**(Filed: March 16, 2006)**

* * * * * * * * * * * * * * * * *

**COMMERCIAL CASUALTY INSURANCE COMPANY OF GEORGIA,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * *

## ORDER

Oral argument on defendant's motion to dismiss or, in the alternative, motion for summary judgment shall be heard on **Friday, April 28, 2006 at 10:00 a.m. eastern time** at the Howard T. Markey National Courts Building, 717 Madison Place, N.W. Washington, DC 20005. The courtroom number will be posted in the lobby on the day of the proceeding. Counsel for each party shall be appear in person. In addition, counsel for each party in Capitol Indemnity Corp. v. United States (Case No. 04-1478C) and Cincinnati Insurance Co. v. United States (Case No. 05-751C) and counsel for Surety Association of America will participate in the oral argument.

**IT IS SO ORDERED.**

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge

cc: ADR Judge Hodges