# In the United States Court of Federal Claims

**No. 03-2033C**
**(Filed: June 13, 2006)**

*** * * * * * * * * * * * * * * * ***

**COMMERCIAL CASUALTY INSURANCE COMPANY OF GEORGIA,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

*** * * * * * * * * * * * * * * * ***

**ORDER**

The court is in receipt of plaintiff's June 12, 2006 motion for reconsideration. The defendant shall file its response by **Monday, June 26, 2006**.

**IT IS SO ORDERED.**

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge