# In the United States Court of Federal Claims

**No. 03-2033C**
**(Filed: June 20, 2006)**

* * * * * * * * * * * * * * * * * *

**COMMERCIAL CASUALTY INSURANCE COMPANY OF GEORGIA,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * *

## ORDER

Defendant's unopposed motion, filed June 16, 2006, for a 32-day enlargement of time within which to file its response to plaintiff's motion for reconsideration and motion for summary judgment is **GRANTED**. Accordingly, defendant shall file its response by **Friday, July 28, 2006**.

**IT IS SO ORDERED.**

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge