IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| COMMERCIAL CASUALTY INSURANCE COMPANY OF GEORGIA, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 03-2033C |
| | ) | (Judge Firestone) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Defendant, the United States, respectfully requests the Court to grant an enlargement of time of 21 days, to and including August 18, 2006, to file defendant's response to plaintiff's motion for reconsideration and motion for summary judgment. By order dated June 20, 2006, our response is currently due on July 28, 2006. The Court previously granted our request for an enlargement of 32 days. Counsel for plaintiff advised that he does not oppose this motion.

The Government requests the enlargement because counsel for the Government has other commitments that require a substantial amount of her time. In particular, counsel is required to be in Albuquerque, New Mexico, from July 17 through July 19, 2006, for ADR proceedings in Silver State Construction Co. v. United States, Fed. Cl. No. 05-978. Counsel for the Government is also required to a cross-motion for summary judgment in a bid protest proceeding, Interspiro, Inc. v. United States, Fed. Cl. No. 06-425, and Scott Technologies, Inc. v. United States, Fed. Cl. No. 06-443, on August 7, 2006.

For the foregoing reasons, we respectfully request the Court to grant defendant's motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/ Doris S. Finnerman
DORIS S. FINNERMAN
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Department of Justice
Tel: (202) 307-0300
Fax: (202) 305-7643

Attorneys for Defendant

July 14, 2006