**IN THE UNITED STATES COURT**
**OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| COMMERCIAL CASUALTY INSURANCE COMPANY OF GEORGIA, Plaintiff, | ) | |
| v. | ) | CIVIL ACTION FILE NO. 03-2033C (Judge Firestone) |
| UNITED STATES GOVERNMENT, DEPARTMENT OF THE NAVY, Defendant. | ) | |

**COMMERCIAL CASUALTY'S UNOPPOSED MOTION TO EXTEND TIME REGARDING THE COURT'S MAY 26, 2006 OPINION**

COMES NOW, Commercial Casualty Insurance Company of Georgia ("Commercial Casualty") and files this Unopposed Motion to Extend Time Regarding the Court's May 26, 2006 Opinion, and respectfully states as follows:

In its Opinion issued May 26, 2006, the Court, among other things, set a deadline of 60 days after the date of the decision for Commercial Casualty to pay claimant Rogers Electrical Contractors, Inc., or summary judgment may be entered in favor of the United States. Commercial Casualty timely filed a Motion for Reconsideration and Motion for Summary Judgment regarding the Court's Opinion. The United States subsequently filed two motions for extension of time (filed June 16, 2006 and July 14, 2006, respectively) for its response to Commercial Casualty's motion.

Commercial Casualty has no objection to the extensions moved for by the United States, but granting such extensions creates a situation whereby the deadline contained in the Court's Opinion will pass prior to the Court's hearing and ruling upon Commercial Casualty's Motion for Reconsideration and Motion for Summary Judgment. In order to

fairly synchronize the dates regarding pending motions, Commercial Casualty respectfully moves the Court to issue an order extending the date for Commercial Casualty to carry out the payment instruction contained in the Court's Opinion to 45 days after it rules upon the pending Motion for Reconsideration and Motion for Summary Judgment.

Counsel for Commercial Casualty has conferred with counsel for the United States, who does not oppose this motion..

This 20th day of July, 2006.

Respectfully submitted,

THOMPSON, SLAGLE & HANNAN LLC

s/Alfred A. Malena, Jr.
Alfred A. Malena, Jr.
Georgia Bar No. 467085

12000 Findley Road
Suite 250
Duluth, Georgia 30097

(770) 662-5999
(770) 447-6063 Facsimile
amalena@tshlawyers.com

Attorney for Plaintiff

Dated: July 20, 2006