# In the United States Court of Federal Claims

**No. 03-2033C**
**(Filed: July 24, 2006)**

* * * * * * * * * * * * * * * * *

**COMMERCIAL CASUALTY INSURANCE COMPANY OF GEORGIA,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * *

## ORDER

Plaintiff's unopposed motion, filed July 20, 2006, to extend the date which plaintiff is to pay Roger's Electrical Contractors is **GRANTED**. Accordingly, plaintiff shall have 45 days after the court's ruling on the pending motion for reconsideration and motion for summary judgment to pay Roger's Electrical Contractors.

**IT IS SO ORDERED.**

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge

cc: ADR Judge Hodges