# EXHIBIT A

FILED IN CLERK'S OFFICE U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF GEORGIA
2003 MAY 19 PM
WILLIAM VIRGINIA EVANS
BY DEPUTY CLERK

---- United States Bankruptcy Court ---------- VOLUNTARY PETITION ---
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION
IN RE ------------------------- NAME OF JOINT DEBTOR
Vanessa Lanette Sutton d/b/a FAS Development Company, Inc.
ALL OTHER NAMES ---------------- NO JOINT DEBTOR

SOC. SEC./TAX I.D. NO. ---------
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
STREET ADDRESS OF DEBTOR -------
2454 Benjamin E. Mays Drive, SW
Atlanta, GA 30311
COUNTY OF RESIDENCE ------------
Fulton
MAILING ADDRESS OF DEBTOR -------
2454 Benjamin E. Mays Drive, SW
Atlanta, GA 30311
VENUE -----------------------------------------------------

03-95373

Debtor has had a residence in this District for 180 days immediately preceding the date of this petition.

--------------- INFORMATION REGARDING DEBTOR ----------------------

TYPE OF DEBTOR — Individual
CHAPTER OF BANKRUPTCY CODE UNDER WHICH THE PETITION IS FILED — 7
NATURE OF DEBT — Business
A. TYPE OF BUSINESS — Real Estate
FILING FEE — Attached
B. BRIEFLY DESCRIBE NATURE OF BUSINESS --------------------------
Real Estate

STATISTICAL/ADMINISTRATIVE INFORMATION-- ATTORNEY NAME AND ADDRESS--
Debtor estimates that there will be funds available for distribution to unsecured creditors.

Hillman J. Toombs
714655
6338 Church Street
Riverdale, GA 30274
(770) 997-3525

range (sard code)
NO. OF CREDITORS 16-49 (2)
ASSETS (thousands) 1000-9999 (5)
LIABIL. (thousands) 1000-9999 (5)
NO. OF EMPLOYEES N/A
EQUITY SEC. HOLDERS N/A

ATTORNEYS DESIGNATED TO REPRESENT DEBTOR

THIS SPACE FOR COURT USE ONLY

JUDGE

| | |
|---|---|
| COTTON | DRAKE |
| ~~BIHARY~~ | MASSEY |
| BRIZENDINE | MULLINS |
| BONAPFEL | MURPHY |

INTERIM TRUSTEE

| | | | | | |
|---|---|---|---|---|---|
| 1 | 6 | 11 | 16 | 21 | 26 |
| 2 | 7 | 12 | 17 | 22 | 27 |
| 3 | 8 | 13 | 18 | 23 | 28 |
| 4 | 9 | 14 | 19 | 24 | 29 |
| 5 | 10 | 15 | 20 | 25 | 30 |
| | 97 | | 98 | | 99 |

FEE PAID 170
BALANCE
30

13 TRUSTEE
13B
13T

Name of Debtor: Vanessa Lanette Sutton
Case No.:

---------- PRIOR BANKRUPTCY CASES FILED WITHIN LAST 6 YEARS ----------
NONE
--- PENDING BANKRUPTCY CASE FILED BY SPOUSE, PARTNER, OR AFFILIATE ---
NONE
------------------------ REQUEST FOR RELIEF ------------------------
Debtor requests relief in accordance with the chapter of title 11 United States Code specified in this petition.
------------------------ SIGNATURES ------------------------
ATTORNEY

Date: 5/19/03

Hillman J. Toombs
714655

INDIVIDUAL DEBTOR
I declare under penalty of perjury that the information provided in this petition is true and correct.

Date: 5-19-03

Vanessa Lanette Sutton

I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under such chapter, and choose to proceed under chapter 7 of such title.

Exhibit B has been completed.

Date: 5-19-03

Vanessa Lanette Sutton
------------------------ EXHIBIT B ------------------------
I, the attorney for the debtor in the foregoing petition, declare that I have informed the debtor that the debtor may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under such chapter.

Date: 5/19/03

Hillman J. Toombs
714655

Form 7
(9/00)

FORM 7. STATEMENT OF FINANCIAL AFFAIRS

# UNITED STATES BANKRUPTCY COURT

**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

In re: VANESSA LANETTE SUTTON, Case No. ____________
d/b/a FAS DEVELOPMENT COMPANY, INC.
Debtor,

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under Chapter 12 or Chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use an attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

DEFINITIONS

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, or a partnership; a sole proprietor or self-employed.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

**1. Income from employment or operation of business**

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | | SOURCE (if more than one) |
|---|---|---|
| Debtor | | |
| $ 3,500.00 | 2003 | Employment |
| $ | 2002 | Employment |
| $ | 2001 | Employment |

**2. Income other than from employment or operation of business**

None ☑

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|

**3. Payments to creditors**

None ☑

a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ☑

b. List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| United States Of America For The Use And Benefit Of ACCA Construction Services, LLC vs Vanessa L. Sutton and FAS Development Co. and Commercial Casualty Insurance Company **Civil Action No: 1:02CV1507** | Lawsuit | U.S. District Court For The Northern District Of Georgia Atlanta Division | Pending |
| United States Of America for the Use and Benefit Of Graybar Electric Company, Inc., a New York Corporation and Graybar Electric Company, Ind. vs FAS Development Company, Inc., Commercial Casualty Insurance Company and Charles W. Aaron, Jr., d/b/a True Colors Electrical Services **Civil Action No.: 1:02CV3023** | Lawsuit | U.S. District Court/Atlanta | Pending |
| United States ex rel Helmark Steel, Inc. vs FAS Developmen Co. And Great American Insurance Company **Civil Action File No.: 1:00CV1660-CAP** | Lawsuit | U.S. District Court/Atlanta | Pending |
| Lummus Supply Company, Inc. vs FAS Development Company, Inc. **Civil Action File No.: 02VS037411B** | Lawsuit | State Court Of Fulton County | Pending |
| Nuckles and Company, Inc. and Ricky Nuckles vs Vanessa L. Sutton and FAS Development, Inc. and Commercial Casualty Insurance Company, Bond #461757.0 **Civil Action File No.: 2001CV41834** | Lawsuit | Superior Court Of Fulton County | Pending |
| RMC Allied Readymix vs FAS Development Co, Inc **Civil Action File No.: 2002CV60584** | Lawsuit | Superior Court Of Fulton County | Pending |
| Tri-State Design Construction, Inc. vs Vancss Sutton and FAS Development Company, Inc. **Civil Action File No.: 1:02CV1731-RLV** | Lawsuit | U.S. District Court/Atlanta Division | Pending |
| Tri-State Design Construction, Inc. vs Vanessa Sutton **Civil Action File No.: CE-02-08-70-5412** | Lawsuit | Philadelphia Municipal Court | Pending |

