# EXHIBIT B

CLOSED

# U.S. Bankruptcy Court
# Northern District of Georgia (Atlanta)
# Bankruptcy Petition #: 03-95373-jb

| | |
|---|---|
| *Assigned to:* Judge Joyce Bihary<br>Chapter 7<br>Voluntary<br>No asset | *Date Filed:* 05/19/2003<br>*Date Terminated:* 03/05/2004 |

| | | |
|---|---|---|
| **Vanessa Lanette Sutton,**<br>***Dismissed per Order entered 9/5/03 (doc. #42)***<br>2454 Benjamin E. Mays Drive, SW<br>Atlanta, GA 30311<br>SSN: xxx-xx-0542<br>*TERMINATED: 09/05/2003*<br>***Debtor***<br>***dba***<br>**FAS Development Company, Inc.**<br>*TERMINATED: 09/05/2003*<br>***dba***<br>**FAS Development Company, Inc.**<br>*TERMINATED: 09/05/2003* | represented by | **Hillman J. Toombs**<br>Hillman J. Toombs and Associates, PC<br>6338 Church Street<br>Riverdale, GA 30274<br>(770) 997-3525<br>Fax : (770) 977-1882<br>Email: htoombs@hillmanlaw.com |
| **FAS Developement Company, Inc.**<br>2454 Benjamin E. Mays Drive, SW<br>Atlanta, GA 30311<br>***Debtor*** | represented by | **Hillman J. Toombs**<br>(See above for address) |

**Barbara B. Stalzer**
Baker Law Group, LLC
Suite N-4
555 Sun Valley Drive
Roswell, GA 30076

(770) 992-4325
*Trustee*

**Office of the US Trustee**
Suite 362
75 Spring Street, SW
Atlanta, GA 30303
(404) 331-4437
***U.S. Trustee***

represented by **R. Jeneane Treace**
U.S. Trustee
362 Richard Russell Bldg.
75 Spring Street
Atlanta, GA 30303
404-331-4437 x122
Fax : 404-331-4464
Email: jeneane.treace@usdoj.gov

| Filing Date | # | Docket Text |
|---|---|---|
| 05/19/2003 | 1 | Voluntary Petition (Chapter 7) Fee Collected $ 200, Receipt Number 1029671.. Filed by Hillman J. Toombs on behalf of Vanessa Lanette Sutton. (rwr, ) (Entered: 05/20/2003) |
| 05/19/2003 | | Office of the US Trustee added to case (rwr, ) (Entered: 05/20/2003) |
| 05/19/2003 | | Meeting of Creditors (Chapter 7). Ch. 7 341 Meeting to be held on 6/24/2003 at 10:00 AM at Hearing Room 368, Atlanta. Objections for Discharge due by 8/25/2003, (rwr, ) (Entered: 05/20/2003) |
| 05/22/2003 | 2 | Notice of Filing of Bankruptcy Case, Meeting of Creditors & Deadlines w/Certificate of Service by BNC Service Date 05/22/03. (Admin.) (Entered: 05/23/2003) |
| 05/29/2003 | 3 | Motion for Relief from Stay Receipt Number 1030457, Fee Collected $ 75 filed by Richard B. Maner on behalf of Ocwen Federal Bank FSB. (Maner, Richard) Modified on 6/2/2003 (sem, ). |
| 05/30/2003 | 4 | Notice of Hearing *on Motion for Relief from Stay* (related document(s)3) filed by Richard B. Maner on behalf of Ocwen Federal Bank FSB. Hearing to be held on |

| | | |
|---|---|---|
| | | 6/24/2003 at 09:30 AM at Courtroom 1402, Atlanta, (vaw, ) |
| 05/30/2003 | 5 | Notice of Appearance (Attorney) filed by Richard B. Maner on behalf of Ocwen Federal Bank FSB. (cws, ) (Entered: 06/02/2003) |
| 06/02/2003 | 6 | Certificate of Service *for Notice of Assignment of Hearing* (related document(s)4, 3) filed by Richard B. Maner on behalf of Ocwen Federal Bank FSB. (Maner, Richard) |
| 06/04/2003 | 7 | Amendment to Schedules *to a joint petition to include a corporation* filed by Hillman J. Toombs on behalf of Vanessa Lanette Sutton. (cws, ) (Entered: 06/05/2003) |
| 06/12/2003 | 8 | Motion for Relief from Stay *executed by Penni Alper*, Fee Collected $ 75 filed by Lara Anne Armstrong on behalf of Countrywide Home Loans, Inc.. (Armstrong, Lara) |
| 06/13/2003 | 9 | Notice of Hearing *on Motion for Relief from Stay* (related document(s)8) filed by Lara Anne Armstrong on behalf of Countrywide Home Loans, Inc.. Hearing to be held on 7/15/2003 at 09:30 AM in Courtroom 1402, Atlanta, (vaw, ) |
| 06/16/2003 | | Receipt of Motion for Relief from Stay(03-95373-jb) [motion,185] ( 75.00) filing fee. Receipt Number 113EB4596413. Fee Amount 75.0 (U.S. Treasury) |
| 06/16/2003 | 11 | Notice of Appearance (Attorney) filed by Neil L. Wilcove on behalf of RMC Allied Readymix, Inc.. (cws, ) (Entered: 06/17/2003) |
| 06/17/2003 | 10 | Certificate of Service *executed by Penni Alper* (related document(s)9, 8) filed by Lara Anne Armstrong on behalf of Countrywide Home Loans, Inc.. (Armstrong, Lara) |
| 06/18/2003 | 12 | Motion for Relief from Stay Receipt Number 1031815, Fee Collected $ 75 filed by Thomas E. Austin Jr. on behalf of Capitol City Bank & Trust Company. (Attachments: # 1 Exhibit Notes, Deeds to Secure Debt, Certificate of Title, |

| | | |
|---|---|---|
| | | and Assignment of Deposit or Share Account) (Austin, Thomas) Modified on 6/19/2003 (sem, ). |
| 06/19/2003 | 13 | Motion for Relief from Stay Receipt Number 1031885, Fee Collected $ 75 filed by Richard B. Maner on behalf of Ocwen Federal Bank FSB. (Maner, Richard) Modified on 6/20/2003 (sem, ). |
| 06/19/2003 | 14 | Notice of Hearing *on Motion for Relief from Stay* (related document(s)12) filed by Thomas E. Austin Jr. on behalf of Capitol City Bank & Trust Company. Hearing to be held on 7/15/2003 at 09:30 AM in Courtroom 1402, Atlanta, (vaw, ) (Entered: 06/20/2003) |
| 06/20/2003 | 15 | Notice of Hearing *on Motion for Relief from Stay* (related document(s)13) filed by Richard B. Maner on behalf of Ocwen Federal Bank FSB. Hearing to be held on 7/15/2003 at 09:30 AM in Courtroom 1402, Atlanta, (vaw, ) Modified linkage on 6/30/2003 (vaw, ). |
| 06/24/2003 | 16 | Certificate of Service *for Notice of Assignment of Hearing* (related document(s)13, 15) filed by Richard B. Maner on behalf of Ocwen Federal Bank FSB. (Maner, Richard) |
| 06/24/2003 | | Meeting of Creditors Held. (bj, ) (Entered: 06/27/2003) |
| 06/27/2003 | 17 | Order GRANTING Motion for Relief from Stay as to Ocwen Federal Bank. (Related Doc # 3) Service by BNC Entered on 6/27/2003. (cws, ) Modified on 7/14/2003 (cws, ). |
| 06/29/2003 | 18 | BNC Certificate of Service of Order on Motion for Relief from Stay Service Date 06/29/03. (Related Doc # 17) (Admin.) (Entered: 07/01/2003) |
| 07/09/2003 | 19 | Certificate of Service (related document(s)12, 14) filed by Thomas E. Austin Jr. on behalf of Capitol City Bank & Trust Company. (Austin, Thomas) |
| 07/09/2003 | 20 | Notice *of conflict of hearing on 7/15/03 at 9:30 a.m.* filed by Hillman J. Toombs on behalf of Vanessa Lanette |

