**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**Case No. 03-2033C**
**(Judge Firestone)**

**COMMERCIAL CASUALTY INSURANCE COMPANY OF GEORGIA,**

**Plaintiff,**

**v.**

**THE UNITED STATES**

**Defendant.**

**MOTION FOR LEAVE TO FILE BRIEF AS AMICUS CURIAE**
**IN SUPPORT OF PLAINTIFF'S MOTION FOR RECONSIDERATION**

Comes now The Surety & Fidelity Association of America ("SFAA") [1] and requests leave to file the attached Brief of Amicus Curiae in Support of Plaintiff's Motion for Reconsideration. Plaintiff Commercial Casualty Insurance Company of Georgia consents to the relief requested in this Motion, and defendant United States takes no position on whether the Motion should be granted.

The Court previously granted SFAA permission to file an amicus brief in opposition to the Government's motion to dismiss, and SFAA will not burden the court by repeating its statement of interest and the reasons that its participation will be helpful in this case. SFAA incorporates its previous Motion by reference.

SFAA's proposed Brief in Support of Plaintiff's Motion for Reconsideration is attached.

---

[1] On May 26, 2006, The Surety Association of America changed its name to The Surety & Fidelity Association of America. There was no change in the membership or interests of the Association.

/s/ *Edward G. Gallagher*
Edward G. Gallagher
The Surety & Fidelity Association of America
1101 Connecticut Avenue, N.W., Suite 800
Washington, DC 20036
Tel: (202) 778-3622
Fax: (202) 463-0606
E-mail: egallagher@surety.org

CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2006, a copy of the foregoing Motion for Leave to File Brief as Amicus Curiae in Support of Plaintiff's Motion for Reconsideration, together with proposed Brief, was filed electronically. I understand that notice of this filing will be sent to counsel for all parties by the Court's electronic filing system. Parties may access a copy of this filing via the Court's electronic filing system.

/s/ *Edward G. Gallagher*