# In the United States Court of Federal Claims

**No. 03-2033C**
**(Filed: September 20, 2006)**

| | |
|---|---|
| * * * * * * * * * * * * * * * * * | |
| | * |
| **COMMERCIAL CASUALTY INSURANCE COMPANY OF GEORGIA,** | * |
| **Plaintiff,** | * |
| **v.** | * |
| **THE UNITED STATES,** | * |
| **Defendant.** | * |
| * * * * * * * * * * * * * * * * * | |

**ORDER**

The court is in receipt of Surety & Fidelity Association of America's ("SFAA") motion, filed September 18, 2006, requesting leave to file a brief as amicus curiae. Plaintiff Commercial Casualty Insurance Company of Georgia does not object to SFAA's motion and defendant takes no position. SFAA's motion for leave to file a brief as amicus curiae is **GRANTED**. Accordingly, SFAA shall file its amicus brief.

**IT IS SO ORDERED.**

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge