**IN THE UNITED STATES COURT**
**OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| COMMERCIAL CASUALTY INSURANCE COMPANY OF GEORGIA, | ) | |
| Plaintiff, | ) | |
| v. | ) | CIVIL ACTION<br>FILE NO. 03-2033C<br>(Judge Firestone) |
| UNITED STATES GOVERNMENT, DEPARTMENT OF THE NAVY, | ) | |
| Defendant. | ) | |

MOTION FOR SUBSTITUTION OF COUNSEL

COMES NOW, Commercial Casualty Insurance Company of Georgia ("Commercial Casualty"), and files this, its Motion for Substitution of Counsel. Commercial Casualty respectfully requests that Alfred A. Malena, Jr. of Thompson, Slagle & Hannan, LLC, be substituted as lead counsel in this matter

This 20th day of October, 2006.

Respectfully submitted,

THOMPSON, SLAGLE & HANNAN, LLC

s/Alfred A. Malena, Jr.
Georgia Bar No. 467085
DeWitte Thompson
Georgia Bar No. 707688
amalena@tshlawyers.com

Attorneys for Plaintiff

12000 Findley Road
Suite 250
Duluth, Georgia 30097
(770) 662-5999
(770) 447-6063 Facsimile

CERTIFICATE OF SERVICE

This is to certify that I have this day filed the within and foregoing Motion for Substitution of Counsel electronically and by U.S. Mail with adequate postage affixed to ensure delivery, to the following:

Kirk T. Manhardt
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classified Unit, 8th Floor
1100 L St., NW
Washington, DC 20530

Respectfully submitted,

THOMPSON, SLAGLE & HANNAN, LLC

s/Alfred A. Malena, Jr.
Georgia Bar No. 467085
DeWitte Thompson
Georgia Bar No. 707688
amalena@tshlawyers.com

Attorneys for Plaintiff

12000 Findley Road
Suite 250
Duluth, Georgia 30097
(770) 662-5999
(770) 447-6063 Facsimile

Dated: October 20, 2006