**IN THE UNITED STATES COURT**
**OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| COMMERCIAL CASUALTY INSURANCE COMPANY OF GEORGIA, | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION |
| v. | ) | FILE NO. 03-2033C |
| | ) | (Judge Firestone) |
| UNITED STATES GOVERNMENT, DEPARTMENT OF THE NAVY, | ) | |
| Defendant. | ) | |

MOTION FOR EXTENSION OF TIME

COMES NOW, Commercial Casualty Insurance Company of Georgia ("Commercial Casualty"), and files this, its Motion for Extension of Time regarding a response to Defendant's Opposition to Plaintiff's Motion for Reconsideration and Summary Judgment and its Cross Motion for Reconsideration and for Summary Judgment, and respectfully shows this Court as follows:

1.

On August 18, 2006 the United States filed a pleading entitled Defendant's Opposition to Plaintiff's Motion for Reconsideration and Summary Judgment and its Cross Motion for Reconsideration and for Summary Judgment. The pleading merits a response from Commercial Casualty.

2.

Counsel for Commercial Casualty never received a copy of the pleading at the time of its filing. Counsel has experienced difficulty in receiving e-mail service copies from the CM/ECF system for this Court. In addition, counsel did not receive a hard service copy (which is not required, but occasionally occurs). In an effort to ensure that counsel receives e-mail communication in the future, a separate Motion for Substitution of Counsel is being contemporaneously electronically filed with this Court.

3.

The first counsel heard of this pleading was in a telephone call from Judge Firestone's chambers, by Diana Perez-Kidwell.

4.

Counsel respectfully requests an extension of time to file a response to this pleading (for both a reply to Defendant's Opposition and to oppose Defendant's Cross Motion for Reconsideration and for Summary Judgment) up to and through October 27, 2006.

This 20th day of October, 2006.

Respectfully submitted,

THOMPSON, SLAGLE & HANNAN, LLC

s/Alfred A. Malena, Jr.
Georgia Bar No. 467085
DeWitte Thompson
Georgia Bar No. 707688
amalena@tshlawyers.com

Attorneys for Plaintiff

12000 Findley Road
Suite 250
Duluth, Georgia 30097
(770) 662-5999
(770) 447-6063 Facsimile

CERTIFICATE OF SERVICE

This is to certify that I have this day filed the within and foregoing Motion for Extension of Time electronically and by U.S. Mail with adequate postage affixed to ensure delivery, to the following:

Kirk T. Manhardt
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classified Unit, 8th Floor
1100 L St., NW
Washington, DC 20530

Respectfully submitted,

THOMPSON, SLAGLE & HANNAN, LLC

s/Alfred A. Malena, Jr.
Georgia Bar No. 467085
DeWitte Thompson
Georgia Bar No. 707688
amalena@tshlawyers.com

Attorneys for Plaintiff

12000 Findley Road
Suite 250
Duluth, Georgia 30097
(770) 662-5999
(770) 447-6063 Facsimile

Dated: October 20, 2006