# In the United States Court of Federal Claims

**No. 03-2033C**
**(Filed: October 20, 2006)**

* * * * * * * * * * * * * * * * *

**COMMERCIAL CASUALTY INSURANCE COMPANY OF GEORGIA,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * *

## ORDER

Plaintiff's motion, filed October 20, 2006, for an extension of time to file its reply in support of its motion for reconsideration and respond to defendant's cross-motion for summary judgment is **GRANTED**. Accordingly, the deadlines are as follows:

| | |
|---|---|
| **October 27, 2006** | Plaintiff shall file its reply in support of its motion for reconsideration and its response to defendant's cross-motion for summary judgment |
| **November 16, 2006** | Defendant shall file its reply in support of its cross-motion for summary judgment. |

**IT IS SO ORDERED.**

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge