# In the United States Court of Federal Claims

**No. 03-2033C**
**(Filed: November 2, 2006)**

* * * * * * * * * * * * * * * * *
*
**COMMERCIAL CASUALTY** *
**INSURANCE COMPANY OF** *
**GEORGIA,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * *

**ORDER**

The court has reviewed the parties' cross-motions for reconsideration and for summary judgment in the above-captioned case. The court hereby **ORDERS** that the government provide, in its forthcoming reply brief in support of its motion, any legal authorities supporting the government's contention that the plaintiff should be precluded from pursuing an equitable subrogation claim because it did not first attempt to obtain reimbursement from FAS Development Company, Inc.

**IT IS SO ORDERED.**

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge