# In the United States Court of Federal Claims

**No. 03-2033C**
**(Filed: November 17, 2006)**

* * * * * * * * * * * * * * * * *

**COMMERCIAL CASUALTY INSURANCE COMPANY OF GEORGIA,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * *

## ORDER

In light of the government's representation in its November 15, 2006 brief that the government has filed an appeal of Travelers Indemnity v. United States, 72 Fed. Cl. 56 (2006), the above-captioned case is hereby **STAYED** pending resolution of the government's appeal of Travelers in the Court of Appeals for the Federal Circuit.

**IT IS SO ORDERED.**

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge