# In the United States Court of Federal Claims

**No. 03-2033C**
**(Filed: October 2, 2007)**

* * * * * * * * * * * * * * * * *

**COMMERCIAL CASUALTY INSURANCE COMPANY OF GEORGIA,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * *

## ORDER

The above-captioned case is currently stayed pending resolution of the government's appeal of Travelers Indemnity v. United States, 72 Fed. Cl. 56 (2006), in the Court of Appeals for the Federal Circuit. The court notes that the government's motion to stay the appeal in Travelers was granted by the Federal Circuit on April 24, 2007 and that the appeal has been stayed since that date. The court also notes that the Federal Circuit recently issued a decision in a case presenting similar issues to those raised in Travelers. See Nat'l Am. Ins. Co. v. United States, __ F.3d__, 2007 WL 2388896 (Fed. Cir. Aug. 23, 2007). In light of these developments, the court hereby **ORDERS** the parties to submit a Joint Status Report by **Tuesday, October 23, 2007** discussing the impact of the decision in Nat'l Am. Ins. Co. on the above-captioned case and proposing the next steps in this litigation.

**IT IS SO ORDERED.**

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge