IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| COMMERCIAL CASUALTY INSURANCE COMPANY OF GEORGIA, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 03-2033C |
| | ) | (Judge Firestone) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

On October 2, 2007, this Court ordered the parties to submit, by October 23, 2007, a joint status report discussing the impact of the decision in National American Insurance Company v. United States, 498 F.3d 1301 (Fed. Cir. 2007) ("NAICO"), upon this case and proposing the next steps in this litigation. The parties have discussed the Court's Order and respectfully submit this report in response.

In NAICO, the Court of Appeals for the Federal Circuit held that NAICO, as a payment bond surety, was equitably subrogated to the right of the contractor whose debt it discharged when it paid the claims of contractor's subcontractors. In addition, the court of appeals relied upon its prior decision in Insurance Company of the West v. United States, 243 F.3d 1367, 1375 (Fed. Cir. 2001), and stated that "a subrogee, after stepping into the shoes of a government contractor, may rely on the waiver of sovereign immunity in the Tucker Act and bring suit against the United States." Consequently, the court of appeals affirmed the judgment of the Trial Court against the United States. In the event that the United States were to file a petition for rehearing in NAICO, that petition would be due on or before November 7, 2007. Any petition for a writ of certiorari would be due on or before November 21, 2007.

Absent further review, the decision in NAICO would resolve the contention raised by the

Government and rejected by this Court in its opinion dated May 26, 2006, that payment bond sureties may not sue the United States in this Court. In that event, there would remain for decision the issues raised by plaintiff's motion for reconsideration and motion for summary judgment, dated June 12, 2006, and defendant's cross-motion, dated August 18, 2006.

The parties propose that the Court continue the stay of proceedings currently in effect in this case until December 21, 2007, and allow the parties to file an additional joint status report at that time. By that time, the Government will either have sought further review of NAICO or have forgone that opportunity. In the event that review is sought, the parties may advise the Court of those proceedings. In the event that review is not sought, the requested time will allow the parties an opportunity to discuss the possibility of settlement and, if necessary, the course of further proceedings.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ Jeanne E. Davidson
JEANNE E. DAVIDSON
Director

s/ DeWitte Thompson
DEWITTE THOMPSON
Thompson, Slagle & hannan, LLC
12000 Findley Road
Suite 250
Duluth, Georgia 30097
Tele: (770) 662-5999
Fax: (770) 447-6063

Attorney for Plaintiff

s/ Kirk T. Manhardt
KIRK T. MANHARDT
Assistant Director
Commercial Litigation Branch
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 353-0541
Fax: (202) 514-8640

Attorneys for Defendant

October 22, 2007

CERTIFICATE OF FILING

I hereby certify that on October 22, 2007, a copy of foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Kirk T. Manhardt
Kirk T. Manhardt