# In the United States Court of Federal Claims

**No. 03-2033C**
**(Filed: October 23, 2007)**

| | |
|---|---|
| * * * * * * * * * * * * * * * * * | |
| | * |
| **COMMERCIAL CASUALTY INSURANCE COMPANY OF GEORGIA,** | * |
| **Plaintiff,** | * |
| **v.** | * |
| **THE UNITED STATES,** | * |
| **Defendant.** | * |
| * * * * * * * * * * * * * * * * * | |

## ORDER

The court is in receipt of the joint status report, filed on October 22, 2007, in which the parties request that the above-captioned case remain stayed until the deadline for the government to seek review of the Federal Circuit's decision in Nat'l Am. Ins. Co. v. United States, 498 F.3d 1301 (Fed. Cir. 2007) ("NAICO") has passed. The parties' request is **GRANTED**. Accordingly, the case remains **STAYED** and the parties shall file a joint status report by **Friday, December 21, 2007** discussing the impact of NAICO upon this case and proposing the next steps in this litigation.

**IT IS SO ORDERED.**

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge