IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| COMMERCIAL CASUALTY INSURANCE COMPANY OF GEORGIA, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 03-2033C (Judge Firestone) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

On October 23, 2007, this Court ordered the parties to submit, by December 21, 2007, a joint status report discussing the impact of the decision in National American Insurance Company v. United States, 498 F.3d 1301 (Fed. Cir. 2007) ("NAICO"), upon this case and proposing the next steps in this litigation. The parties have discussed the Court's Order and respectfully submit this report in response.

At the time the parties filed their status report dated October 22, 2007, the time for the Government to seek further review of the decision in NAICO had not yet passed. We advised the Court at that time that, absent further review, the decision in NAICO would resolve the contention raised by the Government and rejected by this Court in its opinion dated May 26, 2006, that payment bond sureties may not sue the United States in this Court. The time for review has now passed and NAICO resolves a significant issue in this case. Notwithstanding the decision in NAICO, there remains for decision the issues raised by plaintiff's motion for reconsideration and motion for summary judgment, dated June 12, 2006, and defendant's cross-motion, dated August 18, 2006.

The parties have each expressed interest in exploring an amicable resolution of the case. Given the age of the case and the upcoming holidays, the parties require additional time to make

appropriate inquiries and to undertake settlement discussions. Consequently, the parties propose that the Court continue the stay of proceedings currently in effect in this case until February 1, 2008, and allow the parties to file an additional joint status report at that time. By that time, the parties anticipate that they will have had an oppurtunity to determine whether a settlement is reasonably likely or whether they will need to request that the Court entertain the pending motions.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

s/ Jeanne E. Davidson
JEANNE E. DAVIDSON
Director

s/ DeWitte Thompson
DEWITTE THOMPSON
Thompson, Slagle & Hannan, LLC
12000 Findley Road
Suite 250
Duluth, Georgia 30097
Tele: (770) 662-5999
Fax: (770) 447-6063

Attorney for Plaintiff

s/ Kirk T. Manhardt
KIRK T. MANHARDT
Assistant Director
Commercial Litigation Branch
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 353-0541
Fax: (202) 514-8640

Attorneys for Defendant

December 19, 2007

CERTIFICATE OF FILING

I hereby certify that on December 19, 2007, a copy of foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Kirk T. Manhardt
Kirk T. Manhardt