IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| COMMERCIAL CASUALTY INSURANCE COMPANY OF GEORGIA, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 03-2033C (Judge Firestone) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

On February 4, 2008, this Court ordered the parties to submit, by March 18, 2008, a joint status report advising the Court whether settlement is likely or whether the parties will request that the Court entertain the pending motions. The parties have discussed the Court's Order and respectfully submit this report in response.

The parties seek additional time to continue discussions that we have identified in previous reports filed with the Court. As explained in our report dated February 1, 2008, negotiations have been delayed by circumstances caused by plaintiff's status because Commercial Casualty Insurance Company of North Carolina is subject to a liquidation proceeding and supervision by the Insurance Commissioner of North Carolina. As a result, it has taken longer to conduct settlement discussions than would otherwise be the case, due to the need for review and approval. The parties propose that the Court continue the stay of proceedings currently in effect in this case until May 6, 2008, and allow the parties to file an additional joint status report at that time. The parties intend that if they have not reached agreement by May 6, 2008, they will request that the Court entertain the pending motions.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

s/ Jeanne E. Davidson by Bryant G. Snee
JEANNE E. DAVIDSON
Director

s/ DeWitte Thompson
DEWITTE THOMPSON
Thompson, Slagle & Hannan, LLC
12000 Findley Road
Suite 250
Duluth, Georgia 30097
Tele: (770) 662-5999
Fax: (770) 447-6063

Attorney for Plaintiff

s/ Kirk T. Manhardt
KIRK T. MANHARDT
Assistant Director
Commercial Litigation Branch
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 353-0541
Fax: (202) 514-8640

Attorneys for Defendant

March 18, 2008

CERTIFICATE OF FILING

I hereby certify that on March 18, 2008, a copy of foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Kirk T. Manhardt
Kirk T. Manhardt