# In the United States Court of Federal Claims

**No. 03-2033C**
**(Filed: March 19, 2008)**

* * * * * * * * * * * * * * * * *

**COMMERCIAL CASUALTY INSURANCE COMPANY OF GEORGIA,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * *

## ORDER

The court is in receipt of the joint status report, filed on March 18, 2008, in which the parties request that the above-captioned case remain stayed to allow the parties to explore the possibility of settlement. The parties' request is **GRANTED**. Accordingly, the case remains **STAYED** and the parties shall file a joint status report by **Tuesday, May 6, 2008** advising the court whether a settlement is likely or whether the parties will request that the court entertain the pending motions.

**IT IS SO ORDERED.**

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge