IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| COMMERCIAL CASUALTY INSURANCE COMPANY OF GEORGIA, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 03-2033C |
| | ) | (Judge Firestone) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

On March 19, 2008, this Court ordered the parties to submit, by May 6, 2008, a joint status report advising the Court whether settlement is likely or whether the parties will request that the Court entertain the pending motions. The parties have discussed the Court's Order and respectfully submit this report in response.

As we have on prior occasions, the parties have conferred and have agreed to request that the Court allow the parties additional time within which to reach a resolution of this case. Although the parties had intended that by this time, absent agreement, they would have requested that the Court entertain the pending motions, based upon recent discussions, we now seek one additional month within which to conclude or forego current efforts to reach an amicable resolution of the case.

As explained in our report dated March 18, 2008, negotiations have been delayed by circumstances caused by plaintiff's status because Commercial Casualty Insurance Company of North Carolina is subject to a liquidation proceeding and supervision by the Insurance Commissioner of North Carolina. As a result, it has continued to take longer to conduct settlement discussions than would otherwise be the case. The parties propose that the Court continue the stay of proceedings currently in effect in this case until June 5, 2008, and allow the

parties to file an additional joint status report at that time.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

s/ Jeanne E. Davidson
JEANNE E. DAVIDSON
Director

s/ DeWitte Thompson
DEWITTE THOMPSON
Thompson, Slagle & Hannan, LLC
12000 Findley Road
Suite 250
Duluth, Georgia 30097
Tele: (770) 662-5999
Fax: (770) 447-6063

Attorney for Plaintiff

s/ Kirk T. Manhardt
KIRK T. MANHARDT
Assistant Director
Commercial Litigation Branch
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 353-0541
Fax: (202) 514-8640

Attorneys for Defendant

May 6, 2008

CERTIFICATE OF FILING

I hereby certify that on May 6, 2008, a copy of foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Kirk T. Manhardt
Kirk T. Manhardt