# In the United States Court of Federal Claims

**No. 03-2033C**
**(Filed: June 6, 2008)**

| | |
|---|---|
| * * * * * * * * * * * * * * * * * | |
| | * |
| **COMMERCIAL CASUALTY** | * |
| **INSURANCE COMPANY OF** | * |
| **GEORGIA,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| **v.** | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| **Defendant.** | * |
| | * |
| * * * * * * * * * * * * * * * * * | |

## ORDER

The court is in receipt of the joint status report, filed on June 5, 2008, in which the parties request that the above-captioned case remain stayed to allow the parties to explore the possibility of settlement. The parties' request is **GRANTED**. Accordingly, the case remains **STAYED** and the parties shall file a joint status report by **Tuesday, August 5, 2008** advising the court whether a settlement is likely or whether the parties will request that the court entertain the pending motions.

**IT IS SO ORDERED.**

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge