IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| COMMERCIAL CASUALTY INSURANCE COMPANY OF GEORGIA, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 03-2033C |
| | ) | (Judge Firestone) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

On June 6, 2008, this Court ordered the parties to submit, by August 5, 2008, a joint status report advising the Court whether settlement is likely or whether the parties will request that the Court entertain the pending motions. The parties have discussed the Court's Order and respectfully submit this report in response.

As stated in prior status reports, for several months the parties have attempted to reach a settlement in this case. Settlement efforts remain complicated by plaintiff's status in that Commercial Casualty Insurance Company of North Carolina is subject to a liquidation proceeding and supervision by the Insurance Commissioner of North Carolina. Given the nature of the complicating factor, the parties request that the Court continue the stay of proceedings for an additional 63 days, to October 7, 2008, to allow the parties to pursue settlement. The parties do not believe that a conference with the Court would likely advance the prospects for settlement at this time.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

s/ Jeanne E. Davidson
JEANNE E. DAVIDSON
Director

s/ DeWitte Thompson
DEWITTE THOMPSON
Thompson, Slagle & Hannan, LLC
12000 Findley Road
Suite 250
Duluth, Georgia 30097
Tele: (770) 662-5999
Fax: (770) 447-6063

Attorney for Plaintiff

s/ Kirk T. Manhardt
KIRK T. MANHARDT
Assistant Director
Commercial Litigation Branch
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 353-0541
Fax: (202) 514-8640

Attorneys for Defendant

August 5, 2008

CERTIFICATE OF FILING

I hereby certify that on August 5, 2008, a copy of foregoing "JOINT STATUS REPORT” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Kirk T. Manhardt
Kirk T. Manhardt