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None ☑ a. Describe any assignment of property for the benefit or creditors made within **120 days** immediately preceding the commencement of this case. ( Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed. unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE AND NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None ☐ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None ☐

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| (770) 997-3525<br>Attorney At Law Hillman J. Toombs<br>And Associates, P.C.<br>6338 Church Street<br>Riverdale, GA 30274 | | $200.00 filing fee<br>$10,000.00 attorney fees |

**10. Other transfers**

None ☐

List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

**11. Closed financial accounts**

None ☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None ☐ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuable within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

---

**13. Setoffs**

None ☐ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

---

**14. Property held for another person**

None ☐ List all property owned by another person that the debtor holds or controls

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

---

**15. Prior address of debtor**

None ☐ If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

---

**16. Spouses and Former Spouses**

None ☐ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

---

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ☐ a. List the name and address of every site for which the debtor has received notice in writing by a government unit that it may by liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ☐ b. List the name and address of every site for which the debtor provided notice to a government unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ☐ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the preceding, and the debtor number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18. Nature, location and name of business**

None ☐ a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of business, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner. or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates off all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NUMBER | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None ☐ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined defined in 11 U.S.C. 101

NAME ADDRESS

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self -employed.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records, and financial statements**

None ☐ a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this Bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS DATES SERVICE RENDERED

---

None ☐ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME ADDRESS DATES SERVICES RENDERED

---

None ☐ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME ADDRESS

---

None ☐ d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of this case by the debtor.

NAME AND ADDRESS DATE ISSUED

---

**20. Inventories**

None ☐ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY INVENTORY SUPERVISOR DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis)

---

None ☐ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

DATE OF INVENTORY NAME AND ADDRESS OF CUSTODIAN OF INVENTORY RECORDS

---

**21. Current Partners, Officers, Directors and Shareholders**

None ☐ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS NATURE OF INTEREST PERCENTAGE OF INTEREST

---

None ☐ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS TITLE NATURE AND PERCENTAGE OF STOCK OWNERSHIP

---

**22. Former partners, officers, directories and shareholders**

None ☐ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME ADDRESS DATE OF WITHDRAWAL

---

None ☐ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS TITLE DATE OF TERMINATION

---

**23. Withdrawals from a partnership or distributions by a corporation**

None ☐ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS OF RECIPIENT RELATIONSHIP TO DEBTOR DATE AND PURPOSE OF WITHDRAWAL AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY

**24. Tax Consolidation Group**

None ☐

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the **six-year period** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER |
| --- | --- |

**25. Pension Funds**

None ☐

If the debtor is nat an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the **six-year period** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER |
| --- | --- |

(If completed by an individual or individual and spouse)

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date 5-19-03 Signature of Debtor Vanessa Lanette Sutton
Vanessa Lanette Sutton d/b/a FAS Development, Inc.

Date ____________ Signature of Joint Debtor ____________

(If completed on behalf of a partnership or corporation)

I, declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date 5-19-03 Signature Vanessa Lanette Sutton

VANESSA LANETTE SUTTON PRESIDENT
Print Name and Title

(An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.)

________ continuation sheets attached

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 and 3571.

---

**CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

____________
Printed or Typed Name of Bankruptcy Petition Preparer

____________
Social Security No.

____________

____________
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X ____________
Signature of Bankruptcy Petition Preparer

____________
Date

**A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. § 156.**

In re: Vanessa Lanette Sutton Case No:

## SCHEDULE A - REAL PROPERTY

| Description and location of property | Current market value of debtor's interest in the property without deducting any secured claim or exemption |
| --- | --- |
| Nature of debtor's interest in property | Amount of secured claim |

house and lot
Debtor's interest: 190,000.00
Total debt on property: 183,000.00
Location: 2454 Benjamin E. Mays Drive, SW, Atlanta, GA 30311
Nature of interest: Owner
Secured creditor(s): Countrywide Mortgage
Possession: In debtor's possession.

house and lot ( 1379 Byrere Terrace, Atlanta, GA 30310)
Debtor's interest: 41,750.00
Total debt on property: 76,000.00
Location: 1379 Byrere Terrace, Atlanta, GA 30310
Nature of interest: Owner
Co-owner(s): Frank Andrews
Total property market value: 83,500.00
Secured creditor(s): Ocwen Federal Bank
Possession: In debtor's possession.

house and lot (1387 Byrere Terrace, Atlanta, GA 30310)
Debtor's interest: 41,750.00
Total debt on property: 76,331.00
Location: 1387 Byrere Terrace, Atlanta, GA 30310
Nature of interest: Owner
Co-owner(s): Frank Andrews
Total property market value: 85,000.00
Secured creditor(s): Ocwen Federal Bank
Possession: In debtor's possession.

house and lot (3005 Benjamin E Mays Drive, SW, Atlanta, GA 30310)
Debtor's interest: 150,000.00
Total debt on property: 134,000.00
Location: 3005 Benjamin E. Mays Drive, SW, Atlanta, GA 30311
Nature of interest: Owner

**In re: Vanessa Lanette Sutton** **Case No:**

**Secured creditor(s): Atlantic States Bank**
**Possession: In debtor's possession.**

**Total: 423,500.00**

In re: Vanessa Lanette Sutton Case No:

## SCHEDULE B - PERSONAL PROPERTY

| Type of property / Description and location of property | Current market value of debtor's interest in property without deducting any secured claim or exemption |
|---|---|

1. Cash on hand.
   NONE
2. Checking, savings, or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives.

Checking Account
Debtor's interest: 0.00
Total debt on property: 0.00
Possession: In debtor's possession.
Capitol City Bank
Trust Company
562 Lee Street
Atlanta, GA 30310

3. Security deposits with public utilities, telephone companies, landlords, and others.
   NONE
4. Household goods and furnishings, including audio, video, and computer equipment.
   NONE
5. Books, pictures, and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles.
   NONE
6. Wearing apparel.

wearing apparel
Debtor's interest: 800.00
Total debt on property: 0.00
Location: In debtor's possession.