| | | |
|---|---|---|
| | | Sutton. (cws, ) (Entered: 07/10/2003) |
| 07/15/2003 | 21 | Motion to Dismiss Case filed by R. Jeneane Treace on behalf of Office of the US Trustee. Responses due by 8/7/2003, (Treace, R.) |
| 07/16/2003 | 22 | Order GRANTING Motion for Relief from Stay as to Capitol City Bank & Trust Co. (Related Doc # 12) Service by BNC Entered on 7/16/2003. (cws, ) |
| 07/16/2003 | 23 | Motion for Relief from Stay, Fee Collected $ 75 filed by Richard B. Maner on behalf of Ocwen Federal Bank FSB. (Maner, Richard) |
| 07/16/2003 | | Receipt of Motion for Relief from Stay(03-95373-jb) [motion,185] ( 75.00) filing fee. Receipt Number 113EB4731355. Fee Amount 75.0 (U.S. Treasury) |
| 07/17/2003 | 24 | Notice of Hearing on Motion for Relief from Stay filed by Ocwen Federal Bank, FSB. Creditor's Atty. to serve (related document(s)23) Hearing to be held on 8/19/2003 at 09:30 AM in Courtroom 1402, Atlanta, (smw, ) (Entered: 07/18/2003) |
| 07/18/2003 | 25 | BNC Certificate of Service of Order on Motion for Relief from Stay Service Date 07/18/03. (Related Doc # 22) (Admin.) (Entered: 07/19/2003) |
| 07/21/2003 | 26 | Motion for Relief from Co-Debtor Stay *And To Authorize Movant To Take Possession Of Collateral* filed by Ronald A. Levine on behalf of Ford Motor Credit Co.. Objections due by 8/13/2003. (Levine, Ronald) |
| 07/22/2003 | 27 | Certificate of Service *for Notice of Assignment of Hearing* (related document(s)24, 23) filed by Richard B. Maner on behalf of Ocwen Federal Bank FSB. (Maner, Richard) |
| 07/22/2003 | 28 | Notice of Hearing re: Motion For Relief From Stay by Ford Motor Credit Company . Creditor's Atty. to serve (related document(s)26) Hearing to be held on 8/19/2003 at 09:30 AM in Courtroom 1402, Atlanta, (gdm, ) |

| | | |
|---|---|---|
| | | (Entered: 07/23/2003) |
| 07/24/2003 | 34 | Notice *of conflict of hearing on July 29, 2003 at 9:30 a.m.* filed by Hillman J. Toombs on behalf of Vanessa Lanette Sutton. (cws, ) (Entered: 07/29/2003) |
| 07/25/2003 | | Hearing on U.S. Trustee/s motion to dismiss. (related document(s)21) Hearing to be held on 8/27/2003 at 10:00 AM in Courtroom 1402, Atlanta, (cws, ) |
| 07/25/2003 | 29 | Motion to Dismiss Case filed by Hillman J. Toombs on behalf of Vanessa Lanette Sutton. (cws, ) (Entered: 07/28/2003) |
| 07/25/2003 | 30 | Objection *to U.S. Trustee's motion to dismiss case.* (related document(s)21) filed by Hillman J. Toombs on behalf of Vanessa Lanette Sutton. (cws, ) (Entered: 07/28/2003) |
| 07/25/2003 | 31 | Motion for Relief from Stay Receipt Number 01033961., Fee Collected $ 75 filed by Lawrence R. Landry on behalf of Atlantic States Bank. (cws, ) (Entered: 07/28/2003) |
| 07/25/2003 | 32 | Notice of Hearing re: Motion for relief from stay as to Atlantic States Bank. Creditor's Atty. to serve (related document(s)31) Hearing to be held on 8/26/2003 at 09:30 AM in Courtroom 1402, Atlanta, (cws, ) (Entered: 07/28/2003) |
| 07/27/2003 | 33 | Notice of Assignment of Hearing with Certificate of Mailing by BNC Service Date 07/27/03. (Admin.) (Entered: 07/29/2003) |
| 07/29/2003 | | Reset Hearing (related document(s)26) Hearing to be held on 8/19/2003 at 09:30 AM in Courtroom 1402, Atlanta, (jmw, ) (Entered: 07/31/2003) |
| 08/11/2003 | 35 | Notice of Appearance (Attorney) filed by Teresa R. Stephens on behalf of Countrywide Home Loans, Inc.. (Stephens, Teresa) |
| | | |

| | | |
|---|---|---|
| 08/12/2003 | 36 | Notice of reset Hearing re: Motion for relief stay as to Ford Motor Credit Co. Creditor's Atty. to serve (related document(s)26) Hearing to be held on 8/19/2003 at 09:30 AM in Courtroom 1402, Atlanta, (cws, ) (Entered: 08/13/2003) |
| 08/25/2003 | 37 | Order GRANTING Motion for Relief from Co-Debtor Stay as to Ford Motor Credit Co.(Related Doc # 26) Service by BNC Entered on 8/25/2003. (cws, ) |
| 08/26/2003 | 38 | Certificate of Service *of Notice of Hearing* (related document(s)31, 32) filed by Lawrence R. Landry on behalf of Atlantic States Bank. (Landry, Lawrence) |
| 08/27/2003 | 39 | BNC Certificate of Service of Order on Motion for Relief from Co-Debtor Stay Service Date 08/27/03. (Related Doc # 37) (Admin.) (Entered: 08/28/2003) |
| 09/02/2003 | 40 | Order GRANTING Motion for Relief from Stay as to Atlantic States Bank. (Related Doc # 31) Service by BNC Entered on 9/2/2003. (cws, ) |
| 09/04/2003 | 41 | BNC Certificate of Service of Order on Motion for Relief from Stay Service Date 09/04/03. (Related Doc # 40) (Admin.) (Entered: 09/05/2003) |
| 09/05/2003 | 42 | Order and Notice that this case shall proceed under the name of FAS Development Company, Inc. and Vanessa Sutton is dismissed as a codebtor in this case. Service by BNC Entered on 9/5/2003. (cws, ) |
| 09/07/2003 | 43 | BNC Certificate of Service of Order and Notice Service Date 09/07/03. (Related Doc # 42) (Admin.) (Entered: 09/08/2003) |
| 09/10/2003 | 44 | Order GRANTING Motion for Relief from Stay as to Ocwen Federal Bank. (Related Doc # 23) Service by BNC Entered on 9/10/2003. (cws, ) |
| 09/11/2003 | 45 | Amendment to Schedules Fee Collected $ 20, Receipt Number 01037251. filed by Hillman J. Toombs on behalf |

| | | |
|---|---|---|
| | | of FAS Developement Company, Inc.. (cws, ) (Entered: 09/12/2003) |
| 09/12/2003 | 46 | BNC Certificate of Service of Order on Motion for Relief from Stay Service Date 09/12/03. (Related Doc # 44) (Admin.) (Entered: 09/13/2003) |
| 09/15/2003 | 47 | Certificate of Service *of the order and notice* (related document(s)42) filed by Hillman J. Toombs on behalf of FAS Developement Company, Inc.. (cws, ) (Entered: 09/16/2003) |
| 09/18/2003 | 48 | Notice of chapter 7 meeting of creditors filed by Hillman J. Toombs on behalf of FAS Developement Company, Inc.. Ch. 7 341 Meeting to be held on 10/21/2003 at 10:30 AM at Hearing Room 368, Atlanta. (cws, ) Modified on 9/19/2003 (cws, ). (Entered: 09/19/2003) |
| 10/10/2003 | 49 | Notice of Appearance (Attorney) filed by Shane C. O'Connor on behalf of RMC Allied Readymix, Inc.. (cws, ) (Entered: 10/14/2003) |
| 10/20/2003 | 50 | Letter of conflict of hearing on October 20, 21, 22 & 23 2003. (cws, ) (Entered: 10/21/2003) |
| 10/21/2003 | 51 | Letter of conflict of hearing on October 21, 2003 at 10:30 a.m. (cws, ) (Entered: 10/23/2003) |
| 10/21/2003 | | Meeting of Creditors Held. (sem, ) (Entered: 10/27/2003) |
| 12/22/2003 | 52 | Amendment to Schedules adding creditors. Fee Collected $ 26, Receipt Number 01044205. filed by Hillman J. Toombs on behalf of FAS Developement Company, Inc. . (cws, ) (Entered: 12/23/2003) |
| 02/17/2004 | 53 | Motion for Relief from Stay *And to Authorize Movant to Take Possession of Collateral*, Fee Collected $ 150 filed by Ronald A. Levine on behalf of World Omni Financial Corporation. Hearing to be held on 3/23/2004 at 09:30 AM in Courtroom 1402, Atlanta, (Attachments: # 1 Exhibit Contract & Title) (Levine, Ronald) |