7. Furs and jewelry.

Jewelry
Debtor's interest: 300.00
Total debt on property: 0.00
Location: In debtor's possession.

8. Firearms and sports, photographic, and other hobby equipment.
   NONE
9. Interests in insurance policies.
   NONE
10. Annuities.
    NONE

In re: Vanessa Lanette Sutton Case No:

NONE

11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.
NONE

12. Stock and interests in incorporated and unincorporated businesses.

Bond #461757.0

Debtor's interest: 250,000.00
Total debt on property: 57,000.00
Possession: In debtor's possession.
Commercial Casualty
Insurance Company Of GA
350 Research Center
Suite 200
Norcross, GA 30092
Co-owners: FAS Development Company, Inc.
Secured creditor(s): Nuckles & Company, Inc.

Bonds

Debtor's interest: 250,000.00
Total debt on property: 54,691.48
Possession: In debtor's possession.
Commercial Casualty
Insurance Company Of GA
350 Research Center
Suite 200
Norcross, GA 30092
Co-owners: FAS Development Company, Inc.
Secured creditor(s): Greybar Electric Company

Bonds

Debtor's interest: 250,000.00
Total debt on property: 54,691.48
Possession: In debtor's possession.
Commercial Casualty
Insurance Company Of GA
350 Research Center
Suite 200
Norcross, GA 30092
Co-owners: FAS Development Company, Inc.
Secured creditor(s): True Colors Electrical

13. Interests in partnerships or joint ventures.
NONE

14. Government and corporate bonds and other negotiable and non-negotiable instruments.
NONE

15. Accounts receivable.
NONE

16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.

In re: Vanessa Lanette Sutton Case No:

NONE

17. Other liquidated debts owing debtor including tax refunds.
NONE

18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property.
NONE

19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust.
NONE

20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.
NONE

21. Patents, copyrights, and other intellectual property.
NONE

22. Licenses, franchises, and other general intangibles.
NONE

23. Automobiles, trucks, trailers, and other vehicles or accessories.

1997 Chevrolet Blazer
Debtor's interest: 2,500.00
Total debt on property: 4,200.00
Location: In debtor's possession.
Secured creditor(s): World Omni Financial

2000 Ford Mustang
Debtor's interest: 8,500.00
Total debt on property: 11,100.00
Location: In debtor's possession.
Secured creditor(s): Ford Motor Credit

2000 S-10 Chevy Pickup
Debtor's interest: 8,000.00
Total debt on property: 11,500.00
Location: In debtor's possession.
Secured creditor(s): Bank One

2001 S-10 Chevy Pickup
Debtor's interest: 9,000.00
Total debt on property: 14,544.71
Location: In debtor's possession.
Secured creditor(s): Bank One

24. Boats, motors, and accessories.
NONE

25. Aircraft and accessories.
NONE

26. Office equipment, furnishings, and supplies.
NONE

27. Machinery, fixtures, equipment, and supplies used in business.

In re: Vanessa Lanette Sutton Case No:

NONE

28. Inventory.

NONE

29. Animals.

NONE

30. Crops - growing or harvested.

NONE

31. Farming equipment and implements.

NONE

32. Farm supplies, chemicals, and feed.

NONE

33. Other personal property of any kind not already listed.

NONE

Total: 779,100.00

In re: Vanessa Lanette Sutton Case No:

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:

11 U.S.C. sec. 522(b)(2)

Exemptions available under applicable non-bankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition or for a longer portion of the 180 day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable non-bankruptcy law.

Debtor is single.

| Description of property | Value of claimed exemption |
|---|---|
| Specify law providing each exemption | Current market value of property without deducting exemption |

Jewelry
Debtor's interest: 300.00 Value exempt: 300.00
Law: Ga.Code Ann. 44-13-100

house and lot
Address: 2454 Benjamin E. Mays Drive, SW, Atlanta, GA 30311
Debtor's interest: 190,000.00 Value exempt: 7,000.00
Law: Ga.Code Ann. 44-13-100
Total debt on property: 183,000.00

wearing apparel
Debtor's interest: 800.00 Value exempt: 800.00
Law: Ga.Code Ann. 44-13-100

In re: Vanessa Lanette Sutton Case No:

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| Creditor's name and complete mailing address including zip code / Date claim was incurred, nature of lien, and description and market value of property subject to the lien | Amount of claim without deducting value of collateral | Unsecured portion, if any |
|---|---|---|

Account no.: Amount of claim: 134,000.00
Atlantic States Bank Unsecured: 0.00
4195 Old Milton Parkway
Alpharetta, GA 30005
Nature of lien: construction loan
Claim is: Fixed and liquidated.
Collateral description: house and lot (3005 Benjamin E Mays Drive, SW, Atlanta, GA 30310)
Collateral market value: 150,000.00
Additional information: Liens on property: Internal Revenue Service
Metro Comfort Maters - $5,070.00
Allied Ready Mix - $11,584.37
Dri-Tech Waterproofing, Inc. - $2,427.10
Lummus Supply Company - $28,477.31

Account no.: 400-451-518080004413 Amount of claim: 11,500.00
Bank One Unsecured: 3,500.00
P.O. Box 466
Butler, Wisconsin
53007
Nature of lien: automobile loan
Codebtor(s): Fasit International LLC

Claim is: Fixed and liquidated.
Collateral description: 2000 Chevy S-10 Pickup
Collateral market value: 8,000.00

Account no.: 00518080004392 Amount of claim: 14,544.71
Bank One Unsecured: 5,544.71
P.O. Box 466
Butler, Wisconsin 53007
(800) 488-4590
Nature of lien: automobile loan
Codebtor(s): Fasit International LLC