| | | |
|---|---|---|
| 02/20/2004 | | Trustee's No Distribution Report: I, the trustee of the estate of the above-named debtor(s), report that I have neither received any property nor paid any money on account of this estate except exempt property; that I have made a diligent inquiry into the financial affairs of the debtor(s) and the location of the property belonging to the estate; and that there is no property available for distribution from the estate over and above that exempted by law. Pursuant to FRBP 5009, I hereby certify that the estate of the above-named debtor(s) has been fully administered. Wherefore, I request that this report be approved, and that I be discharged as trustee. This report is signed and submitted under penalty of perjury. Filed by Barbara B. Stalzer on behalf of Barbara B. Stalzer. (Stalzer, Barbara) |
| 02/24/2004 | 54 | Receipt of Motion for Relief from Stay(03-95373-jb) [motion,185] ( 150.00) filing fee. Receipt Number 113EB5751952. Fee Amount 150.00 (U.S. Treasury) |
| 03/05/2004 | 55 | Order Approving Account, Discharging Trustee and Closing Estate. Service by BNC. (vph, ) |
| 03/05/2004 | | Case Closed. (vph, ) |
| 03/07/2004 | 56 | BNC Certificate of Service of Order Closing Estate Service Date 03/07/2004. (Related Doc # 55) (Admin.) (Entered: 03/11/2004) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 08/11/2006 13:38:31 | | | |
| PACER Login: | dj0009 | Client Code: | |
| | | | 03-95373-jb Fil or Ent: Fil From: 1/1/1989 To: |

| | | | |
|---|---|---|---|
| **Description:** | Docket Report | **Search Criteria:** | 8/11/2006 Doc From: 0 Doc To: 99999999 Term: y Links: n Format: HTMLfmt |
| **Billable Pages:** | 4 | **Cost:** | 0.32 |

# EXHIBIT C

FILED IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT

03 DEC 22 PM 3:52

CLERK

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | * | CHAPTER 7 |
| FAS DEVELOPMENT COMPANY, INC. | * | CASE NO.: 03-95373-JB |
| 58-1948711 | * | JUDGE: BIHARY |
| DEBTOR, | * | |

## AMENDMENT TO CHAPTER 7 CASE

COMES NOW, FAS Development Company, Inc., debtor in the above styled action, who files and amends its Chapter 7 case as follows:

1.

Amending the debtor's case to add two unsecured creditors; Holland & Knight, LLP for a claim amount of $37,422.93 and Southern Communication for a claim amount of $10,500.00. This will increase the total amount of Unsecured Nonpriority Claims to $1,928,069.10.

Also amending petition to provide information of pending lawsuits: Choice Business Solutions, Inc. vs FAS Development Company, Inc., State Court Of Fulton County, State Of Georgia, Civil Action File No.: 03VS048892H, case pending; and Southern Communication vs FAS Development Company, Inc. and Vanessa Sutton, State Court Of Fulton County, State Of Georgia, Civil Action File No.:03VS051976, case pending.

ATTORNEY AT LAW
HILLMAN J. TOOMBS & ASSOCIATES, P.C.

HILLMAN J. TOOMBS
Attorney for Debtor
GA Bar No.: 714655

ATTORNEY AT LAW HILLMAN J. TOOMBS
AND ASSOCIATES, P.C.
6338 Church Street
Riverdale, GA 30274
(770) 997-3525

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DEBTOR: FAS DEVELOPMENT COMPANY, INC.
CHAPTER 7 CASE NO: 03-95373-JB

I, Vanessa Sutton, President/CEO, of FAS DEVELOPMENT COMPANY, INC., affirm under the penalty of perjury, that FAS DEVELOPMENT COMPANY, INC., is the debtor in this action, and the information given in this AMENDMENT TO CHAPTER 7 PETITION, is true and correct to the best of my knowledge, information and beliefs.

This 17th day December, 2003.

Vanessa L. Sutton

Vanessa L. Sutton for
FAS DEVELOPMENT COMPANY, INC.

In re: FAS Development Company, Case No: 03-95373-JB

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| Creditor's name and complete mailing address including zip code | Amount of claim |
|---|---|
| Date claim was incurred and consideration for claim. If claim is subject to setoff, so state. | |

Account no.: Amount of claim: 16,000.00
21st Century Sales & Svc
3249 Weststory Road
Irving, TX 75038
Consideration for claim: account
Claim is: Fixed and liquidated.

Account no.: 30311070904 Amount of claim: 16,000.00
ABC Distributing
P.O. Box 619000
North Miami, FL 33261
Consideration for claim: account
Claim is: Fixed and liquidated.

Account no.: Amount of claim: 76,588.00
ACCA Construction
Services, LLC
James Heard
2500 Benjamin E. Mays Dr
Atlanta, GA 30311
(404) 758-9523
Consideration for claim: construction services
Claim is: Fixed and liquidated.

M. Michael Egan
230 Peachtree Street, NW
Suite 1900
Atlanta, GA 30303
DUPLICATE LISTING OF DEBT - COLLECTION AGENCY OR ATTORNEY FOR: ACCA Construction

Account no.: Amount of claim:
ACCA Construction Svcs
Alfred A. Malena
THOMPSON & SLAGLE, P.C.
3295 River Exchge Dr 300
Norcross, GA 30092
Consideration for claim: notice only
Claim is: Fixed and liquidated.

Subtotal this page: 108,588.00

In re: FAS Development Company, Case No: 03-95373-JB

Account no.: Amount of claim:
ACCA Construction Svcs
Owen, Gleaton, Et Al
230 Peachtree Street, NW
Suite 1900
Atlanta, GA 30303
Consideration for claim: notice only
Claim is: Fixed and liquidated.

Account no.: 02-48007 Amount of claim: 85,820.40
AGU Insurance
Howe & Associates
4385 Kimball Bridge Rd.
Suite 100
Alpharetta, GA 30022
Consideration for claim: services
Claim is: Fixed and liquidated.

Howe & Associates DUPLICATE LISTING OF DEBT -
4385 Kimball Bridge Rd. COLLECTION AGENCY OR ATTORNEY
Suite 100 FOR: AGU Insurance
Alpharetta, GA 30022

Account no.: 363229451 Amount of claim: 1,235.00
AT&T Wireless
4471 Jimmy L. Smith Pkwy
Hiram, GA 30141
Consideration for claim: account
Claim is: Fixed and liquidated.

Account no.: 5347 & 5342 Amount of claim: 500.00
Access Paging & Answer
3102 Cache Road
Lawton, OK 73505
Consideration for claim: accounts
Claim is: Fixed and liquidated.

Account no.: Amount of claim: 2,716.00
Accountemps
P.O. Box 337
Newark, NJ 07101
Consideration for claim: account
Claim is: Fixed and liquidated.

Account no.: Amount of claim: 1,200.00
Ace Fire Place
4605 Peachtree Industr'l

Subtotal this page: 91,471.40

Blvd.
Norcross, GA 30092
Consideration for claim: account
Claim is: Fixed and liquidated.

Account no.: Amount of claim: 1,260.00
Air Purification
101 N. Main Street
P.O. Box 369
Pavo, GA 31229
Consideration for claim: account
Claim is: Fixed and liquidated.

Account no.: GACP056951 Amount of claim: 21,023.00
Allpro Insurance
3460 Bakers Ferry Road
Atlanta, GA 30331
Consideration for claim: account
Claim is: Fixed and liquidated.

Account no.: WC9001386 Amount of claim: 32,216.00
Appalachaian Underwriter
130 North Main Street
Clinton, TN 37710
Consideration for claim: account
Claim is: Fixed and liquidated.