Subtotal this page: 160,044.71

In re: Vanessa Lanette Sutton Case No:

Claim is: Fixed and liquidated.
Collateral description: 2001 Chevy S-10 Pickup
Collateral market value: 9,000.00

Account no.: 410102000 & 410152100 Amount of claim: 145,000.00
Capitol City Bank Unsecured: 0.00
562 Lee Street
Atlanta, GA 30310
(404) 752-6067
Nature of lien: mortgage loans
Claim is: Fixed and liquidated.
Collateral description: 2 acres of commercial property (2996 Jonesboro Road, Atlanta, GA)
Collateral market value: 160,000.00

Account no.: 410341000 Amount of claim: 66,111.86
Capitol City Bank Unsecured: 0.00
562 Lee Street
Atlanta, GA 30310
(404) 752-6067
Nature of lien: mortgage loan
Claim is: Fixed and liquidated.
Collateral description: house and lot (Lawton Street)
Collateral market value: 80,000.00

Account no.: 410065300 & 410151900 Amount of claim: 192,487.44
Capitol City Bank Unsecured: 0.00
562 Lee Street
Atlanta, GA 30310
(404) 752-6067
Nature of lien: loans
Claim is: Fixed and liquidated.
Collateral description: Certificate Of Deposit (line of credit)
Collateral market value: 200,000.00

Account no.: Amount of claim: 183,000.00
Countrywide Mortgage Unsecured: 0.00
P.O. Box 660694
Dallas, TX 75266-0694
Nature of lien: mortgage loan
Claim is: Fixed and liquidated.
Collateral description: house and lot (2454 Benjamin E. Mays Drive, Atlanta, GA 30311)
Collateral market value: 190,000.00

Account no.: 00000024969701 Amount of claim: 11,100.00
Ford Motor Credit Unsecured: 2,600.00

Subtotal this page: 597,699.30

In re: Vanessa Lanette Sutton Case No:

P.O. Box 689007
Franklin, TN 37068-9007
(800) 727-7000
Nature of lien: automobile loan
Claim is: Fixed and liquidated.
Collateral description: 2000 Ford Mustang
Collateral market value: 8,500.00

Account no.: Amount of claim: 54,691.48
Graybar Electric Company Unsecured: 0.00
Greene, Buckley, Et Al
1675 Northside Drive, NW
1 Northside 75, Ste. 106
Atlanta, GA 30318
(404) 355-5115
Nature of lien: services
Codebtor(s): True Colors Electrical

Claim is: Fixed and liquidated.
Collateral description: Bonds
Collateral market value: 250,000.00

Carl V. Kirsch, Esquire DUPLICATE LISTING OF DEBT -
Greene, Buckley, Et Al COLLECTION AGENT OR ATTORNEY
1 Northside 75, Ste 106 FOR: Graybar Electric Company
1675 Northside Drive, NW
Atlanta, GA 30318
(404) 355-5115

Account no.: Amount of claim: 57,000.00
Nuckles & Company, Inc. Unsecured: 0.00
Edward T Murray, Esquire
P.O. Box 66
Dallas, GA 30132
(770) 445-9611
Nature of lien: services
Claim is: Fixed and liquidated.
Collateral description: Bond #461757.0
Collateral market value: 250,000.00

Edward T Murray, Esquire DUPLICATE LISTING OF DEBT -
P.O. Box 66 COLLECTION AGENT OR ATTORNEY
Dallas, GA 30132 FOR: Nuckles & Company, Inc.

Account no.: 0031340565 Amount of claim: 76,331.00
Ocwen Federal Bank Unsecured: 0.00
P.O. Box 785050
Orlando, FL 32878-5050

Subtotal this page: 188,022.48

In re: Vanessa Lanette Sutton Case No:

(800) 746-2936
Nature of lien: mortgage loan
Codebtor(s): Frank Andrews

Claim is: Fixed and liquidated.
Collateral description: house and lot (1387 Byrere Terrace, Atlanta, GA 30310)
Collateral market value: 85,000.00

Account no.: 031340573 Amount of claim: 76,000.00
Ocwen Federal Bank Unsecured: 0.00
P.O. Box 785050
Orlando, FL 32878-5050
(800) 746-2936
Nature of lien: mortgage loan
Codebtor(s): Frank Andrews

Claim is: Fixed and liquidated.
Collateral description: house and lot ( 1379 Byrere Terrace, Atlanta, GA 30310)
Collateral market value: 83,500.00

Account no.: Amount of claim: 54,691.48
True Colors Electrical Unsecured: 0.00
Charles W. Aaron, Jr.
9145 Raven Drive
Jonesboro, GA 30238
Nature of lien: services
Claim is: Fixed and liquidated.
Collateral description: Bonds
Collateral market value: 250,000.00

Account no.: 001010000000357910 Amount of claim: 4,200.00
World Omni Financial Unsecured: 1,700.00
P.O. Box 96052
Charlotte, NC 28296
(800) 553-2641
Nature of lien: automobile loan
Claim is: Fixed and liquidated.
Collateral description: 1997 Chevrolet Blazer
Collateral market value: 2,500.00

Subtotal this page: 134,891.48
Total: 1,080,657.97

In re: Vanessa Lanette Sutton Case No:

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

### TYPES OF PRIORITY CLAIMS:

Wages, Salaries, and Commissions

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees, up to a maximum of $2000 per employee, earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. sec. 507(a)(3).

Contributions to Employee Benefit Plans

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first to the extent provided in 11 U.S.C. sec. 507(a)(4).

Certain Farmers or Fishermen

Claims of certain farmers or fishermen, up to a maximum of $2000 per farmer or fisherman, against the debtor, as provided in 11 U.S.C. sec. 507(a)(5).

Deposits by Individuals

Claims of individuals up to a maximum of $900 for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. sec. 507(a)(6).

X Taxes and Certain Other Debts Owed to Governmental Units

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. sec. 507(a)(7).