Howe & Associates DUPLICATE LISTING OF DEBT -
4385 Kimball Bridge Rd. COLLECTION AGENCY OR ATTORNEY
Suite 100 FOR: Appalachaian Underwriter
Alpharetta, GA 30022

Account no.: Amount of claim: 11,000.00
Assurity Group, Inc.
1900 Emory Street
Suite 120
Atlanta, GA 30318
Consideration for claim: account
Claim is: Fixed and liquidated.

Account no.: 475-041-179-7 Amount of claim: 725.00
BP Oil
P.O. Box 9014
Des Moines, IA 50368
Consideration for claim: account
Claim is: Fixed and liquidated.

Subtotal this page: 66,224.00

In re: FAS Development Company, Case No: 03-95373-JB

Account no.: 626133 Amount of claim: 1,020.00
Baker Distributing
P.O. Box 861765
Orlando, FL 32886-1765
Consideration for claim: account
Claim is: Fixed and liquidated.

Account no.: Amount of claim: 100,613.30
Beers Construction Co.
285 Peachtree Ctr. Ave.
Marquis II Towers
Suite 300
Atlanta, GA 30303
Consideration for claim: services
Claim is: Fixed and liquidated.

Account no.: 58-1948711 Amount of claim: 17,931.00
Bellsouth
P.O. Box 740144
Atlanta, GA 30374-0144
Consideration for claim: accounts: 404-758-1299 & 229-889-0675-417
Claim is: Fixed and liquidated.

Alpat Company, Inc. DUPLICATE LISTING OF DEBT -
40070 Cane Ave COLLECTION AGENCY OR ATTORNEY
Suite 400 FOR: Bellsouth
Slidell, LA 70461-3700
(800) 932-9237

Account no.: 1025 & 2264 Amount of claim: 378.00
Brooks Auto Parts
P.O. Box 650
Douglas, GA 31534
Consideration for claim: account
Claim is: Fixed and liquidated.

Account no.: 13218 Amount of claim: 8,080.00
Byrne, Moore & Davis, PC
Tower Place 100
Suite 1460
3340 Peachtree Road, NE
Atlanta, GA 30326
Consideration for claim: account
Claim is: Fixed and liquidated.

Account no.: 137539 Amount of claim: 5,200.00
C.C. Dickerson

Subtotal this page: 133,222.30

In re: FAS Development Company, Case No: 03-95373-JB

1309 Oglethorpe Avenue
Albany, GA 31706
Consideration for claim: account
Claim is: Fixed and liquidated.

Account no.: 4115072133772718 Amount of claim: 70.00
Capital One Services
P.O. Box 26030
Richmond, VA 23260
(800) 867-0904
Consideration for claim: credit card
Claim is: Fixed and liquidated.

Account no.: Amount of claim: 1,056.95
Chattahoochee Consulting
5871 New Peachtree Road
Doraville, GA 30340
(770) 457-9776
Consideration for claim: account
Claim is: Fixed and liquidated.

Account no.: Amount of claim: 13,916.00
Choice Business Solution
2470 Windy Hill Road
Suite 214
Marietta, GA 30067
Consideration for claim: account
Claim is: Fixed and liquidated.

Account no.: 6035322002181372 Amount of claim: 3,228.00
Citibank South Dakota
Home Depot
NCO Financial
507 Prudential Road
Horsham, PA 19044
Consideration for claim: account
Claim is: Fixed and liquidated.

Account no.: Bond #461757.0 Amount of claim: 83,000.00
Commercial Casualty
Insurance Company
Mr. Donald H. Gibbs
350 Research Court, #200
Norcross, GA 30092
Consideration for claim: account
Claim is: Fixed and liquidated.

Owen, Gleaton, Et Al DUPLICATE LISTING OF DEBT

Subtotal this page: 101,270.95

In re: FAS Development Company, Case No: 03-95373-JB

M. Michael Egan COLLECTION AGENCY OR ATTORNEY
230 Peachtree Street,NW FOR: Commercial Casualty
Suite 1900
(404) 688-2600

Account no.: Amount of claim: 1,282.00
Commercial Disposal
P.O. Box 488
Smyrna, GA 30081
Consideration for claim: account
Claim is: Fixed and liquidated.

Account no.: 041215 Amount of claim: 8,000.00
Complete Carwash Systems
720 Airport Drive
Lincoln, AL 35056
Consideration for claim: account
Claim is: Fixed and liquidated.

NCO Financial DUPLICATE LISTING OF DEBT -
3820 N. Causeway Blvd COLLECTION AGENCY OR ATTORNEY
Suite 200 FOR: Complete Carwash Systems
Metairie, LA 70002

Account no.: Amount of claim: 2,283.00
D. Bingham & Associates
260 Flowing Spring Trail
Roswell, GA 30075
Consideration for claim: account
Claim is: Fixed and liquidated.

Account no.: Amount of claim: 2,247.10
Dri-Tech Waterproofing
6160 Peachtree Dunwoody
Suite B-120
Atlanta, GA 30328
Consideration for claim: services
Claim is: Fixed and liquidated.

Account no.: 40-80619 Amount of claim: 207.00
Duron Paints
P.O. Box 651
Beltsville, MD 20704
Consideration for claim: account
Claim is: Fixed and liquidated.

Subtotal this page: 14,019.10

In re: FAS Development Company, Case No: 03-95373-JB

Paley Rothman
Attorney At Law
4800 Hampden Lane
7th Floor
Bethesda, MD 20814

DUPLICATE LISTING OF DEBT - COLLECTION AGENCY OR ATTORNEY FOR: Duron Paints

Account no.: 52-85453 Amount of claim: 2,575.00
Electro Paints
1590 N. Roberts Road
Suite 106
Kennesaw, GA 30144
Consideration for claim: account
Claim is: Fixed and liquidated.

Account no.: 34887-1 Amount of claim: 26,000.00
FCX Systems
400 FCX Lane
Morgantown, WV 26501
Consideration for claim: account
Claim is: Fixed and liquidated.

Hatmaker & Associates
National & International
333 17th Street
Suite 2-S
Vero Beach, FL 32960

DUPLICATE LISTING OF DEBT - COLLECTION AGENCY OR ATTORNEY FOR: FCX Systems

Account no.: Amount of claim: 200.00
Fed-Ex Revenue Recovery
North Shore Agency
2650 Thousand Oak Blvd
#1310
Memphis, TN 38118
Consideration for claim: account
Claim is: Fixed and liquidated.

Account no.: Amount of claim: 1,500.00
James Floyd
131 Ponce De Leon Avenue
Suite 225
Atlanta, GA 30308
Consideration for claim: account
Claim is: Fixed and liquidated.

Account no.: 242254 Amount of claim: 1,602.00
Fluker & Associates

Subtotal this page: 31,877.00

In re: FAS Development Company, Case No: 03-95373-JB

Deming, Parker, Et Al
136 Fairground Street NE
Suite 201
Marietta, GA 30060
Consideration for claim: account
Claim is: Fixed and liquidated.

Account no.: Amount of claim: 2,500.00
Fox Appliance
P.O. Box 13486
Macon, GA 31208
Consideration for claim: account
Claim is: Fixed and liquidated.

Account no.: Amount of claim: 5,184.00
GE Capital
P.O. Box 3983
Cedar Rapids, IA 52406
Consideration for claim: account
Claim is: Fixed and liquidated.

Account no.: Amount of claim: 8,075.00
General Electric Corp
P.O. Box 281865
Atlanta, GA 30384
Consideration for claim: account
Claim is: Fixed and liquidated.

Account no.: 20009347496 Amount of claim: 47.94
Georgia Dept Of Revenue
Centralized Taxpayr Acct
P.O. Box 105499
Atlanta, GA 30348-5499
Consideration for claim: taxes
Claim is: Fixed and liquidated.

Account no.: Amount of claim: 1,800.00
Glass Service Center
237 Flint Avenue
P.O. Box 623
Albany, GA 31702
Consideration for claim: account
Claim is: Fixed and liquidated.

Account no.: Amount of claim: 1,700.00
Jay Grant
2070 Glynmoore Drive
Lawrenceville, GA 30343

Subtotal this page: 19,306.94

In re: FAS Development Company, Case No: 03-95373-JB

Consideration for claim: account
Claim is: Fixed and liquidated.

Account no.: Amount of claim: 2,320.00
Great American
Life Products
P.O. Box 891433
Cincinnati, OH 45269
Consideration for claim: account
Claim is: Fixed and liquidated.