In re: Vanessa Lanette Sutton Case No:

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| Creditor's name and complete mailing address including zip code | Amount entitled to priority |
|---|---|
| Date claim was incurred and consideration for claim | Total amount of claim |

1. Wages, Salaries, and Commissions.

   NONE

2. Contributions to Employee Benefit Plans.

   NONE

3. Certain Farmers or Fishermen.

   NONE

4. Deposits by Individuals.

   NONE

5. Taxes and Certain Other Debts Owed to Governmental Units.

Account no.: 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 (58-1948711) Priority amount: 400,000.00
Department Of Treasury Amount of claim: 400,000.00
Internal Revenue Service
Atlanta, GA 39901
Consideration for claim: taxes
Claim is: Fixed and liquidated.

Subtotal this page: 400,000.00
Total: 400,000.00

In re: Vanessa Lanette Sutton Case No:

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| Creditor's name and complete mailing address including zip code | Amount of claim |
|---|---|
| Date claim was incurred and consideration for claim. If claim is subject to setoff, so state. | |

Account no.: Amount of claim: 76,588.00
ACCA Construction
Services, LLC
James Heard
2500 Benjamin E. Mays Dr
Atlanta, GA 30311
(404) 758-9523
Consideration for claim: construction services
Claim is: Fixed and liquidated.

M. Michael Egan DUPLICATE LISTING OF DEBT -
230 Peachtree Street, NW COLLECTION AGENCY OR ATTORNEY
Suite 1900 FOR: ACCA Construction
Atlanta, GA 30303

Account no.: Amount of claim:
ACCA Construction Svcs
Alfred A. Malena
THOMPSON & SLAGLE, P.C.
3295 River Exchge Dr 300
Norcross, GA 30092
Consideration for claim: notice only
Claim is: Fixed and liquidated.

Account no.: Amount of claim:
ACCA Construction Svcs
Owen, Gleaton, Et Al
230 Peachtree Street, NW
Suite 1900
Atlanta, GA 30303
Consideration for claim: notice only
Claim is: Fixed and liquidated.

Account no.: 02-48007 Amount of claim: 85,820.40
AGU Insurance
Howe & Associates
4385 Kimball Bridge Rd.
Suite 100

Subtotal this page: 162,408.40

In re: Vanessa Lanette Sutton Case No:

Alpharetta, GA 30022
Consideration for claim: services
Claim is: Fixed and liquidated.

Howe & Associates
4385 Kimball Bridge Rd.
Suite 100
Alpharetta, GA 30022
DUPLICATE LISTING OF DEBT - COLLECTION AGENCY OR ATTORNEY
FOR: AGU Insurance

Account no.: Amount of claim: 100,613.30
Beers Construction Co.
285 Peachtree Ctr. Ave.
Marquis II Towers
Suite 300
Atlanta, GA 30303
Consideration for claim: services
Claim is: Fixed and liquidated.

Account no.: Bond #461757.0 Amount of claim: 83,000.00
Commercial Casualty
Insurance Company
Mr. Donald H. Gibbs
350 Research Court, #200
Norcross, GA 30092
Consideration for claim: account
Claim is: Fixed and liquidated.

Owen, Gleaton, Et Al
M. Michael Egan
230 Peachtree Street,NW
Suite 1900
(404) 688-2600
DUPLICATE LISTING OF DEBT - COLLECTION AGENCY OR ATTORNEY
FOR: Commercial Casualty

Account no.: Amount of claim: 2,247.10
Dri-Tech Waterproofing
6160 Peachtree Dunwoody
Suite B-120
Atlanta, GA 30328
Consideration for claim: services
Claim is: Fixed and liquidated.

Account no.: Amount of claim: 5,985.00
Eloise Hampton
George M. Saliba
1008 N. Patterson Street
P.O. Box 1949

Subtotal this page: 191,845.40

In re: Vanessa Lanette Sutton Case No:

Valdosta, GA 31603-1949
Consideration for claim: services
Claim is: Fixed and liquidated.

Account no.: Amount of claim: 25,000.00
Helmark Steel, Inc.
Lee C. Davis, Esquire
Griffin, Cochrane, Et Al
127 Peachtree St,14th FL
Atlanta, GA 30303-1810
(404) 523-2000
Consideration for claim: construction services
Claim is: Fixed and liquidated.

Melissa Dillon DUPLICATE LISTING OF DEBT -
Griffin, Cochrane, Et Al COLLECTION AGENCY OR ATTORNEY
127 Peachtree St,14th FL FOR: Helmark Steel, Inc.
Atlanta, GA 30303
(404) 523-2000

Account no.: Amount of claim:
Jere C. Smith, Esquire
Bart W. Reed, Esquire
MOORE, INGRAM, ET AL
192 Anderson Street
Marietta, GA 30060
(770) 429-1499
Consideration for claim: notice only
Claim is: Fixed and liquidated.

Account no.: Amount of claim: 28,477.31
Lummus Supply Company
1554 Bolton Road
Atlanta, GA 30331
Consideration for claim: construction supplies
Claim is: Fixed and liquidated.

Jere C. Smith DUPLICATE LISTING OF DEBT -
Bart W. Reed COLLECTION AGENCY OR ATTORNEY
MOORE INGRAM JOHNSON FOR: Lummus Supply Company
192 Anderson Street
Marietta, GA 30060
(770) 429-1499

Account no.: Amount of claim: 5,070.00
Metro Comfort Maters

Subtotal this page: 58,547.31

In re: Vanessa Lanette Sutton Case No:

Foster & Foster, P.C.
P.O. Box 814
Jonesboro, GA 30237
(770) 507-7999
Consideration for claim: services
Claim is: Fixed and liquidated.

Account no.: Amount of claim: 11,584.37
RMC Allied Ready Mix
Len Research, Inc.
6160 Peachtree Dunwoody
Suite B-120
Atlanta, GA 30328
Consideration for claim: services
Claim is: Fixed and liquidated.