Account no.: 0075765-000 Amount of claim: 8,000.00
Great American Leasing
Dept. 8742
135 S. LaSalle Street
Chicago, IL 60674
Consideration for claim: account
Claim is: Fixed and liquidated.

Account no.: 051-0113255-000 Amount of claim: 3,210.00
Great American Leasing
Dept. 8742
135 S. Lasalle Street
Chicago, IL 60674-8742
(319) 365-8000
Consideration for claim: account
Claim is: Fixed and liquidated.

Account no.: Amount of claim: 5,000.00
William Gulledge
3319 Covenant Road
Columbia, SC 29204
Consideration for claim: account
Claim is: Fixed and liquidated.

Account no.: 33-FASDOL Amount of claim: 350.00
HVAC Parts & Supplies
2677 Buford Highway
Atlanta, GA 30325
Consideration for claim: account
Claim is: Fixed and liquidated.

Account no.: Amount of claim: 5,985.00
Eloise Hampton
George M. Saliba
1008 N. Patterson Street
P.O. Box 1949
Valdosta, GA 31603-1949

Subtotal this page: 24,865.00

In re: FAS Development Company, Case No: 03-95373-JB

Consideration for claim: services
Claim is: Fixed and liquidated.

Account no.: Amount of claim: 25,000.00
Helmark Steel, Inc.
Lee C. Davis, Esquire
Griffin, Cochrane, Et Al
127 Peachtree St,14th FL
Atlanta, GA 30303-1810
(404) 523-2000
Consideration for claim: construction services
Claim is: Fixed and liquidated.

Melissa Dillon
Griffin, Cochrane, Et Al
127 Peachtree St,14th FL
Atlanta, GA 30303
(404) 523-2000

DUPLICATE LISTING OF DEBT - COLLECTION AGENCY OR ATTORNEY FOR: Helmark Steel, Inc.

Account no.: 87486 Amount of claim: 37,422.93
Holland & Knight, LLP
One East Broward Blvd
P.O. Box 14070
Fort Lauderdale,FL 33301
(954) 525-1000
Consideration for claim: Account
Claim is: Fixed and liquidated.

Account no.: 88360005164&82240202604 Amount of claim: 13,610.00
Home Depot
P.O. Box 4535
Dept. 24
Coral Springs, IL 60197
Consideration for claim: accounts
Claim is: Fixed and liquidated.

Account no.: Amount of claim: 600.00
Home Site Systems
3715 Northcrest Road
Atlanta, GA 30340
Consideration for claim: account
Claim is: Fixed and liquidated.

Account no.: 224025296-z Amount of claim: 585.00
Hotjobs.com
D&B RMS
55 Shuman Road

Subtotal this page: 77,217.93

In re: FAS Development Company, Case No: 03-95373-JB

P.O. Box 482
Richfield, OH 44286
Consideration for claim: account
Claim is: Fixed and liquidated.

Account no.: 37756591-01 Amount of claim: 107.00
Hughes Supply, Inc.
Albany HVAC/Plumbing
P.O. Box 105837
Atlanta, GA 30348-5837
Consideration for claim: account
Claim is: Fixed and liquidated.

Account no.: 276225141 Amount of claim: 692.00
Hughes True Value Hdware
135 Old Johnson Road
Albany, GA 31705
Consideration for claim: account
Claim is: Fixed and liquidated.

Account no.: Amount of claim: 1,043.00
ICI Duluxe Paints Center
P.O. Box 905066
Charlotte, NC 28290
Consideration for claim: account
Claim is: Fixed and liquidated.

Account no.: Amount of claim: 3,100.00
Imaging Technologies
P.O. Box 101602
Greenville, SC 29602
Consideration for claim: account
Claim is: Fixed and liquidated.

Account no.: Amount of claim: 790.00
Integracore
1000 Hemphill Avenue
Atlanta, GA 30318
Consideration for claim: account
Claim is: Fixed and liquidated.

Account no.: Amount of claim: 170.00
Jack Rabbit Food, Inc
P.O. Box 8230
Thomasville, GA 31758
Consideration for claim: account
Claim is: Fixed and liquidated.

Subtotal this page: 5,902.00

In re: FAS Development Company, Case No: 03-95373-JB

Account no.: Amount of claim: 335.00
Jeffords Carpet & Tile
810 Broad Street
Suite 4
Sumter, SC 29150
Consideration for claim: account
Claim is: Fixed and liquidated.

Account no.: Amount of claim: 500.00
Jere C. Smith, Esquire
Bart W. Reed, Esquire
MOORE, INGRAM, ET AL
192 Anderson Street
Marietta, GA 30060
(770) 429-1499
Consideration for claim: notice only
Claim is: Fixed and liquidated.

Account no.: Amount of claim: 481.00
Jim McDuffie
Tax Commissioner
700 South Cobb Drive
Marietta, GA 30080
Consideration for claim: taxes
Claim is: Fixed and liquidated.

Account no.: Amount of claim: 130.00
John Grissom & Associate
2198 Cascade Road
Atlanta, GA 30311
Consideration for claim: account
Claim is: Fixed and liquidated.

Account no.: Amount of claim: 976.00
John Smith Chevrolet
2155 South Cobb Pkwy
Marietta, GA 30006
Consideration for claim: account
Claim is: Fixed and liquidated.

Account no.: Amount of claim: 3,000.00
Johnathan Weil Associate
71 West Main Street
Suite 304
Freehold, NJ 07728
Consideration for claim: account
Claim is: Fixed and liquidated.

Subtotal this page: 5,422.00

In re: FAS Development Company, Case No: 03-95373-JB

Account no.: Amount of claim: 9,000.00
Robert Johnson
2497 North Druid Hill Rd
Atlanta, GA 30329
Consideration for claim: loan
Claim is: Fixed and liquidated.

Account no.: Amount of claim: 7,942.00
Jones Backhoe & Welding
806 Countryclub Road
Statesboro, GA 30458
Consideration for claim: account
Claim is: Fixed and liquidated.

Account no.: Amount of claim: 9,000.00
Jonesboro Business Corp
425 Lindberg Drive
Suite C-2
Atlanta, GA 30305
Consideration for claim: account
Claim is: Fixed and liquidated.

Account no.: Amount of claim: 1,500.00
Labor Finders
P.O. Box 4745
Tampa, FL 33677
Consideration for claim: account
Claim is: Fixed and liquidated.

Account no.: Amount of claim: 4,500.00
Labor Finders/Valdosta
P.O. Box 4745
Tampa, FL 33677
Consideration for claim: account
Claim is: Fixed and liquidated.

Account no.: Amount of claim: 7,000.00
Larry Doster Sales
3440 Oakcliff Road
Suite 118
Doraville, GA 30340
Consideration for claim: account
Claim is: Fixed and liquidated.

Account no.: 4239-8010-0601-2237 Amount of claim: 400.00
Legacy Visa
P.O. Box 5097
Sioux Falls, SD 57117

Subtotal this page: 39,342.00

In re: FAS Development Company, Case No: 03-95373-JB

Consideration for claim: credit card
Claim is: Fixed and liquidated.

Account no.: Amount of claim: 4,500.00
Lewis Custom Cabinets
555 Redoak Road
Stockbridge, GA 30281
Consideration for claim: account
Claim is: Fixed and liquidated.

Account no.: Amount of claim: 45,000.00
Liberty Concrete
P.O. Box 835
Hinesville, GA 31310
Consideration for claim: account
Claim is: Fixed and liquidated.

Account no.: C821314100011535 Amount of claim: 991.00
Lowe's
GE Capital Financial
P.O. Box 103080
Roswell, GA 30076
Consideration for claim: account
Claim is: Fixed and liquidated.

Account no.: Amount of claim: 28,477.31
Lummus Supply Company
1554 Bolton Road
Atlanta, GA 30331
Consideration for claim: construction supplies
Claim is: Fixed and liquidated.

Jere C. Smith DUPLICATE LISTING OF DEBT -
Bart W. Reed COLLECTION AGENCY OR ATTORNEY
MOORE INGRAM JOHNSON FOR: Lummus Supply Company
192 Anderson Street
Marietta, GA 30060
(770) 429-1499

Account no.: Amount of claim: 20,000.00
Lynam Construction Co
P.O. Box 3370
Sumter, SC 29151
Consideration for claim: account
Claim is: Fixed and liquidated.