Nathan E Minear, Esquire DUPLICATE LISTING OF DEBT -
Hendrick,Phillips, Et Al COLLECTION AGENCY OR ATTORNEY
230 Peachtree Street FOR: RMC Allied Ready Mix
Suite 1800
Atlanta, GA 30303
(404) 522-1410

Account no.: Amount of claim: 313,519.50
Tri-State Design
Construction, Inc.
550 Pinetown Road
Suite 350
Washington, PA 19034
Consideration for claim: construction services
Codebtor(s): FAS Development Co., Inc

Claim is: Fixed and liquidated.

Shapiro, Fussel, Et Al DUPLICATE LISTING OF DEBT -
1360 Peachtree Street,NE COLLECTION AGENCY OR ATTORNEY
Suite 1200 FOR: Tri-State Design
Atlanta, GA 30309
(404) 870-2200

Subtotal this page: 325,103.87
Total: 737,904.98

In re: Vanessa Lanette Sutton Case No:

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| Name and mailing address, including zip code, of other parties to lease or contract. | Description of contract or lease and nature of debtor's interest. State whether lease is for non-residential real property. State contract number of any government contract. |
|---|---|
| Ford Motor Credit<br>P.O. Box 689007<br>Franklin, TN 37068-9007 | Ford Motor Credit leased 2000 Ford Mustang |

In re: Vanessa Lanette Sutton Case No:

## SCHEDULE H - CODEBTORS

| Name and address of codebtor | Name and address of creditor |
|---|---|
| Frank Andrews<br>116 Joseph E Lowery Blvd<br>Atlanta, GA 30314 | Ocwen Federal Bank<br>P.O. Box 785050<br>Orlando, FL 32878-5050 |
| Frank Andrews | Ocwen Federal Bank<br>P.O. Box 785050<br>Orlando, FL 32878-5050 |
| FAS Development Co., Inc<br>116 Ashby Street, NW<br>Atlanta, GA 30314 | Tri-State Design<br>Construction, Inc.<br>550 Pinetown Road<br>Suite 350<br>Washington, PA 19034 |
| Fasit International LLC<br>P.O. Box 92208, NW<br>Atlanta, GA 30314 | Bank One<br>P.O. Box 466<br>Butler, Wisconsin<br>53007 |
| Fasit International LLC<br>116 Joseph E Lowery Blvd<br>Atlanta, GA 30314 | Bank One<br>P.O. Box 466<br>Butler, Wisconsin 53007 |
| True Colors Electrical<br>9145 Raven Drive<br>Jonesboro, GA 30238 | Greybar Electric Company<br>Greene, Buckley, Et Al<br>1675 Northside Drive, NW<br>1 Northside 75, Ste. 106<br>Atlanta, GA 30318 |

In re: Vanessa Lanette Sutton Case No:

SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTORS

DEBTOR'S MARITAL STATUS: Single

DEPENDENTS OF DEBTOR
Living with debtor:
Mary Frances Brown - mother - age 69 yrs.

EMPLOYMENT:

Occupation: consultant
Employer name: Andrews Funeral Home
How long employed: 5 months
Address of employer: 116 Joseph E. Lowery Blvd.
Atlanta, GA 30314

INCOME:

Current monthly gross wages, salary, and commissions.............. 3,000.00

Estimated monthly overtime............ 0.00

SUBTOTAL............................. 3,000.00

LESS PAYROLL DEDUCTIONS
a. Payroll taxes and social security................. 0.00
b. Insurance....................... 0.00
c. Union dues...................... 0.00
d. Other:
NONE

SUBTOTAL OF DEDUCTIONS.............. 0.00

TOTAL NET MONTHLY TAKE HOME PAY....... 3,000.00

Regular income from operation of business or profession or farm........ 0.00
(See ATTACHMENT TO SCHEDULE J)

Income from real property............. 0.00

Interest and dividends................ 0.00

Alimony, maintenance, or support payments payable to the debtor for the debtor's use or that of dependents listed above............... 0.00

**In re: Vanessa Lanette Sutton** **Case No:**

**Social security or other government assistance:**
**NONE**

| | |
|---|---|
| **Pension or retirement income** | **0.00** |
| **Other monthly income:** | |
| **mother (Mary Frances Brown)** | **350.00** |
| **TOTAL MONTHLY INCOME..................** | **3,350.00** |

**Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:**
**NONE**

In re: Vanessa Lanette Sutton Case No:

## ATTACHMENT TO SCHEDULE J - BUSINESS INCOME AND EXPENDITURES

### CURRENT MONTHLY INCOME

Source: Total Current Monthly Income: 0.00

### CURRENT MONTHLY EXPENSES

1. Rent/Mortgage payment 0.00
2. Repair/Upkeep 0.00
3. Electricity and heating fuel 0.00
4. Water and sewer 0.00
5. Telephone 0.00
6. Garbage 0.00
7. Security 0.00
8. Other utilities:
   NONE
9. Insurance:
   NONE
10. Taxes:
    NONE
11. Installment payments on equipment:
    NONE
12. Rental/lease payments:
    NONE
13. Maintenance of equipment:
    NONE
14. Advertising 0.00
15. Bank service charges 0.00
16. Interest 0.00
17. Depreciation 0.00
18. Office expenses 0.00
19. Dues and publications 0.00
20. Laundry or cleaning 0.00
21. Supplies and materials 0.00
22. Freight 0.00
23. Travel and entertainment 0.00
24. Wages and salaries 0.00
25. Commissions 0.00
26. Employee benefit programs 0.00
27. Pensions/profit sharing plans 0.00
28. Production costs:
    NONE
29. Other expenses:
    NONE

Total Current Monthly Expenses 0.00

Excess of Income over Expenses 0.00

In re: Vanessa Lanette Sutton Case No:

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTORS

The following expenditures are for DEBTOR

Rent/home mortgage payments.......................... 1,913.00

REAL ESTATE TAXES ARE INCLUDED.
PROPERTY INSURANCE IS INCLUDED.