Account no.: Amount of claim: 1,000.00

Subtotal this page: 99,968.31

In re: FAS Development Company, Case No: 03-95373-JB

M&M Carpets
1285 Peach Orchard Road
Sumter, SC 29154
Consideration for claim: account
Claim is: Fixed and liquidated.

Account no.: Amount of claim: 300.00
MCI Sewer Service
556 Sevilla Springs Cir
Lake Park, GA 31636
Consideration for claim: account
Claim is: Fixed and liquidated.

Account no.: Amount of claim: 8,000.00
Maintenance Warehouse
P.O. Box 509058
San Diego, CA 92150
Consideration for claim: account
Claim is: Fixed and liquidated.

Account no.: 03-06042 & 03-06043 Amount of claim: 5,052.30
Maintenance Wholesale
% Macey, Wilensky, et al
Suite 600
285 Peachtree Center Ave
Atlanta, GA 30303-1229
Consideration for claim: accounts
Claim is: Fixed and liquidated.

Account no.: Amount of claim: 1,500.00
Manner Builders Supply
P.O. Box 204598
Augusta, GA 30917
Consideration for claim: account
Claim is: Fixed and liquidated.

Account no.: Amount of claim: 60.00
Jimmy Matherly
112 Bascomb Drive
Woodstock, GA 30189
Consideration for claim: loan
Claim is: Fixed and liquidated.

Account no.: Amount of claim: 2,000.00
Mayweather Enterprises
131 Ponce De Leon Ave
Suite 225
Atlanta, GA 30296

Subtotal this page: 16,912.30

In re: FAS Development Company, Case No: 03-95373-JB

Consideration for claim: account
Claim is: Fixed and liquidated.

Account no.: Amount of claim: 5,070.00
Metro Comfort Maters
Foster & Foster, P.C.
P.O. Box 814
Jonesboro, GA 30237
(770) 507-7999
Consideration for claim: services
Claim is: Fixed and liquidated.

Account no.: Amount of claim: 600.00
Milner
P.O. Box 923197
Norcross, GA 30010
Consideration for claim: account
Claim is: Fixed and liquidated.

Account no.: Amount of claim: 300.00
Milner Document Products
98 Annex 601
Atlanta, GA 30398
Consideration for claim: account
Claim is: Fixed and liquidated.

Account no.: Amount of claim: 10,000.00
Ray Moore
4415 Melanie Lane
College Park, GA 30349
Consideration for claim: Account
Claim is: Fixed and liquidated.

Account no.: Amount of claim: 100.00
National Revenue Corp
P.O. Box 13620
Columbus, OH 43213
Consideration for claim: account
Claim is: Fixed and liquidated.

Account no.: Amount of claim: 6,000.00
Office Depot
P.O. Box 9020
Des Moines, IA 50368
Consideration for claim: account
Claim is: Fixed and liquidated.

Account no.: Amount of claim: 200.00

Subtotal this page: 22,270.00

In re: FAS Development Company, Case No: 03-95373-JB

On Star Processing Ctr
P.O. Box 33591
Detroit, MI 48232
Consideration for claim: account
Claim is: Fixed and liquidated.

Account no.: Amount of claim: 600.00
Outhouse
235 Trestle Road
Locust Grove, GA 30248
Consideration for claim: account
Claim is: Fixed and liquidated.

Account no.: Amount of claim: 200.00
Overhead Door Company
P.O. Box 14107
Atlanta, GA 30324
Consideration for claim: account
Claim is: Fixed and liquidated.

Account no.: Amount of claim: 600.00
PB&J Of Sumter, Inc.
P.O. Box 3233
Sumter, SC 29151
Consideration for claim: account
Claim is: Fixed and liquidated.

Account no.: Amount of claim: 200.00
PSI
P.O. Box 71168
Chicago, IL 60694
Consideration for claim: account
Claim is: Fixed and liquidated.

Account no.: Amount of claim: 300.00
Pentiss Hall Direct
P.O. Box 102570
Atlanta, GA 30368
Consideration for claim: account
Claim is: Fixed and liquidated.

Account no.: CE0208705412 Amount of claim: 10,178.50
Philadelphia Municipal
Court
Office Of Court Admin
34 South 11th Street
Philadelphia, PA 19107
Consideration for claim: account

Subtotal this page: 12,078.50

In re: FAS Development Company, Case No: 03-95373-JB

Claim is: Fixed and liquidated.

Account no.: Amount of claim: 3,000.00
Pioneer Concrete Pumping
4790 Wright Drive
Smyrna, GA 30082
Consideration for claim: account
Claim is: Fixed and liquidated.

Account no.: Amount of claim: 11,000.00
Precise Poured Wall
And Foundation
335 Mt Paran Road
Atlanta, GA 30327
Consideration for claim: account
Claim is: Fixed and liquidated.

Account no.: Amount of claim: 1,500.00
Progressive
Dept. 0594
Carol Stream, IL 60132
Consideration for claim: account
Claim is: Fixed and liquidated.

Account no.: Amount of claim: 200.00
Public Storage
3375 North Druid Hill Rd
Decatur, GA 30033
Consideration for claim: account
Claim is: Fixed and liquidated.

Account no.: Amount of claim: 400.00
Public Storage
1387 Northside Drive
Atlanta, GA 30318
Consideration for claim: account
Claim is: Fixed and liquidated.

Account no.: Amount of claim: 300.00
Pye Barker Fire Protect
P.O. Box 957689
Duluth, GA 30095
Consideration for claim: account
Claim is: Fixed and liquidated.

Account no.: Amount of claim: 300.00
Quality Paper, Inc.
P.O. Box 71281

Subtotal this page: 16,700.00

**In re: FAS Development Company, Case No: 03-95373-JB**

Albany, GA 31705
Consideration for claim: account
Claim is: Fixed and liquidated.

Account no.: Amount of claim: 11,584.37
RMC Allied Ready Mix
Len Research, Inc.
6160 Peachtree Dunwoody
Suite B-120
Atlanta, GA 30328
Consideration for claim: services
Claim is: Fixed and liquidated.

Nathan E Minear, Esquire DUPLICATE LISTING OF DEBT -
Hendrick,Phillips, Et Al COLLECTION AGENCY OR ATTORNEY
230 Peachtree Street FOR: RMC Allied Ready Mix
Suite 1800
Atlanta, GA 30303
(404) 522-1410

Account no.: Amount of claim: 1,000.00
Rabem Nash Electric
727 East College Avenue
P.O. Box 1518
Decatur, GA 30031
Consideration for claim: account
Claim is: Fixed and liquidated.

Account no.: Amount of claim: 20,000.00
Rabey Electric
P.O. Box 23978
Savannah, GA 31403
Consideration for claim: account
Claim is: Fixed and liquidated.

Account no.: Amount of claim: 900.00
Randell Brothers
665 Marietta Street
Atlanta, GA 30371
Consideration for claim: account
Claim is: Fixed and liquidated.

Account no.: Amount of claim: 300.00
Rapid Forms
301 Grove Road
Thorofare, NJ 08086
Consideration for claim: account

Subtotal this page: 33,784.37

In re: FAS Development Company, Case No: 03-95373-JB

Claim is: Fixed and liquidated.

Account no.: Amount of claim: 300.00
Ray & Son Heating, Inc.
540 Hazel Avenue
Nashville, GA 31639
Consideration for claim: account
Claim is: Fixed and liquidated.

Account no.: Amount of claim: 300.00
Rodd Electronic, Inc.
807 West Broad Avenue
Albany, GA 31701
Consideration for claim: account
Claim is: Fixed and liquidated.

Account no.: P00158026896142 Amount of claim: 148.00
Rollins Service Bureau
P.O. Box 13230
Atlanta, GA 30324-9847
Consideration for claim: account
Claim is: Fixed and liquidated.

Account no.: Amount of claim: 4,500.00
Rose Electric, Inc.
205 Chanwood Court
East Over, SC 29044
Consideration for claim: account
Claim is: Fixed and liquidated.