Utilities: Electricity and heating fuel................ 210.00
Water and sewer.............................. 25.00
Telephone.................................. 65.00
Other:
Security................................ 45.00
Cable................................... 45.00

Home maintenance.................................... 0.00
Food................................................ 400.00
Clothing............................................ 90.00
Laundry and dry cleaning............................ 25.00
Medical and dental expenses......................... 90.00
Transportation...................................... 120.00
Recreation, clubs, and entertainment,
newspapers, magazines, etc.......................... 0.00
Charitable contributions............................ 0.00

Insurance:
Homeowner's or renter's......................... 0.00
Life......................................... 0.00
Health....................................... 430.00
Auto......................................... 350.00
Other:
NONE

Taxes:
NONE

Installment payments:
Auto......................................... 900.00
Other:
NONE

Alimony, maintenance, and support paid to others....... 0.00

Payments for support of additional dependents
not living at your home............................. 0.00

Regular expenses from operation of business,
profession, or farm................................. 0.00

**In re: Vanessa Lanette Sutton** **Case No:**

**(See ATTACHMENT TO SCHEDULE J)**

**Other:**
**NONE**

**TOTAL MONTHLY EXPENSES................................. 4,708.00**

**(The penalties for making a false statement or concealing property is a fine of up to $500,000 or imprisonment for up to 5 years or both. - 18 U.S.C. secs. 152 and 3571.)**

**DECLARATION**

**I, Vanessa Lanette Sutton d/b/a FAS Development Company, Inc., named as the debtor in this case, declare under penalty of perjury that I have read the foregoing Summary and Schedules, consisting of 25 sheets, and that it is true and correct to the best of my information and belief.**

**Signature:** Vanessa Janette Sutton **Date:** 5-19-03
**Vanessa Lanette Sutton**

**UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION**

In re
Vanessa Lanette Sutton d/b/a FAS Development Company, Inc.
Debtor
Social Security No.: 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

Case No.:
Chapter 7

Rule 2016(b) - Statement of Attorney Compensation

Hillman J. Toombs

Pursuant to 11 U.S.C. sec. 329 and Rule of Bankruptcy Procedure 2016(b), the undersigned, attorney for the debtor in this case, makes this statement setting forth the compensation paid or agreed to be paid to the undersigned for services rendered or to be rendered in contemplation of and in connection with the case by the undersigned, and the source of such compensation.

1. Prior to the filing of this disclosure statement, the debtor in this case has paid to the undersigned the sum of $10,000.00 plus $200.00 for the filing fee in this case.

   The source of the PAID sum was: earnings and gifts

2. In addition, the debtor has agreed to pay the following:

   NOT APPLICABLE

3. The undersigned has not shared or agreed to share any portion of such compensation with any other person who is not a member or regular associate of the undersigned's law firm.

4. The undersigned has not received any other payment in this case, and has no other agreement, except as set out herein.

Signature: [signature]
Hillman J. Toombs
714655

Date: 5/19/03

UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

In re Case No.:
Vanessa Lanette Sutton d/b/a FAS
Development Company, Inc. Individual Debtor's Statement of
Debtor Intention
Social Security No.: 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
Chapter 7

Hillman J. Toombs

1. I, the debtor, have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2. My intention with respect to the property of the estate which secures those consumer debts is as follows:

a. Property to be surrendered.

| Description of property | Creditor's name and address |
|---|---|
| house and lot (3005 Benjamin E Mays Drive, SW, Atlanta, GA 30310) | Atlantic States Bank 4195 Old Milton Parkway Alpharetta, GA 30005 |
| 2000 Chevy S-10 Pickup | Bank One P.O. Box 466 Butler, Wisconsin 53007 |

In re: Vanessa Lanette Sutton Case No:

UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

## SUMMARY OF SCHEDULES

X (mark if attached)

| Schedule name | No. Sheets | Assets | Liabilities | Other |
|---|---|---|---|---|
| A - Real Property | 2 | 423,500.00 | | |
| B - Personal Property | 4 | 779,100.00 | | |
| C - Property Claimed as Exempt | 1 | | | |
| D - Creditors Holding Secured Claims | 4 | | 1,080,657.97 | |
| E - Creditors Holding Unsecured Priority Claims | 2 | | 400,000.00 | |
| F - Creditors Holding Unsecured Non-priority Claims | 4 | | 737,904.98 | |
| G - Executory Contracts and Unexpired Leases | 1 | | | |
| H - Codebtors | 1 | | | |
| I - Current Income of Individual Debtors | 2 | | | 3,350.00 |
| J - Current Expenditures of Individual Debtors | 3 | | | 4,708.00 |
| Summary Sheet | 1 | | | |
| Total No. Sheets | 25 | | | |
| Total Assets -> | | 1,202,600.00 | | |
| Total Liabilities -> | | | 2,218,562.95 | |
| Total No. of Creditors -> | | | 29 | |
| Excess Income (if any) -> | | | | -1,358.00 |

Case No. ______________________

In re VANESSA LANETTE SUTTON ,
d/b/a FAS Development Company, Inc.

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ______________________
Total shown on summary page plus1.
Sheets, and that they are true and correct to the best of my knowledge, information and belief.

Date 5-19-03 Signature: Vanessa Lanette Sutton
Vanessa Lanette Sutton d/b/a FAS Development Company, Inc.

Date ______________________ Signature: ______________________

## CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C.§ 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtpr with a copy of this document.

______________________ ______________________
Printed or typed name of bankruptcy petition preparer Social Security No.

______________________
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X______________________ ______________________
Signature of Bankruptcy Petition Preparer Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the ______________ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership] of the ______________ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ______________ (Total shown on summary page plus 1.) ______________ sheets, and that they are true and correct to the best of my knowledge, information and belief.