Account no.: Amount of claim: 18,000.00
Rosenthal & Kaplin, PC
7100 Peachtree Dunwoody
Suite 200
Atlanta, GA 30328
Consideration for claim: account
Claim is: Fixed and liquidated.

Account no.: Amount of claim: 100,000.00
SBA
233 Peachtree Street,NE
Suite 1900
Atlanta, GA 30303
Consideration for claim: account
Claim is: Fixed and liquidated.

Account no.: 90322839 Amount of claim: 561.00
Security Alarm Financing

Subtotal this page: 123,809.00

In re: FAS Development Company, Case No: 03-95373-JB

% Amato & Margle, P.C.
107 North Commerce Way
Bethlehem, PA 18017
(610) 866-9503
Consideration for claim: account
Claim is: Fixed and liquidated.

Account no.: Amount of claim: 10,000.00
Self,Glaser & Davis, LLP
Platinum Tower, Ste 1650
400 Interstate Pkwy
Atlanta, GA 30039
Consideration for claim: account
Claim is: Fixed and liquidated.

Account no.: Amount of claim: 10,500.00
Southern Communication
C/O Trace Dillon, L.L.C.
2775 Cruse Road
Suite 201
Lawrenceville, GA 30044
(770) 638-3231
Consideration for claim: account
Claim is: Fixed and liquidated.

Trace Dillon, Esquire
2775 Cruse Road
Suite 201
Lawrenceville, GA 30044

DUPLICATE LISTING OF DEBT - COLLECTION AGENCY OR ATTORNEY
FOR: Southern Communication

Account no.: Amount of claim: 1,200.00
Southern Link
P.O. Box 931581
Atlanta, GA 31193
Consideration for claim: account
Claim is: Fixed and liquidated.

Account no.: Amount of claim: 4,000.00
Southern Sand & Stone,Co
P.O. Box 656
Lithonia, GA 30058
Consideration for claim: account
Claim is: Fixed and liquidated.

Account no.: Amount of claim: 9,000.00
Southern Sheet Metal
660 Hardy Lane

Subtotal this page: 34,700.00

In re: FAS Development Company, Case No: 03-95373-JB

Griffin, GA 30223
Consideration for claim: account
Claim is: Fixed and liquidated.

Account no.: Amount of claim: 1,200.00
Southern Storage
P.O. Box 1443
Logansville, GA 30329
Consideration for claim: account
Claim is: Fixed and liquidated.

Account no.: Amount of claim: 300.00
Southern Waste Services
P.O. Box 53
Hinesville, GA 31310
Consideration for claim: account
Claim is: Fixed and liquidated.

Account no.: Amount of claim: 100.00
Specialties
P.O. Box 11377
Columbia, SC 29211
Consideration for claim: account
Claim is: Fixed and liquidated.

Account no.: Amount of claim: 100.00
State Chemical
3100 Hamilton Avenue
Cleveland, OH 44114
Consideration for claim: account
Claim is: Fixed and liquidated.

Account no.: Amount of claim: 100.00
Stone Mountain Power
Tools
P.O. Box 530100
Atlanta, GA 30353
Consideration for claim: account
Claim is: Fixed and liquidated.

Account no.: Amount of claim: 400.00
Summer Press
Business Publishing
P.O. Box 822068
Fort Worth, TX 76182
Consideration for claim: account
Claim is: Fixed and liquidated.

Subtotal this page: 2,200.00

In re: FAS Development Company, Case No: 03-95373-JB

Account no.: Amount of claim: 300.00
Sumpter County
Family Court
108 North Magnolia St
Sumpter, SC 29150
Consideration for claim: account
Claim is: Fixed and liquidated.

Account no.: Amount of claim: 10,000.00
Sun Contractor's, Inc
254 Broad Street
Sumter, SC 29150
Consideration for claim: account
Claim is: Fixed and liquidated.

Account no.: Amount of claim: 100.00
Superior
P.O. Box 1443
Loganville, GA 30052
Consideration for claim: account
Claim is: Fixed and liquidated.

Account no.: Amount of claim: 400.00
T&T Services, Inc.
4100 Pondloop Road
Sumter, SC 29154
Consideration for claim: account
Claim is: Fixed and liquidated.

Account no.: Amount of claim: 993.00
T-Mobile
P.O. Box 742596
Cincinnati, OH 45274
Consideration for claim: account
Claim is: Fixed and liquidated.

Bay Area Credit Service DUPLICATE LISTING OF DEBT -
50 Airport Parkway COLLECTION AGENCY OR ATTORNEY
Suite 100 FOR: T-Mobile
San Jose, CA 95110

Account no.: Amount of claim: 4,000.00
TLS Electric Company
1246 Concorde Road
Suite B-100
Smyrna, GA 30080
Consideration for claim: account

Subtotal this page: 15,793.00

In re: FAS Development Company, Case No: 03-95373-JB

Claim is: Fixed and liquidated.

Account no.: Amount of claim: 12,000.00
TM Backhoe & Septic, Inc
6800 Highway 122
East Ray City, GA 31645
Consideration for claim: account
Claim is: Fixed and liquidated.

Account no.: Amount of claim: 30,000.00
Thigpen Contractors
P.O. Box 222
Atlanta, GA 30318
Consideration for claim: account
Claim is: Fixed and liquidated.

Account no.: Amount of claim: 193.00
Jimmy Thompson
4100 Pondloop Road
Sumter, SC 29154
Consideration for claim: loan
Claim is: Fixed and liquidated.

Account no.: Amount of claim: 200.00
Timberline Forms
P.O. Box 681
Terrytown, NY 10591
Consideration for claim: account
Claim is: Fixed and liquidated.

Account no.: Amount of claim: 750,000.00
Tri-State Design
Construction, Inc.
550 Pinetown Road
Suite 350
Washington, PA 19034
Consideration for claim: construction services
Claim is: Fixed and liquidated.

Shapiro, Fussel, Et Al — DUPLICATE LISTING OF DEBT - COLLECTION AGENCY OR ATTORNEY FOR: Tri-State Design
1360 Peachtree Street,NE
Suite 1200
Atlanta, GA 30309
(404) 870-2200

Account no.: 77923-00000044059 Amount of claim: 337.00
Tru-Green Chemlawn

Subtotal this page: 792,730.00

In re: FAS Development Company, Case No: 03-95373-JB

P.O. Box 43806
Atlanta, GA 33036
Consideration for claim: account
Claim is: Fixed and liquidated.

Transworld Systems, Inc DUPLICATE LISTING OF DEBT -
Collection Agency COLLECTION AGENCY OR ATTORNEY
4151 Ashford-Dunwoody Rd FOR: Tru-Green Chemlawn
Suite 650
Atlanta, GA 30319

Account no.: 03-TT-229 Amount of claim: 3,095.00
Tub Tech
% Decker, Marsden & Klin
6555 NW 9th Avenue
Suite 304
Ft. Lauderdale, FL 33309
(954) 489-0787
Consideration for claim: account
Claim is: Fixed and liquidated.

Account no.: Amount of claim: 900.00
Ventu Lite Products
805 North Wise
Sumter, SC 29150
Consideration for claim: account
Claim is: Fixed and liquidated.

Account no.: Amount of claim: 1,600.00
Verizon Wireless
P.O. Box 672038
Dallas, TX 75267
Consideration for claim: account
Claim is: Fixed and liquidated.

Account no.: Amount of claim: 2,500.00
Viacon, Inc.
P.O. Box 281870
Banks Road
Stockbridge, GA 30281
Consideration for claim: account
Claim is: Fixed and liquidated.

Account no.: Amount of claim: 1,000.00
Viking
P.O. Box 30488
Los Angeles, CA 90030

Subtotal this page: 9,095.00

In re: FAS Development Company, Case No: 03-95373-JB

Consideration for claim: accounts
Claim is: Fixed and liquidated.

Account no.: Amount of claim: 3,000.00
Voice Stream Wireless
P.O. Box 742596
Cincinnati, OH 45274
Consideration for claim: account
Claim is: Fixed and liquidated.

Account no.: Amount of claim: 4,000.00
Wallcovering Instalation
4095 Adrian Street
Tucker, GA 30084
Consideration for claim: account
Claim is: Fixed and liquidated.