Date ______________________ Signature: ______________________

______________________
[Print or type name individual signing on behalf of debtor.]

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

**Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.**

| | |
|---|---|
| 2001 Chevy S-10 Pickup | Bank One<br>P.O. Box 466<br>Butler, Wisconsin 53007 |
| 2 acres of commercial property (2996 Jonesboro Road, Atlanta, GA) | Capitol City Bank<br>562 Lee Street<br>Atlanta, GA 30310 |
| house and lot (Lawton Street) | Capitol City Bank<br>562 Lee Street<br>Atlanta, GA 30310 |
| house and lot | Capitol City Bank<br>562 Lee Street<br>Atlanta, GA 30310 |
| Bonds | Graybar Electric Company<br>Greene, Buckley, Et Al<br>1675 Northside Drive, NW<br>1 Northside 75, Ste. 106<br>Atlanta, GA 30318 |
| Bond #461757.0 | Nuckles & Company, Inc.<br>Edward T Murray, Esquire<br>P.O. Box 66<br>Dallas, GA 30132 |
| Bonds | True Colors Electrical<br>Charles W. Aaron, Jr.<br>9145 Raven Drive<br>Jonesboro, GA 30238 |

b. Property to be retained.

| Description of property | Creditor's name and address |
|---|---|

Method of retention:

The debt will be reaffirmed pursuant to sec. 524(c) (Reaffirm)

The property is claimed exempt and will be redeemed pursuant to sec. 722. (Redeem)

Lien will be avoided pursuant to sec. 522(f) and property claimed as exempt.
Judicial lien (Judicial lien avoidance)
Nonpossessory, nonpurchase-money security interest (N.P.M.S.I. lien)

---

house and lot (2454 Benjamin E. Mays Drive, Atlanta, GA 30311) — Countrywide Mortgage, P.O. Box 660694, Dallas, TX 75266-0694

Method of retention:
Reaffirm

2000 Ford Mustang — Ford Motor Credit, P.O. Box 689007, Franklin, TN 37068-9007

Method of retention:
Reaffirm

house and lot (1387 Byrere Terrace, Atlanta, GA 30310) — Ocwen Federal Bank, P.O. Box 785050, Orlando, FL 32878-5050

Method of retention:
Reaffirm

house and lot ( 1379 Byrere Terrace, Atlanta, GA 30310) — Ocwen Federal Bank, P.O. Box 785050, Orlando, FL 32878-5050

Method of retention:
Reaffirm

1997 Chevrolet Blazer — World Omni Financial, P.O. Box 96052, Charlotte, NC 28296

Method of retention:
Reaffirm

3. I understand that section 521(2)(B) of the Bankruptcy Code requires that I perform the above stated intentions within 45 days of the filing of this statement with the court, or within such additional time as the court, for cause, within such 45-day period fixes.

(The penalties for making a false statement or concealing property is a fine of up to $500,000 or imprisonment for up to 5 years or both. - 18 U.S.C. secs. 152 and 3571.)

## DECLARATION

I, Vanessa Lanette Sutton d/b/a FAS Development Company, Inc., named as the debtor in this case, declare under penalty of perjury that I have read the foregoing Individual Debtor's Statement of Intention,

**UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION**

**In re** **Case No.:**
**Vanessa Lanette Sutton d/b/a FAS Development Company, Inc.** **Mailing Matrix**
**Debtor**
**Social Security No.: 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** **Chapter 7**

**Hillman J. Toombs**

**(The penalties for making a false statement or concealing property is a fine of up to $500,000 or imprisonment for up to 5 years or both. - 18 U.S.C. secs. 152 and 3571.)**

**DECLARATION**

**I, Vanessa Lanette Sutton d/b/a FAS Development Company, Inc., named as the debtor in this case, declare under penalty of perjury that I have read the foregoing Mailing Matrix, consisting of 4 sheets, and that it is true and correct to the best of my information and belief.**

**Signature:** Vanessa Lanette Sutton **Date:** 5-19-03
**Vanessa Lanette Sutton**

**consisting of 3 sheets, and that it is true and correct to the best of my information and belief.**

**Signature:** Vanessa Lanette Sutton
**Vanessa Lanette Sutton**

**Date:** 5-19-03

U. S. BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

# 01029671 - NM
May 19, 2003

| Code | Case No | Qty | Amount | By |
|---|---|---|---|---|
| 7 | 03-95373 | | $200.00 | CK |

Judge - ?
Debtor - V. L. SUTTON

TOTAL: $200.00

FROM: HILLMAN TOOMBS AND ASSOCIATES PC
6338 CHURCH STREET
RIVERDALE, GA 30274
770-997-3525

Case # 03- 95373-JB

Trustee: Barbara Stalzer

341: 06/24/03 @ 10:00 Rm 368

[redacted]

# 03-95373

JUDGE: Joyce Bihary

## NEW PETITION CHECKLIST

(Circle One)

CHAPTER 7 CHAPTER 11 CHAPTER 12 CHAPTER 13

BUSINESS or NON BUSINESS

( ✓ ) COMPLETE PETITION
( ) INCOMPLETE PETITION

CHECK-MARK THE FOLLOWING DOCUMENTS THAT ARE MISSING:

( ) CHAPTER 13 PLAN
(Notice of Plan Summary to be served by Debtor/Attorney)
( ) STATEMENT OF FINANCIAL AFFAIRS
( ) SCHEDULES:

_A___B___C___D___E___F___G___H___I___J
( ) ATTORNEY DISCLOSURE STATEMENT
( ) STATEMENT OF INTENT (See Schedule D)
( ) SUMMARY OF SCHEDULES
( ) LIST OF EQUITY SECURITY HOLDERS
( ) 20 LARGEST UNSECURED CREDITORS
( ) PRO SE AFFIDAVIT (To be returned within 5 days of filing date)

FEE

PAID 170

BALANCE -0-

ADMIN 30

| JUDGE | CHAPTER 13 TRUSTEE | |
|---|---|---|
| COTTON | DRAKE | 13B |
| BIHARY | MASSEY | |
| BRIZENDINE | MULLINS | 13T |
| BONAPFEL | MURPHY | |

INTERIM TRUSTEE

| | | | | | |
|---|---|---|---|---|---|
| 1 | 6 | 11 | 16 | 21 | 26 |
| 2 | 7 | 12 | 17 | 22 | 27 |
| 3 | 8 | 13 | 18 | 23 | 28 |
| 4 | 9 | 14 | 19 | 24 | 29 |
| 5 | 10 | 15 | 20 | 25 | 30 |
| 97 | 98 | 99 | | | |

( ) ATTY/DEBTOR INFORMED THAT REMAINING DOCUMENTS ARE DUE TO BE FILED WITHIN 15 DAYS FROM FILING DATE

**For Court Use Only**

**Trustee:**

**341 Meeting:**

**Confirmation:**