Account no.: Amount of claim: 630.00
Jerry Walton
5389 Ridge Forest
Stone Mountain, GA 30083
Consideration for claim: loan
Claim is: Fixed and liquidated.

Account no.: Amount of claim: 1,200.00
Westover Lawn & Garden
500 South Westover Blvd
Albany, GA 31707
Consideration for claim: account
Claim is: Fixed and liquidated.

Account no.: Amount of claim: 1,000.00
Whitaker Laboratory, Inc
P.O. Box 7081
Savannah, GA 31418
Consideration for claim: account
Claim is: Fixed and liquidated.

Account no.: 620498 Amount of claim: 970.00
Whitaker Laboratory, Inc
% Thomas & Thomas
Attorney At Law
2323 Park Avenue
Cincinnati, OH 45206
Consideration for claim: account
Claim is: Fixed and liquidated.

Account no.: Amount of claim: 700.00

Subtotal this page: 11,500.00

In re: FAS Development Company, Case No: 03-95373-JB

Wilmer Engineering, Inc
3772 Pleasantdale Road
Suite 165
Atlanta, GA 30340
Consideration for claim: account
Claim is: Fixed and liquidated.

Account no.: Amount of claim: 3,500.00
Wilmer Quality Maintenan
P.O. Box 13538
Philadelphia, PA 19101
Consideration for claim: account
Claim is: Fixed and liquidated.

Account no.: Amount of claim: 3,000.00
Wilmer Quality Maintenan
3033 Harper Drive
Moorestown, NJ 08057
Consideration for claim: account
Claim is: Fixed and liquidated.

Account no.: Amount of claim: 2,100.00
Isaiah Woodard
Norman Robin
2193-B Cascade Road
Atlanta, GA 30311
Consideration for claim: loan
Claim is: Fixed and liquidated.

Account no.: Amount of claim: 5,000.00
Woody Electric
P.O. Box 1086
Conyers, GA 30012
Consideration for claim: account
Claim is: Fixed and liquidated.

Account no.: Amount of claim: 200.00
Worldcom Wireless, Inc.
P.O. Box 5211
New York, NY 10087
Consideration for claim: account
Claim is: Fixed and liquidated.

Account no.: Amount of claim: 4,000.00
Wynn Work, Inc.
3096 Washington Road
East Point, GA 30344
Consideration for claim: account

Subtotal this page: 17,800.00

In re: FAS Development Company, Case No: 03-95373-JB

Claim is: Fixed and liquidated.

Subtotal this page: 0.00
Total: 1,928,069.10

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| FAS DEVELOPMENT COMPANY, INC. | : | CASE NO.: 03-95373-JB |
| DEBTOR, | : | JUDGE: BIHARY |

CERTIFICATE OF SERVICE

This is to certify that I have served the below indicated person or persons with a copy of Debtor's Amendment To Chapter 7 Case in reference to FAS Development Company, Inc., by placing a copy of the same in the United States Mail, with proper postage affixed and addressed as follows:

Barbara Stalzer
Chapter 7 Trustee
Suite 945, The Hurt Bldg.
50 Hurt Plaza
Atlanta, GA 30303

Southern Communication
C/O Trace Dillon, Esquire
2775 Cruse Road
Suite 201
Lawrenceville, GA 30044

Holland & Knight, LLP
One East Broward Blvd.
P.O. Box 14070
Fort Lauderdale, FL 33302

Choice Business Solutions
2470 Windy Hill Road
Suite 214
Marietta, GA 30067

Ervin H. Gerson, P.C.
8097 Roswell Road
Bldg. C, Suite 200
Atlanta, GA 30350

Howe & Associates, P.C.
4385 Kimball Bridge Road
Suite 100
Alpharetta, GA 30022

This 10th day of December, 2003.

ATTORNEY AT LAW
HILLMAN J. TOOMBS & ASSOCIATES, P.C.

Hillman J. Toombs
Attorney For Debtor
Georgia Bar No. 714655

6338 Church Street
Riverdale, GA 30274
(770) 997-3525

DISTRIBUTION LIST

Barbara Stalzer
Chapter 7 Trustee
Suite 945, The Hurt Bldg.
50 Hurt Plaza
Atlanta, GA 30303

Holland & Knight, LLP
One East Broward Blvd.
P.O. Box 14070
Fort Lauderdale, FL 33302

Ervin H. Gerson, P.C.
8097 Roswell Road
Bldg. C, Suite 200
Atlanta, GA 30350

C. David Butler
United States Trustee
R. Jeneane Treace
U.S. Dept. of Justice
362 Richard Russell Bldg.
75 Spring Street, SW
Atlanta, GA 30303

Ronald A. Levine
Levine & Block
2270 Resurgens Plaza
945 East Paces Ferry Road
Atlanta, GA 30326

Lara Anne Armstrong
McCalla, Raymer, et al
1544 Old Alabama Road
Roswell, GA 30076

United States Attorney
William S. Duffey, Jr.
600 U.S. Courthouse
75 Spring Street, SW
Atlanta, GA 30303

Kenneth Sisco, Esquire
1360 Peachtree Street, NE
Suite 1200
Atlanta, GA 30309

Owen, Gleaton, Jones,
Sweeney, LLP
230 Peachtree Street
Suite 1900
Atlanta, GA 30303

Southern Communication
C/O Trace Dillon, Esquire
2775 Cruse Road
Suite 201
Lawrenceville, GA 30044

Choice Business Solutions
2470 Windy Hill Road
Suite 214
Marietta, GA 30067

Howe & Associates, P.C.
4385 Kimball Bridge Road
Suite 100
Alpharetta, GA 30022

U.S. Department Of Treasury
Commissioner/Atlanta Division
Internal Revenue Service
Atlanta, GA 39901

Richard B. Maner, Esquire
Hudnall, Cohn & Abrams, P.C.
Suite 200
780 Johnson Ferry Road
Atlanta, GA 30342

Lawrence R. Landry, Esquire
450 Buckhead Centre
2964 Peachtree Road, NW
Atlanta, GA 30305-4967

Law Offices of Todd F. Haines
Attorneys At Law
Todd F. Haines, Esquire
P.O. Box 7000
Tarzana, CA 91357

Neil L. Wilcove, Esquire
Hendrick, Phillips, Et Al
230 Peachtree Street
Suite 1800
Atlanta, GA 30303

Edward T. Murray, Esquire
P.O. Box 66
Dallas, GA 30132

Nelson Diaz, Esquire
Angel Luis Franqui, Esquire
5900-02 Torresdale Avenue
Philadelphia, PA 19135

U. S. BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

# 01044205 - CW
December 22, 2003

| Code | Case No | Qty | Amount | By |
|---|---|---|---|---|
| AM1 | 03-80427 | | $26.00 | CK |
| Judge - James E. Massey | | | | |
| Debtor - Y. Y. GREEN | | | | |
| AM1 | 03-95373 | | $26.00 | CK |
| Judge - Joyce Bihary | | | | |
| Debtor - FAS DEVELOPEMENT COM | | | | |
| CV | 03-80427 | | $15.00 | CK |
| Judge - James E. Massey | | | | |
| Debtor - Y. Y. GREEN | | | | |
| TOTAL: | | | $67.00 | |

FROM: Hillman Toombs & Associates, PC
6338 Church Street
Riverdale, GA 30274
770-997-3525

# EXHIBIT D

UNITED STATES BANKRUPTCY COURT

Northern District of Georgia

In Re: Debtor(s)
**FAS Developement Company, Inc.**
2454 Benjamin E. Mays Drive, SW
Atlanta, GA 30311

Case No.: **03–95373–jb**
Chapter: 7
Judge: **Joyce Bihary**

**ORDER APPROVING TRUSTEE'S REPORT OF NO DISTRIBUTION, DISCHARGING TRUSTEE AND CLOSING ESTATE**

It appearing to the Court that

**Barbara B. Stalzer**

the Trustee in said case, has filed his report of no distribution and that said Trustee has performed all other and further duties as required in the administration of said estate;

**IT IS THEREFORE ORDERED** that said report be and it hereby is approved and that the said estate be and it hereby is closed; that the Trustee be and hereby is discharged from and relieved of the trust.

Joyce Bihary
United States Bankruptcy Judge

Dated: March 5, 2004
Form 184